UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24897

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.
_____/

NOTICE OF FILING DECLARATION
OF MILES WELLESLEY IN SUPPORT OF NOTICE OF REMOVAL

Defendant, Robinhood Financial LLC, hereby files the Declaration of Miles Wellesley in Support of Notice of Removal filed on November 30, 2010 [DE 1].[1]

    Respectfully submitted,

    /s/ Grace L. Mead
    Grace Mead
    **STEARNS WEAVER MILLER**
    Museum Tower
    150 West Flagler Street
    Suite 2200
    Miami, Florida 33130
    Telephone: 305-789-3559
    Email: gmead@stearnsweaver.com

    Maeve L. O'Connor (*pro hac vice* application forthcoming)
    Elliot Greenfield (*pro hac vice* application forthcoming)
    **DEBEVOISE & PLIMPTON LLP**
    919 Third Avenue
    New York, New York  10022
    Telephone: 212.909.6000
    Email: mloconnor@debevoise.com
    Email: egreenfield@debevoise.com

---

[1] The declaration, dated November 27, 2020 and cited in the Notice of Removal, was inadvertently omitted from the filing of the Notice of Removal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Grace L. Mead*
GRACE L. MEAD

## SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address