UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 2020-023866-CA-01

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

**DECLARATION OF MILES WELLESLEY IN SUPPORT OF NOTICE OF REMOVAL**

I, Miles Wellesley, hereby declare and state as follows:

1. I am over the age eighteen and competent to testify to the facts stated herein. If called upon to testify, I could and would testify competently to the matters set forth herein.

2. I submit this declaration in support of the notice of removal filed by Robinhood Financial LLC.

3. I currently am the Vice President of Corporate Development & Growth Partnerships at Robinhood Markets, Inc. I have been employed by Robinhood Markets, Inc. for over six years. In my capacity, I am familiar with Robinhood Markets' operations, corporate activities, and relationship with its various subsidiaries, including Robinhood Financial LLC.

4. Robinhood Markets, Inc. is a Delaware corporation with a principal place of

business in Menlo Park, California.

5.  Robinhood Financial LLC is a Delaware limited liability company. Robinhood Markets, Inc. is the sole owner and member of Robinhood Financial LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 27, 2020

DocuSigned by:

*Miles Wellesley*
04642DF9BBAB437...

Miles Wellesley

2