## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

               Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

               Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendant Robinhood Financial LLC. ("Robinhood"), under Fed. R. Civ. P. 6(b) and

S.D. Fla. L.R. 7.1, and with the agreement of Plaintiff, respectfully requests a 30-day extension

of time, up to and including January 6, 2021, to respond to Plaintiff's Complaint. The grounds to

support the Motion are set forth below.

     1.     Plaintiff Shterna Pinchasov filed this putative nationwide class action against

Robinhood on November 5, 2020 and served the Complaint on Robinhood on November 9,

2020.  On November 30, 2020, Robinhood timely removed the action to this Court under

28 U.S.C. §§ 1332, 1441, 1446 and 1453.

     2.     Under Fed. R. Civ. P. 81(c)(2), the deadline for Robinhood to respond to the

Complaint is 7 days after the date of removal, or December 7, 2020.

     3.     Plaintiff asserts claims of negligence and breach of fiduciary duty on behalf of a

putative class of "[a]ll former and current Customers of Robinhood in the United States and its

territories who were affected by Robinhood's failure to prevent customers from using its

interface for stocks which were subject to a T1 Halt at any time (a) within 4 years preceding the filing of this lawsuit."  (Compl. ¶ 40.)

4.      Robinhood anticipates filing a motion to dismiss the Complaint.  Due to the scope of Plaintiff's allegations in this putative class action, counsel seeks an extension of time to consult with its client, conduct its own investigation and prepare the anticipated motion and memorandum of law.  Robinhood's request for an extension of time is further necessitated by the upcoming holidays and the remote working conditions caused by the COVID-19 pandemic.

5.      Under Fed. R. Civ. P. 6(b)(1)(a), Robinhood has good cause for the requested extension and no party will be prejudiced by it.

6.      Robinhood has conferred with counsel for Plaintiff, and Plaintiff does not oppose such an extension of time.

7.      This motion is made in good faith and is not intended to delay this matter.

8.      **WHEREFORE**, Robinhood respectfully requests that the Court grant a 30-day extension of time, to January 6, 2020, to respond to the complaint.

Dated: December 1, 2020            Respectfully submitted,

                                   */s/ Grace L. Mead*_____
                                   Grace Mead
                                   **STEARNS WEAVER MILLER**
                                   Museum Tower
                                   150 West Flagler Street
                                   Suite 2200
                                   Miami, Florida 33130
                                   Telephone: 305-789-3559
                                   Email: gmead@stearnsweaver.com

                                   Maeve L. O'Connor (*pro hac vice* application forthcoming)
                                   Elliot Greenfield (*pro hac vice* application forthcoming)
                                   **DEBEVOISE & PLIMPTON LLP**
                                   919 Third Avenue
                                   New York, New York  10022
                                   Telephone: 212.909.6000
                                   Email: mloconnor@debevoise.com
                                   Email: egreenfield@debevoise.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:   *Grace L. Mead*
        GRACE L. MEAD

**SERVICE LIST**

Michael A. Citron, Esq.
Florida Bar No.: 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address