**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

       Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

       Defendant.

_____/

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER came before the Court upon Defendant Robinhood Financial LLC's

Unopposed Motion for Extension of Time to Respond to Class Action Complaint.  Having

reviewed the Motion, having found good cause to grant the relief requested, and otherwise being

duly advised in the premises, the Court does hereby:

    **ORDER AND ADJUDGE** that:

    1.    The motion of Robinhood Financial LLC is hereby GRANTED.

    2.    Robinhood Financial LLC shall have until January 6, 2021 to answer or otherwise

respond to the Complaint.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of December, 2020.

                    _____
                    Hon. Cecilia Altonaga
                    United States District Court Judge