UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHITERNA PINCHASOV**,

    Plaintiff,
v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendant Robinhood Financial LLC's Unopposed Motion for Extension of Time to Respond to Class Action Complaint [ECF No. 5], filed on December 1, 2020. Defendant was served with the Complaint on November 9, 2020, and its response is presently due December 7, 2020. (*See id.* 1). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Robinhood Financial LLC has an additional two weeks, or until **December 21, 2020** to respond to the Complaint.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of December, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record