IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL DISTRICT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No. 2020-023866-CA-01

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING
NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that, on November 30, 2020, Defendant Robinhood Financial LLC filed in the United States District Court, Southern District of Florida, a Notice of Removal of the above-captioned action from the Circuit Court of the 11th Judicial Circuit of Florida in and for Miami-Dade County. A copy of the filed Notice of Removal, with exhibits, and all other documents filed in connection with the Notice of Removal are attached hereto as Exhibit A.[1]

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to 28 U.S.C. Sections 1332 and 1446, the filing of the Notice of Removal in the United States District Court, together with the instant filing of a copy of the same with this Court, effects the removal of this action, and that the above-captioned Court may proceed no further unless and until the case is remanded.

---

[1] In support of the Notice of Removal and as referenced therein, Defendant will also file in the federal district court case the Declaration of Miles Wellesley. The declaration will be filed once the district court's case initiation process is complete.

DATED: November 30, 2020

/s/ Grace L. Mead
Grace Mead
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com

Maeve L. O'Connor (*pro hac vice* application forthcoming)
Elliot Greenfield (*pro hac vice* application forthcoming)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2020, undersigned counsel has electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Portal. Pursuant to Fla. R. Jud. Adm. 2.516(b), I also certify that the foregoing document has been furnished to all counsel of record or pro se parties identified herein either via transmission of Notices of Service of Court Document generated by the E-Portal or in some other authorized manner for those counsel or parties who are excused from e-mail service..

By:  */s/ Grace L. Mead*
GRACE L. MEAD

## SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

#9032542 v1