**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

               Plaintiff,
v.

ROBINHOOD FINANCIAL LLC,

               Defendant.
_____/

**DEFENDANT ROBINHOOD FINANCIAL LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [DE 8], Defendant Robinhood Financial LLC ("Defendant") hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement:

**I.  INTERESTED PARTIES**

The persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities are:

    a.    Shterna Pinchasov, Plaintiff
    b.    MAC Legal, P.A. counsel for Plaintiff
    c.    Michael A. Citron, counsel for Plaintiff
    d.    Cornish Hernandez Gonzalez, PLLC, counsel for Plaintiff
    e.    Igor Hernandez, counsel for Plaintiff
    f.    Levy & Partners, PLLC, counsel for Plaintiff
    g.    Ely R. Levy, counsel for Plaintiff

    h.       Venessa Valdes Solis, counsel for Plaintiff

    i.       Robinhood Financial LLC, Defendant

    j.       Robinhood Markets, Inc., Parent Corporation of Defendant

    k.       Robinhood Securities, LLC, Sister Company of Defendant

    l.       Stearns Weaver Miller, counsel for Defendant

    m.       Grace L. Mead, counsel for Defendant

    n.       Ryan Thornton, counsel for Defendant

    o.       Debevoise & Plimpton LLP, counsel for Defendant

    p.       Maeve O'Connor, counsel for Defendant

    q.       Elliot Greenfield, counsel for Defendant

    r.       Michael Brady, counsel for Defendant

    s.       Brandon Fetzer, counsel for Defendant

## II.    CORPORATE DISCLOSURE STATEMENT

Defendant hereby discloses as follows pursuant to Federal Rule of Civil Procedure 7.1:

1.    Defendant is a privately held company.

2.    Defendant is a wholly-owned subsidiary of Robinhood Markets, Inc.

3.    Robinhood Markets, Inc. does not have a parent corporation.

4.    No publicly held corporation owns 10% or more of the stock in Defendant or in Robinhood Markets, Inc.

Dated: December 11, 2020       Respectfully submitted,

       /s/ Ryan T. Thornton_____
       Grace L. Mead
       Ryan T. Thornton
       **STEARNS WEAVER MILLER**
       Museum Tower
       150 West Flagler Street
       Suite 2200
       Miami, Florida 33130
       Telephone: 305-789-3200
       Email: gmead@stearnsweaver.com
       Email: rthornton@stearnsweaver.com

>Maeve L. O'Connor (*pro hac vice* application forthcoming)
>Elliot Greenfield (*pro hac vice* application forthcoming)
>**DEBEVOISE & PLIMPTON LLP**
>919 Third Avenue
>New York, New York  10022
>Telephone: 212.909.6000
>Email: mloconnor@debevoise.com
>Email: egreenfield@debevoise.com
>
>*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

>By: *Ryan T. Thornton*
>     RYAN T. THORNTON

## SERVICE LIST

Michael A. Citron, Esq.
Florida Bar No.: 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

*Counsel for Plaintiff*