UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-CV-24897-CMA

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

      v.

ROBINHOOD FINANCIAL LLC,

      Defendant.
_____/

**JOINT SCHEDULING REPORT**

Plaintiff Shterna Pinchasov ("Plaintiff") and Defendant Robinhood Financial LLC, through their respective undersigned counsel, certify that they met and conferred in good faith on December 7, 2020 and December 10, 2020, about all matters required by the Court's December 2, 2020 Order [DE 8] and S.D. Fla. L.R. 16.1(b), and hereby submit the following Joint Scheduling Report.

**(A)**    **The likelihood of settlement:** The parties believe that settlement is unlikely at this time given their divergent views on the underlying legal issues.

**(B)**    **The likelihood of appearance in the action of additional parties:** The parties do not anticipate that any additional parties will appear in the action.

**(C)**    **Proposed limits on the time to:**

1

      i. **join other parties and to amend the pleadings:** The parties have agreed that the deadline to join additional parties and file motions to amend the pleadings will be April 19, 2021.

      ii. **file and hear motions:** Pretrial motions, including but not limited to motions in limine, shall be served no later than April 15, 2022.

      iii. **complete discovery:** Fact discovery shall be completed by July 15, 2021. Expert discovery shall be completed by October 29, 2021.

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment:** The parties agree to work together in good faith to simplify the issues presented for the Court's determination. The parties agree that motions for summary or partial summary judgment shall be filed no later than December 17, 2021.

**(E) The necessity or desirability of amendments to the pleadings:** Unknown at this time.

**(F) The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:** The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial. The parties will confer prior to trial to stipulate to the

authenticity and admissibility of certain documentary evidence, as well as to stipulation to undisputed facts relevant to the issues involved in this case, to minimize or avoid the need for advance rulings on the admissibility of evidence.

**(G)** **Suggestions for the avoidance of unnecessary proof and of cumulative evidence:** The parties agree that such issues can be disposed of by motions in limine and/or other pretrial motions and stipulations regarding undisputed facts and the authenticity of documents whose authenticity is not in dispute.

**(H)** **Suggestions on the advisability of referring matters to a Magistrate Judge or Master:** The parties have no objection to referring any discovery disputes to the Magistrate Judge.

**(I)** **Preliminary estimate of the time required for trial**: Plaintiff believes that this action will require in excess of ten (10) days of trial, exclusive of time for jury selection.

**(J)** **Requested date or dates for conferences before trial, a final pretrial conference, and trial:** The parties request a final pretrial conference on May 13, 2022. The parties anticipate that the matter be ready for trial no later than June 14, 2022.

**(K)** **Any issues about: (i) disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their**

3

|   |   |
|---|---|
|   | **agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist:** The parties do not anticipate any issues regarding electronically stored information.  The parties have not yet reached agreement on a procedure to assert claims of privilege or work product, but will continue to discuss this issue as discovery proceeds. |
| **(L)** | **Any other information that might be helpful to the Court in setting the case for status or pretrial conference:** The parties believe that this case should be set on the Complex Track described in Local Rule 16.1(a)(2)(B).  Any party may, for good cause, seek modifications of the foregoing.  The parties will confer in good faith and work to reach agreement with respect to any deadline not explicitly provided for in this report. |

Dated: December 11, 2020

Respectfully submitted,

<table>
<tr><td>

**MAC LEGAL, P.A.**
*Counsel for Plaintiff*
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954

By: */s/ Michael A. Citron*____
**MICHAEL A. CITRON, ESQ.**
Florida Bar No.: 105083
Michael@maclegalpa.com
Service@maclegalpa.com


**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) 780-6058

By: */s/ Igor Hernandez*_____
**IGOR HERNANDEZ, ESQ.**
Florida Bar No. 106386
service@CHGLawyers.com
ihernandez@chglawyers.com


**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570

By: */s/ Ely R. Levy*_____
**ELY R. LEVY, ESQ.**
Florida Bar No.: 15452
**VENESSA VALDES SOLIS, ESQ.**
Florida Bar No. 77122

</td><td>

**STEARNS WEAVER MILLER**
*Counsel for Robinhood Financial LLC*
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559

By: */s/ Ryan T. Thornton*_____
**GRACE L. MEAD, ESQ.**
Florida Bar No. 49896
gmead@stearnsweaver.com
**RYAN T. THORNTON, ESQ.**
Florida Bar No. 99195
rthornton@stearnsweaver.com


**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000


**MAEVE L. O'CONNOR, ESQ.**
(*pro hac vice* application forthcoming)
mloconnor@debevoise.com
**ELLIOT GREENFIELD, ESQ.**
(*pro hac vice* application forthcoming)
egreenfield@debevoise.com

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Ryan T. Thornton*
RYAN T. THORNTON

1006397440v4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

        v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

**[PROPOSED] SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's trial calendar beginning on **Monday, [June 6, 2022]**. The **Calendar Call** will be held **at 9:30 a.m.** on **Friday, [April 29, 2022]**. A Status Conference will be held at **9:30 a.m. on Friday, [May 13, 2022]**. The parties shall adhere to the following schedule which follows the Complex Track described in Local Rule 16.1(a)(2)(B):

| Deadline | Event |
| --- | --- |
| **1/29/2021** | The parties shall select a mediator pursuant to Local Rule 16.2. |
| **1/29/2021** | The parties shall make their initial disclosures. |
| **3/12/2021** | Last date for service of requests for production. |
| **4/19/2021** | Joinder of any additional parties and filing of motions to amend the complaint. |

| | |
|---|---|
| **5/10/2021** | Last date for the parties to produce documents. |
| **5/17/2021** | Fact depositions begin. |
| **6/1/2021** | Last date for filing of motions for class certification. |
| **7/15/2021** | Fact discovery shall be completed. |
| **8/13/2021** | Parties shall exchange expert witness summaries or reports. |
| **9/15/2021** | Parties shall exchange rebuttal expert witness summaries or reports |
| **10/4/2021** | Expert depositions begin. |
| **10/29/2021** | Expert discovery shall be completed. |
| **12/17/2021** | Last date for filing of dispositive motions, including those regarding summary judgment and *Daubert*. |
| **1/14/2022** | Written lists containing the names and addresses of all fact witnesses intended to be called at trial due. |
| **3/4/2022** | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form and/or proposed findings of fact and conclusions of law must be filed. |
| **4/15/2022** | All pretrial motions and memoranda of law must be filed, including motions in limine. |
| **5/13/2022** | Pretrial Conference |
| **6/14/2022** | Trial |

**DONE AND ORDERED** in Miami, Florida this ___ day of _____, 2020.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record