UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24897-CMA

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

      Defendant.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

The Plaintiff, SHTERNA PINCHASOV, Individually and on Behalf of All Others Similarly Situated, by and through the undersigned counsel, pursuant to Rule 7.1, Federal Rules of Civil Procedure, hereby submit a Certificate of Interested Parties and Corporate Disclosure Statement.

    **I.**    **INTERESTED PERSONS**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    Shterna Pinchasov, Plaintiff

    All others similarly situated who join or file consent to join this action.

    MAC Legal, P.A. counsel for Plaintiff

    Michael A. Citron, counsel for Plaintiff

Cornish Hernandez Gonzalez, PLLC, counsel for Plaintiff

Igor Hernandez, counsel for Plaintiff

Levy & Partners, PLLC, counsel for Plaintiff

Ely R. Levy, counsel for Plaintiff

Venessa Valdes Solis, counsel for Plaintiff

Robinhood Financial LLC, Defendant

Stearns Weaver Miller, counsel for Defendant

Grace L. Mead, counsel for Defendant

Ryan Thornton, counsel for Defendant

Debevoise & Plimpton LLP, counsel for Defendant

Maeve O'Connor, counsel for Defendant

Elliot Greenfield, counsel for Defendant

Michael Brady, counsel for Defendant

Brandon Fetzer, counsel for Defendant

All other persons or entities listed on Defendant's Certificate of Interested Parties and Corporate Disclosures not listed herein.

## II.   CORPORATE DISCLOSURE STATEMENT

The Plaintiff, SHTERNA PINCHASOV, hereby certifies that the corporate disclosure is inapplicable as she is not a corporate entity. As such, there are no parent corporations and/or any publicly held corporation owning l0% or more of its stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By:    /s/ *Venessa V. Solís*
        VENESSA V. SOLIS, ESQ.