**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-24897-CIV-ALTONAGA/Torres**

**SHTERNA PINCHASOV**,

    Plaintiff,

v.

**ROBINHOOD FINANCIAL, LLC**,

    Defendant.

_____ /

**ORDER SETTING TRIAL AND PRE-TRIAL SCHEDULE, REQUIRING MEDIATION,**
**AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **February 28, 2022**. Calendar call will be held at **9:00 a.m. on Tuesday, February 22, 2022**. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary. The parties shall adhere to the following schedule:

    **January 4, 2021**. The parties shall select a mediator in accordance with Local Rule 16.2; schedule a time, date and place for mediation; and jointly **file a proposed order scheduling mediation** in the form specified on the Court's website, https://www.flsd.uscourts.gov/forms/all-forms/local_rules_forms. In accordance with the CM/ECF Administrative Procedures, the proposed order must be emailed to altonaga@flsd.uscourts.gov in Word format. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. Within **seven (7) days** of mediation, the parties are required to file a mediation report with the Court.

    **January 25, 2021**. All motions to amend pleadings or join parties are filed.

    **June 1, 2021**. Motion for class certification filing deadline.

    **August 13, 2021**. Parties exchange expert witness summaries or reports.

    **September 15, 2021**. Parties exchange rebuttal expert witness summaries or reports.

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**October 29, 2021**. All discovery, including expert discovery, is completed.[1]

**November 8, 2021**. Parties complete mediation and file a mediation report.

**November 16, 2021**. All pre-trial motions and *Daubert* motions (including motions to strike experts) filed. Each party is limited to one *Daubert* motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. ***Daubert* motions must contain the Local Rule 7.1(a)(3) certification.**

**December 14, 2021**. Parties file joint pre-trial stipulation, proposed jury instructions and verdict form — or proposed findings of fact and conclusions of law, as applicable — and motions *in limine* (other than *Daubert* motions). Each party is limited to one motion *in limine* which may exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**Jury Instructions and Verdict Form**. The parties shall submit proposed jury instructions and verdict form jointly; they need not agree on each proposed instruction. Where the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by a plaintiff shall be underlined. Instructions proposed only by a defendant shall be italicized. Every instruction must be supported by citation to authority. The parties shall use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil Cases, including the directions to counsel contained therein. Proposed jury instructions and verdict form, in typed form, including substantive charges and defenses, shall be filed and submitted to the Court prior to calendar call, in Word format, via e-mail to altonaga@flsd.uscourts.gov. Instructions for filing proposed documents may be viewed at http://www.flsd.uscourts.gov.

**Referral to Magistrate Judge**. Under 28 U.S.C. section 636 and this District's Magistrate Judge Rules, all discovery matters are referred to Magistrate Judge Edwin Torres. Also, the parties may consent to trial and final disposition by Magistrate Judge Torres under 28 U.S.C. section 636(c)(1). **The deadline for submitting consent is November 16, 2021**.

---

[1] The parties by agreement, or Magistrate Judge Torres, may extend this deadline, so long as such extension does not impact any of the other deadlines contained in this Scheduling Order.

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**Discovery**.  The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions.  The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the deadlines set forth above. Stipulations that would so interfere may be made only with the Court's approval.  *See* Fed. R. Civ. P. 29.  In addition to the documents enumerated in Local Rule 26.1(b), the parties shall not file notices of deposition with the Court.

**Discovery Disputes**.  Magistrate Judge Torres holds a regular discovery calendar.  **No written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed unless the Magistrate Judge so directs at his discovery calendar.**  Counsel must confer and engage in reasonable compromise in a genuine effort to resolve discovery disputes before noticing the dispute for the discovery calendar.  The Court may impose sanctions, monetary or otherwise, if it determines discovery is improperly sought or withheld in bad faith.  Parties unable to resolve discovery disputes after conferring may request Court intervention.  Instead of filing written motions, the party seeking intervention shall contact Magistrate Judge Torres's chambers at (305) 523-5750 and place the matter on the next available discovery calendar.

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record