# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

## CERTIFICATION OF ELLIOT GREENFIELD

Elliot Greenfield, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of New York, and am admitted to practice in the Southern District of New York, the Eastern District of New York, the District of Colorado and the Third and Seventh Circuit Courts of Appeals; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                   */s/ Elliot Greenfield*
                                                    Elliot Greenfield

#9037640 v1