**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

                Plaintiff,

   v.

ROBINHOOD FINANCIAL LLC,

                Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

     THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Elliot Greenfield, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

     ORDERED AND ADJUDGED that:

     The Motion is **GRANTED**.  Elliot Greenfield may appear and participate in this action on behalf of Robinhood Financial LLC.  The Clerk shall provide electronic notification of all electronic filings to Elliot Greenfield, at egreenfield@debevoise.com.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of December, 2020.

 

                                                        _____
                                                         Hon. Cecilia Altonaga
                                                        United States District Court Judge

#9038028 v1