UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24897-CIV-ALTONAGA

**SHTERNA PINCHASOV**, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.

_____/

### ORDER

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Maeve L. O'Connor, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") [ECF No. 18], pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Maeve L. O'Connor may appear and participate in this action on behalf of Robinhood Financial LLC. The Clerk shall provide electronic notification of all electronic filings to Maeve L. O'Connor, at mloconnor@debevoise.com.

**DONE AND ORDERED** in Miami, Florida, this 15th day of December, 2020.

    _____
    **CECILIA M. ALTONAGA**
    UNITED STATES DISTRICT JUDGE

cc:    counsel of record