IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

**ORDER GRANTING MOTION FOR EXTESION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

THIS MATTER having come before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the Court having knowledge of the agreements of counsel, and being fully advised of the circumstances hereto, it is hereby

ORDERED AND ADJUDGED that:

The Motion is **GRANTED**.  Plaintiff shall file their Response to Defendant's Motion to Dismiss on or before January 11, 2021.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of _____, 202__.

                                                                    _____
                                                                    Hon. Cecilia Altonaga
                                                                    United States District Court Judge

#9038028 v1