UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24897-CMA

SHTERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

      Plaintiff,

      v.

ROBINHOOD FINANCIAL LLC,

      Defendant.
_____/

## JOINT REQUEST FOR CLERK TO APPOINT MEDIATOR

Plaintiff Shterna Pinchasov and Defendant Robinhood Financial LLC, through their respective undersigned counsel, hereby notify the Clerk that the parties were unable to agree upon a mediator per the Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (the "Order") [DE 16]. Accordingly, the parties request that the Clerk designate a certified mediator on a blind rotation basis, as directed in the Order.

Dated: January 4, 2021

Respectfully submitted,

**MAC LEGAL, P.A.**
*Counsel for Plaintiff*
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954

By: */s/ Michael A. Citron*
**MICHAEL A. CITRON, ESQ.**
Florida Bar No.: 105083
Michael@maclegalpa.com
Service@maclegalpa.com

**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) 780-6058

By: */s/ Igor Hernandez*
**IGOR HERNANDEZ, ESQ.**
Florida Bar No. 106386
service@CHGLawyers.com
ihernandez@chglawyers.com

**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570

By: */s/ Ely R. Levy*
**ELY R. LEVY, ESQ.**
Florida Bar No.: 15452
**VENESSA VALDES SOLIS, ESQ.**
Florida Bar No. 77122

**STEARNS WEAVER MILLER**
*Counsel for Robinhood Financial LLC*
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559

By: */s/ Grace L. Mead*
**GRACE L. MEAD, ESQ.**
Florida Bar No. 49896
gmead@stearnsweaver.com
**RYAN T. THORNTON, ESQ.**
Florida Bar No. 99195
rthornton@stearnsweaver.com

**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000

By: */s/ Maeve L. O'Connor*
**MAEVE L. O'CONNOR, ESQ.**
(*pro hac vice* application forthcoming)
mloconnor@debevoise.com
**ELLIOT GREENFIELD, ESQ.**
(*pro hac vice* application forthcoming)
egreenfield@debevoise.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Ryan T. Thornton*  
RYAN T. THORNTON

**SERVICE LIST**

Michael A. Citron, Esq.
Florida Bar No.: 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com

R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address