# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 20-24897-CIV-Altonaga/Torres

**Shterna Pinchasov**
            **Plaintiff,**
**vs.**

**Robinhood Financial LLC**
            **Defendant.**

_____/

## CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Martin A. Soll
Salmon & Dulberg Dispute Resolution
19 W. Flagler
Suite 620
Miami, FL 33130
Telephone: 305-371-5490
Facsimile: 305-371-5492
Email: Lanmar@atlanticbb.net

The Certified Mediator shall be compensated in accordance with Administrative Order 2018-34 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Three Hundred Fifty Dollars ($350) per hour, which includes the mediator's time preparing for and conducting the mediation, without compensation for travel."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Ely Robert Levy
Levy & Partners, PLLC
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Telephone: 954-727-8570
Email: elevy@lawlp.com

DONE at the Federal Courthouse Square, Miami, Florida this 5th day of January, 2021.

ANGELA E. NOBLE
Court Administrator • Clerk of Court

By: s/Deputy Clerk (PJ)_____

Copies to:
The Honorable Cecilia M. Altonaga, United States District Judge
All Counsel of Record and/or Pro Se Parties
Martin A. Soll, Certified Mediator (Copy emailed)                    Rev. 2013-01