UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24897-CIV-ALTONAGA

**SHTERNA PINCHASOV**,

    Plaintiff,
v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On January 5, 2021 [ECF No. 28], the Clerk appointed Martin A. Soll as mediator in this cause following the parties' request. Accordingly, on or before **January 11, 2021**, the parties shall submit a proposed order scheduling mediation in accordance with the December 14, 2020 Scheduling Order. **The parties are reminded that under the procedures outlined in the CM/ECF Administrative Procedures, the proposed order must emailed to the Court in Word format.**

**DONE AND ORDERED** in Miami, Florida, this 5th day of January, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record