**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 20-CV-24897-CMA**

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

      Plaintiff,

      v.

ROBINHOOD FINANCIAL LLC,

      Defendant.
_____/

**[PROPOSED] ORDER SCHEDULING MEDIATION**

      The mediation conference in this matter shall be held with Martin A. Soll, Esq. on Tuesday, April 13, 2021, at 9:30 a.m., at SALMON & DULBERG, 19 West Flagler Street, Suite 620, Miami, Florida 33130, Telephone: (305) 371-5490.

      Because of concerns related to COVID-19, the parties are excused from the requirements in S.D. Fla. Local Rule 16.2(e) that they be physically present at the mediation conference; instead, the parties may attend through counsel with full authority to negotiate a settlement or through a video conferencing platform.

ENTERED this ___ day of January 2021.

                                                             CECILIA M. ALTONAGA
                                                            UNITED STATES DISTRICT JUDGE

cc: counsel of record