UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA

**SHTERNA PINCHASOV**,

    Plaintiff,

v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Martin A. Soll, Esq. on Tuesday, April 13, 2021, at 9:30 a.m., at SALMON & DULBERG, 19 West Flagler Street, Suite 620, in Miami, Florida (Telephone: (305) 371-5490).

Because of concerns related to COVID-19, the parties are excused from the requirements in S.D. Fla. Local Rule 16.2(e) that they be physically present at the mediation conference; instead, the parties may attend through counsel with full authority to negotiate a settlement or through a video conferencing platform. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 11th day of January, 2021.

 

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record