UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,

v.

**ROBINHOOD FINANCIAL, LLC**,

    Defendant.

_____ /

**ORDER**

**THIS CAUSE** came before the Court on Plaintiff, Shterna Pinchasov's Motion for Remand [ECF No. 24], filed on December 30, 2020. Defendant, Robinhood Financial, LLC, opposes the Motion. (*See generally* Resp. [ECF No. 33]). The time for filing a reply has passed, and to date, Plaintiff has not filed a reply memorandum rebutting matters raised in the Response. *See* Local Rule 7.1(c)(1). While a reply memorandum is not required, under the circumstances, one would be helpful to the Court in resolving the Motion.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff, Shterna Pinchasov shall file a reply to Defendant's Response by **January 25, 2021**, failing which the Motion will be denied for the reasons explained in the Response.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of January, 2021.

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record