UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

SHTERNA PINCHASOV,

Plaintiff,

v.

ROBINHOOD FINANCIAL, LLC,

Defendant.

_____ /

## ORDER

THIS CAUSE came before the Court on Plaintiff, Shterna Pinchasov's Motion for Remand [ECF No. 24], filed on December 30, 2020.  Plaintiff filed a Reply [ECF No. 35] in support of the Motion, arguing a certain statutory exception applies to preclude jurisdiction over the action — an issue not originally raised in the Motion.  (*Compare* Reply 6 (citing 28 U.S.C. § 1332(d)(9)(A)), *with* Mot.).  As the issue relates to the Court's jurisdiction, the Court cannot simply ignore it as untimely.

Accordingly, it is

ORDERED AND ADJUDGED that Defendant, Robinhood Financial, LLC shall file a surreply to Plaintiff's Reply by **January 28, 2021** addressing the application of section 1332(d)(9)(A).

DONE AND ORDERED in Miami, Florida, this 26th day of January, 2021.

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:      counsel of record