**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.
_____/

**ORDER ON PLAINTIFF'S UOPPOSED MOTION FOR EXTESION OF TIMETO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

THIS MATTER having come before the Court on Plaintiff's Unoposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the Court having knowledge of the agreements of counsel, and being fully advised of the circumstances hereto, it is hereby

ORDERED AND ADJUDGED that:

The Motion is **GRANTED**. Plaintiff shall file their Response to Defendant's Motion to Dismiss on or before March 12, 2021.

DONE AND ORDERED in Chambers in Miami, Florida this ____ day of _____, 2021.

                                                            Hon. Cecilia Altonaga
                                                           United States District Court Judge