UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-CV-24897-CMA

SHITERNA PINCHASOV, Individually and on Behalf of
All Others Similarly Situated,

    Plaintiff,

        v.

ROBINHOOD FINANCIAL LLC,

    Defendant.
_____/

## PLAINTIFF'S RENEWED, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

    Plaintiff, SHITERNA PINCHASOV, Individually and on Behalf of All Others Similarly Situated, by and through her undersigned counsel, files this Renewed, Unopposed Motion for Extension of Time to respond to Defendant, ROBINHOOD FINANCIAL LLC, Motion to Dismiss, and as grounds in support thereof state as follows:

    1.    On December 21, 2020, Robinhood Financial, LLC, filed its Motion to Dismiss and Incorporated Memorandum of Law to Plaintiff's Complaint [DE 21].

    2.    This Court entered an order on February 16, 2021 [DE 38], ordering that a response to Defendant's Motion to Dismiss is due on February 26, 2021.

    3.    Plaintiff's counsel requires additional time to respond to the Motion to Dismiss.

    4.    Plaintiff's counsel also received an Order requiring him to file an appeal with the 4th District Court of Appeal in extremely short order. The Order received today is an order that

triggers a deadline to file a Brief in the next few days. It is on an issue that concerns a Florida Citizen's right to life.

5. Plaintiff thus files this Motion to Request an Extension until March 12, 2021.

6. Plaintiff files this renewed Motion in order to submit a proposed order in accordance with this Court's rules.

7. The Court has the inherent authority to grant this motion and doing so will not cause material prejudice to the Court or any of the parties.

8. Counsel for the moving party hereby certifies that counsel for the movant has conferred with all parties in a good faith effort to resolve the issues raised in the motion and there is no objection to the relief sought herein.

WHEREFORE, Plaintiff, SHITERNA PINCHASOV, respectfully requests the entry of an order that extends until March 12, 2021 its deadline to respond to the Motion to Dismiss filed by ROBINHOOD FINANCIAL LLC, together with any other or alternative relief deemed equitable and just under the circumstances.

Dated: February 24, 2021.

Respectfully submitted,

Michael A. Citron, Esq.
Florida Bar No.: 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134

Telephone: (305) 780-6058
service@CHGLawyers.com
ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: /s/ *Venessa V. Solis*
VENESSA V. SOLIS, ESQ.

**SERVICE LIST**

Grace L. Mead, Esq.
Ryan T. Thornton, Esq.
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: 305-789-3200
Email: gmead@stearnsweaver.com
 Email: rthornton@stearnsweaver.com

Maeve L. O'Connor, Esq. (*pro hac vice* application forthcoming)
Elliot Greenfield, Esq. (*pro hac vice* application forthcoming)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com