UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,
vs.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Renewed, Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss [ECF No. 41]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff shall file her Response to Defendant's Motion to Dismiss on or before **March 12, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of February, 2021.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record