**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-24897-CIV-ALTONAGA/Torres**

**SHTERNA PINCHASOV**,

    Plaintiff,

vs.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant Robinhood Financial LLC's Unopposed Motion to Stay Discovery Pending Ruling on Motion to Dismiss [ECF No. 43]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of March, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record