UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:20-cv-24897-Altonaga/Torre

**MEDIATION REPORT**

Shterna Pinchasov,

    Plaintiff(s),

vs

Robinhood Financial LLC,

    Defendant(s).

_____/

The undersigned, Martin A Soll, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: April 13, 2021. The results of the mediation conference are as follows:

**X**    All required parties were present

___    The following required parties were not present: _____

___    An agreement was reached.

___    A **confidential** settlement agreement was reached.

**X**    No agreement was reached.

___    The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

___    The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

___    Other: _____

Respectfully Submitted:

_/s/ Martin A. Soll_  4/13/21

Martin A Soll, Esq.
Florida Bar No.: 150320
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel