## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 20-cv-24897-CMA

SHTERNA PINCHASOV, Individually and on Behalf of
All Other Similarly Situated Plaintiffs,

     v.

ROBINHOOD FINANCIAL LLC,

     Defendant.

_____/

## JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER AND TO CONTINUE TRIAL

Plaintiff, Shterna Pinchasov, and Defendant, Robinhood Financial LLC, by and through their undersigned counsel, submit this Joint Motion for Modification of the Scheduling Order and respectfully request that the Court allow the parties an extension of the discovery deadlines and a continuation of the trial currently set in this matter for February 28, 2022 to July 25, 2022, or another date in July of 2022 that is convenient for the Court.

In support of this Joint Motion, the parties state as follows:

1.     On December 15, 2020, the Court issued its Order Setting Trial and Pre-trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [DE 16] ("Scheduling Order"), setting the deadline for filing of motions for class certification for June 1, 2021, the close of discovery for October 29, 2021, and a trial date for February 28, 2022.

2.     On December 21, 2020, Defendant filed a Motion to Dismiss.  [DE 21].

3.      On December 30, 2020, Plaintiff filed a Motion to Remand to State Court [DE 24].  This Court denied that order on February 17, 2021 and ordered Plaintiff to respond to Defendant's Motion to Dismiss [DE 38].

4.      On March 1, 2021, Defendant filed an unopposed motion to stay discovery pending a decision on its Motion to Dismiss [DE 43].  The Court granted the unopposed motion on March 2, 2021 [DE 44].

5.      On April 22, 2021, the Court denied Defendant's Motion to Dismiss [DE 48].

6.      Given that more than four months that have elapsed since the Scheduling Order was originally set by this Court and in light of the stay of discovery, Plaintiff requested additional time to file a motion for class certification.

7.      Defendant does not oppose a request for additional time given the time elapsed since the Scheduling Order was entered.

8.      Accordingly, the parties request an adjournment of all deadlines as set forth below:

| Scheduling Event | *Requested* Deadline | Current Deadline |
|---|---|---|
| Parties to exchange initial disclosures | **May 28, 2021** | None |
| Motions for class certification filing deadline. | **October 15, 2021, with opposition brief due November 19, 2021 and reply brief due December 10, 2021.** | June 1, 2021 |
| Close of fact discovery | **December 17, 2021** | None |
| Parties exchange expert witness summaries or reports. | **January 14, 2022** | August 13, 2021 |
| Parties exchange rebuttal expert witness summaries or reports. | **February 18, 2022** | September 15, 2021 |

| All discovery, including expert discovery, is completed. | **March 22, 2022** | October 29, 2021 |
|---|---|---|
| All pre-trial motions and *Daubert* motions filed. | **April 15, 2022** | November 16, 2021 |
| Parties file joint pre-trial stipulation, proposed jury instructions and verdict from— or proposed findings of fact and conclusions of law, as applicable—and motions *in limine* (other than *Daubert* motions). | **May 13, 2022** | December 14, 2021 |
| Trial commences | **July 25, 2022** | February 28, 2022 |

9.     Under the Federal Rules of Civil Procedure and the Local Rules, the Court can modify a scheduling order and continue a trial for good cause.  *See* Fed. R. Civ. P. 16(b)(4); Local Rule 7.6.

10.     The parties respectfully submit that it would be an appropriate exercise of the Court's discretion to extend the discovery deadline.  This request is made in good faith and not for the purposes of delay.  This is the first time the parties have sought to modify the Court's Scheduling Order.  The requested extension will not prejudice the parties.

11.     The parties submit that the Court would also not be inconvenienced by the continuance, as it is being requested nearly ten months in advance of the currently scheduled trial date, thus allowing sufficient time for any docket modification.

12.     Defendant's counsel has authorized Plaintiff's counsel to file this Joint Motion on the parties' behalf.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this Joint Motion and enter an Order modifying the Scheduling Order, adjourning all deadlines as

set forth above, and continuing the trial to July 25, 2022, or a date in July 2022 that is convenient for the Court.

Dated:  May 19, 2021

Respectfully and jointly submitted,


By: */s/ Michael A. Citron*
Michael A. Citron, Esq.
Florida Bar No. 105083
**MAC LEGAL, P.A.**
4601 Sheridan Street, Suite 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Email: Michael@maclegalpa.com – Correspondence
Email: Service@maclegalpa.com – Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida  33134
Telephone: (305) 780-6058
Email: service@CHGLawyers.com
Email: ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No. 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Email: elevy@lawlp.com – Service Address
Email: venessa@lawlp.com – Service Address
Email: Maritza@lawlp.com – Service Address

By: */s/ Elliot Greenfield*
Grace Mead
Florida Bar No. 49896
Ryan Thornton

Florida Bar No. 99195
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com


Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com