UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

SHTERNA PINCHASOV,

    Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the parties' Joint Motion for Modification of the Scheduling Order and to Continue Trial [ECF No. 50], filed on May 19, 2021.  On March 2, 2021, the Court granted Defendant, Robinhood Financial LLC's Unopposed Motion to Stay Discovery (*see* [ECF No. 44]) pending a decision on Defendant's Motion to Dismiss [ECF No. 21].  The Court denied Defendant's Motion to Dismiss on April 22, 2021.  (*See generally* Apr. 22, 2021 Order [ECF No. 48]).

The parties now "request that the Court allow the parties an extension of the discovery deadlines and a continuation of the trial currently set in this matter for February 28, 2022 to July 25, 2022, or another date in July of 2022 that is convenient for the Court." (Mot. 1).  Good cause as required by Federal Rule of Civil Procedure 16(b)(4) is minimally satisfied.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 50]** is **GRANTED in part**.  All deadlines are extended by 60 days only to account for the time discovery was stayed.  The deadlines contained in the Scheduling Order **[ECF No. 16]** are amended as follows:

    1. Trial is reset during the Court's two-week trial calendar beginning on **April**

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**25, 2022**. Calendar call will be held at **9:00 a.m. on Tuesday, April 19, 2022**. No pre-trial conference will be held unless a party requests one and the Court determines that one is necessary. The parties shall adhere to the following schedule:

2. **July 30, 2021**. Motion for class certification deadline. Defendant shall file a response within 20 days of filing of Plaintiff's motion for class certification. Plaintiff shall file her reply within 10 days of filing of Defendant's response.

3. **December 28, 2021**. All discovery, including expert discovery, is completed.[1]

4. **January 14, 2022**. All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. **No extensions of time will be given for response and reply memoranda.** Each party is limited to filing one *Daubert* motion. If all evidentiary issues cannot be addressed in a 20-page memorandum, leave to exceed the page limit will be granted. **The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.**

5. **February 11, 2022**. Parties shall file and submit joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and motions *in limine* (other than *Daubert* motions). **No extensions of time will be given for response and reply memoranda to motions *in limine*.** Each party is limited to filing one motion *in limine* which may exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

6. The parties shall refer to the instructions set forth in the Scheduling Order [ECF No. 16], which otherwise remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida, this 20th day of May, 2021.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] The parties by agreement, and/or Magistrate Judge Torres, may extend this deadline, so long as such extension does not impact any of the other deadlines contained in this Order.