**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 20-cv-24897-CMA/Torres

SHTERNA PINCHASOV, Individually and on Behalf of
All Other Similarly Situated Plaintiffs,

     v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

**DECLARATION OF VLADIMIR TENEV IN SUPPORT OF**
**MOTION TO QUASH AND FOR PROTECTIVE ORDER**

I, Vladimir Tenev, do hereby declare and state the following pursuant to 28 U.S.C. § 1746:

1.     My name is Vladimir Tenev.  I am over the age of 21.  I have personal knowledge of the facts contained herein, which are true and correct.

2.      I am a co-founder and the Chief Executive Officer of Robinhood Markets, Inc. ("Robinhood Markets").  Robinhood Markets, Inc. is not a party to this case.

3.     As CEO of Robinhood Markets, my responsibilities include establishing and developing the company's overall mission, making major strategic and financial decisions, managing the company's high-level operations and communicating with the company's Board of Directors, investors, customers and the public.

4.     Because of the nature of my role at Robinhood Markets, I necessarily delegate responsibility over the day-to-day operations of the company and its affiliates to their officers and employees.

5.     Robinhood Markets is the parent company of Robinhood Financial LLC ("RHF"). I am not a director, officer or employee of RHF.

6.     I have no unique, firsthand knowledge of the facts at issue in this lawsuit, such as RHF's policies and procedures for handling T1 halts or other regulatory halts, the New York Stock Exchange's alleged T1 halt of trading in the stock of the Hertz Corporation in March 2020 or Plaintiff's trading history.  Any information that I know regarding the facts at issue in this lawsuit is also known to officers or employees of RHF.

7.     As the CEO of Robinhood Markets, preparing for and attending a deposition would be extremely burdensome and disruptive to the company.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on the 28th day of June, 2021, at Menlo Park, California.**

DocuSigned by:

Vlad Tenev

C2253C7CB4B647D...

Vladimir Tenev