# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 20-cv-24897-CMA/Torres

SHTERNA PINCHASOV, Individually and on Behalf of
All Other Similarly Situated Plaintiffs,

    v.

ROBINHOOD FINANCIAL LLC,

    Defendant.

_____/

## NOTICE OF STRIKING [D.E. 52]

Defendant Robinhood Financial LLC, by and through the undersigned counsel, hereby gives notice of striking Non-Party Vladimir Tenev's Motion to Quash Subpoena and for Protective Order [D.E. 52] (the "Motion"), filed on June 28, 2021, as the language of the docket entry reflects Defendant as the filer of the Motion, rather than non-party Vladimir Tenev. As reflected in the title and body of the Motion, Mr. Tenev, a non-party to this litigation, seeks the relief requested therein. Undersigned counsel will re-file the Motion immediately after the filing of this Notice of Striking, and correct the docket entry language accordingly.

Dated: June 29, 2021

                                            Respectfully submitted,

                                            By: */s/ Grace L. Mead*_____
                                            Grace Mead
                                            Florida Bar No. 49896
                                            Ryan Thornton
                                            Florida Bar No. 99195
                                            **STEARNS WEAVER MILLER**
                                            Museum Tower
                                            150 West Flagler Street

Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com


Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Ryan T. Thornton*
RYAN T. THORNTON