**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 20-cv-24897-CMA/Torres

SHTERNA PINCHASOV, Individually and on Behalf of
All Other Similarly Situated Plaintiffs,

     v.

ROBINHOOD FINANCIAL LLC,

     Defendant.

_____/

**<u>NOTICE OF COMPLIANCE</u>**

Non-Party Vladimir Tenev, through undersigned counsel, respectfully submits this

Notice of Compliance in accordance with the Court's Order Setting Discovery Procedures [D.E.

30]. With regard to the Discovery Hearing set for July 22, 2021 at 10:30 AM before Magistrate

Judge Edwin G. Torres [D.E. 56], Mr. Tenev states:

**A. Substance of the Discovery Matters to Be Heard.**

The matter to be heard involves the subpoena duces tecum served by Plaintiff Shterna

Pinchasov ("Plaintiff") on non-party Vladimir Tenev on June 15, 2021 (the "Subpoena), and Mr.

Tenev's subsequently-filed Motion to Quash Subpoena and for Protective Order [D.E. 54] (the

"Motion"). On June 29, the Court granted Mr. Tenev's request for a protective order pertaining

to the deposition scheduled for July 8, 2021, and denied without prejudice Mr. Tenev's request to

quash the Subpoena [D.E. 55]. The Order noted, "any such issues shall be addressed in a

properly scheduled discovery hearing in this case, as per the Order Setting Discovery

Procedures." *Id*. The parties have agreed to address these issues by hearing on July 22, 2021.

**B. The Parties' Pre-Filing Efforts.**

By email on February 12, by phone on February 17, by letter on May 19, by email on June 20 and by email and/or phone in other instances during this period, counsel for the parties conferred regarding the deposition of Mr. Tenev and the underlying Subpoena.  The undersigned raised the following objections: (i) the Apex Doctrine precludes the deposition of Mr. Tenev, the co-founder and CEO of non-party Robinhood Markets, Inc.; and (ii) the document requests contained in the Subpoena impose an undue burden on Mr. Tenev where, *inter alia*, the information sought is irrelevant to this litigation any relevant information is available from Defendant Robinhood Financial LLC.  In each conferral, counsel for Plaintiff stated its disagreement with Mr. Tenev's positions, and in the parties' most recent conferral on June 20, 2021, Plaintiff's counsel expressed its belief that no further conferral was necessary, standing on its prior disagreements.  As such, the parties have been unable to resolve these matters, necessitating the filing of Mr. Tenev's Motion, the Court's subsequent Order, and the discovery hearing scheduled for July 22, 2021.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

As set forth above and incorporated here, pursuant to Local Rule 7.1(a)(3), I HEREBY CERTIFY that undersigned counsel conferred, both in writing and orally, with all parties or non-parties who may be affected by the requested relief in a good faith effort to resolve the issues raised.  As of this date, the parties have been unable to reach a resolution on these matters.

Dated:  July 2, 2021                                     Respectfully submitted,


                                                    By: */s/ Grace L. Mead*                    _____
                                                    Grace Mead
                                                    Florida Bar No. 49896
                                                    Ryan Thornton
                                                    Florida Bar No. 99195
                                                    **STEARNS WEAVER MILLER**
                                                    Museum Tower
                                                    150 West Flagler Street
                                                    Suite 2200
                                                    Miami, Florida 33130
                                                    Telephone: 305-789-3559
                                                    Email: gmead@stearnsweaver.com
                                                    Email: rthornton@stearnsweaver.com


                                                    Maeve O'Connor (*pro hac vice*)
                                                    Elliot Greenfield (*pro hac vice*)
                                                    **DEBEVOISE & PLIMPTON LLP**
                                                    919 Third Avenue
                                                    New York, New York  10022
                                                    Telephone: 212.909.6000
                                                    Email: mloconnor@debevoise.com
                                                    Email: egreenfield@debevoise.com

                                                    *Attorneys for Non-Party Vladimir Tenev and*
                                                    *Defendant Robinhood Financial LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Ryan T. Thornton*
RYAN T. THORNTON

**SERVICE LIST**

Michael A. Citron, Esq.
Florida Bar No. 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com


R. Levy, Esq.
Florida Bar No. 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address