**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 20-cv-24897-CMA/Torres

SHTERNA PINCHASOV, Individually and on Behalf of
All Other Similarly Situated Plaintiffs,

   v.

ROBINHOOD FINANCIAL LLC,

               Defendant.

_____/

## JOINT MOTION TO ENTER CONFIDENTIALITY STIPULATION AND ORDER

Defendant Robinhood Financial LLC, and Plaintiff Shterna Pinchasov (collectively, the "Parties") respectfully move, pursuant to Federal Rule of Civil Procedure 26(c), for the Court to enter the attached proposed Confidentiality Stipulation and Order.

The discovery in this case will involve production of confidential, proprietary, and private information that should be protected from public disclosure. The proposed Order's protections are limited to the types of confidential, proprietary, or private information detailed in it; the Order does not confer blanket protections on all disclosures or responses to discovery. The proposed Order also contains provisions requiring the parties to meet and confer over disputes and provisions recognizing that any party seeking to publicly file confidential information can ask the Court to decide whether it is entitled to confidential treatment.

Accordingly, the Parties submit that good cause exists for the issuance of an appropriately-tailored protective order and request that the Court enter the proposed Confidentiality Stipulation and Order attached hereto.

Dated:  July 8, 2021

                                  Respectfully submitted,

By: *s/ Michael A. Citron*_____
Michael A. Citron, Esq.
Florida Bar No. 105083
**MAC LEGAL, P.A.**
3100 N 29th Ct., Suite 100
Hollywood, Florida  33020
Telephone: (954) 395-2954'
Email: Michael@maclegalpa.com – Correspondence
Email: Service@maclegalpa.com – Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida  33134
Telephone: (305) 780-6058
Email: service@CHGLawyers.com
Email: ihernandez@chglawyers.com


Ely R. Levy, Esq.
Florida Bar No. 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Email: elevy@lawlp.com – Service Address
Email: venessa@lawlp.com – Service Address
Email: Maritza@lawlp.com – Service Address




By: */s/ Grace L. Mead*_____
Grace Mead
Florida Bar No. 49896
Ryan Thornton

Florida Bar No. 99195
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com


Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York  10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: *Ryan T. Thornton*

RYAN T. THORNTON

**SERVICE LIST**

Michael A. Citron, Esq.
Florida Bar No.: 105083
MAC LEGAL, P.A.
3100 N 29th Ct., Suite 100
Hollywood, Florida 33020
Telephone: (954) 395-2954
Michael@maclegalpa.com – Correspondence
Service@maclegalpa.com - Service Address


Igor Hernandez, Esq.
Florida Bar No. 106386
CORNISH HERNANDEZ GONZALEZ, PLLC
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Phone (305) - 780 – 6058
service@CHGLawyers.com
ihernandez@chglawyers.com


R. Levy, Esq.
Florida Bar No.: 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
LEVY & PARTNERS, PLLC
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
elevy@lawlp.com – Service Address
venessa@lawlp.com – Service Address
Maritza@lawlp.com – Service Address