**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-24897-CMA/Torres

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

**CERTIFICATION OF BRANDON FETZER**

    Brandon Fetzer, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of New York, and am admitted to practice in the Southern District of New York; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                              */s/ Brandon Fetzer*
                                                Brandon Fetzer