**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-24897-CMA/Torres

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

                      Plaintiff,

     v.

ROBINHOOD FINANCIAL LLC,

                      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brandon Fetzer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is **GRANTED**.  Brandon Fetzer may appear and participate in this action on behalf of Robinhood Financial LLC.  The Clerk shall provide electronic notification of all electronic filings to Brandon Fetzer, at bfetzer@debevoise.com.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of July, 2021.

_____
Hon. Cecilia Altonaga
Chief United States District Judge