**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,

vs.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on the Motion to Appear *Pro Hac Vice* for Brandon Fetzer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 60]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Brandon Fetzer may appear and participate in this action on behalf of Robinhood Financial LLC. The Clerk shall provide electronic notification of all electronic filings to Brandon Fetzer, at bfetzer@debevoise.com.

**DONE AND ORDERED** in Miami, Florida, this 13th day of July, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record