

*Financial Tool to Financial Network.* We have seen an enthusiastic response from customers and are humbled by how often they share Robinhood with their families, friends and colleagues. This powerful word-of-mouth referral network has helped to rapidly grow our customer base. In 2020, our Net Cumulative Funded Accounts grew 143% to 12.5 million, increasing to 18.0 million as of March 31, 2021, with over 80% of new Funded Accounts in 2020 and in the three months ended March 31, 2021 joining our platform organically or through the Robinhood Referral Program. For the monthly cohorts in the year ended December 31, 2019, our average revenue payback period was approximately 13 months, and for the monthly cohorts in the year ended December 31, 2020, our average revenue payback period improved to less than five months. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Key Performance Metrics" for definitions of "Funded Accounts" and "revenue payback period." For a definition of "organically" acquired customers and a definition and description of the "Robinhood Referral Program," see "Management's Discussion and Analysis of Financial Condition and Results of Operations—Our Business Model—New Customer Growth."

For the year ended December 31, 2020, as compared to the year ended December 31, 2019:

- our total revenue grew 245% to $959 million, up from $278 million;

- we recorded net income of $7 million, compared to a net loss of $107 million; and

- our Adjusted EBITDA was $155 million, compared to negative $74 million.

In addition, for the three months ended March 31, 2021, as compared to the three months ended March 31, 2020:

- our total revenue grew 309% to $522 million, up from $128 million;

- we recorded net loss of $1.4 billion, which included a $1.5 billion fair value adjustment to our convertible notes and warrant liability, compared to a net loss of $53 million; and

## Comparison of the Three Months Ended March 31, 2020 and 2021

### *Revenues*

*Transaction-based revenues*

| (in thousands, except for percentages) | Three Months Ended March 31, 2020 | Three Months Ended March 31, 2021 | % Change |
|---|---|---|---|
| Transaction-based revenues | | | |
|   Options | $ 59,760 | $ 197,860 | 231 % |
|   Equities | 31,589 | 133,301 | 322 % |
|   Cryptocurrencies | 4,238 | 87,587 | 1,967 % |
|   Other | 44 | 1,691 | 3,743 % |
|     Total transaction-based revenues | 95,631 | 420,439 | 340 % |
| Transaction-based revenues as a % of revenue: | | | |
|   Options | 47% | 38% | |
|   Equities | 25% | 26% | |
|   Cryptocurrencies | 3% | 17% | |
|   Other | —% | —% | |
|     Total transaction-based revenues | 75% | 81% | |

    Transaction-based revenues increased by $324.8 million, or 340%, for the three months ended March 31, 2021, compared to the year prior. The increase was driven by a 151% increase in Net Cumulative Funded Accounts, which resulted in higher daily average revenue trades in options, equities and cryptocurrencies. Our daily average revenue trades for the quarter for options, equities and cryptocurrencies increased from 0.4 million to 1.1 million, an increase of 188%, 1.3 million to 5.1 million, an increase of 291%, and 0.1 million to 1.4 million, an increase of 1,375%. Increased interest in personal finance and investing, and several high-profile securities and cryptocurrencies, encouraged an unprecedented number of first-time retail investors to become our users and begin trading on our platform. We have seen substantial growth in our user base, engagement and trading activity metrics. We define "daily average revenue trades" as the total number of revenue generating trades executed during a given period divided by the number of trading days in that period.

134

completion of this offering, we anticipate the mark-to-market charge to be approximately $     for the quarter in which this offering occurs, assuming an initial public offering price of our Class A common stock of $    per share, which is the midpoint of the estimated offering price range set forth on the cover page of this prospectus.

### *Provision for (Benefit from) Income Taxes*

| (in thousands, except for percentages) | Three Months Ended March 31, | | $ Change |
|---|---|---|---|
| | 2020 | 2021 | |
| Provision for (benefit from) income taxes | $ (86) | $ 11,779 | $ 11,865 |

Provision for income taxes increased by $11.9 million, for the three months ended March 31, 2021, compared to the year prior. The increase was primarily due to the growth of the business.

## Comparison of the Years Ended December 31, 2019 and 2020

### *Revenues*

*Transaction-based revenues*

| (in thousands, except for percentages) | Year Ended December 31, | | % Change |
|---|---|---|---|
| | 2019 | 2020 | |
| Transaction-based revenues | | | |
| Options | $ 110,656 | $ 440,070 | 298 % |
| Equities | 50,688 | 251,200 | 396 % |
| Cryptocurrencies | 9,487 | 26,708 | 182 % |
| Other | — | 2,155 | NM |
| Total transaction-based revenues | $ 170,831 | $ 720,133 | 322 % |
| Transaction-based revenues as a % of total net revenues: | | | |
| Options | 40 % | 46 % | |
| Equities | 18 % | 26 % | |
| Cryptocurrencies | 4 % | 3 % | |
| Other | — % | — % | |
| Total transaction-based revenues | 62 % | 75 % | |

Transaction-based revenues increased by $549.3 million, or 322%, for the year ended December 31, 2020, compared to the year prior. The increase was driven by a 143% increase in Net Cumulative Funded Accounts, which resulted in higher daily average revenue trades (as defined above) in options, equities and cryptocurrencies. Our daily average revenue trades for options, equities and cryptocurrencies increased from 0.2 million to 0.6 million, an increase of 306%, 0.6 million to 2.2 million, an increase of 274%, and less than 0.1 million to 0.1 million, an increase of 175%. Increased interest in personal finance and investing, low interest rates and a positive market environment, especially in the U.S. equities markets, encouraged an unprecedented number of first-time retail investors to become our users and begin trading on our platform. We have seen substantial growth in our user base, retention, engagement and trading activity metrics, as well as continued gains and periodic all-time highs achieved by the equity markets.

139



### Financial Services at Internet Scale

Our people-centric approach has driven customer enthusiasm and engagement, resulting in rapid adoption of our products. We designed our platform to provide our customers with relevant, accessible information when they need it most. Being an investor involves following a regular cycle of events—news releases, earnings announcements, transaction executions—that creates a regular cadence of content and information. We use our platform, from push notifications to widgets, to provide seamless customized updates to our customers. This engenders trust, creates enduring long-term relationships and has resonated with our customers.

During 2020, among our customers who visited our app in a given day, they did so nearly seven times a day on average and engaged with us for a variety of reasons—to read the news, check their watch lists, manage their cash balances, make investments and monitor their portfolios. That figure is approximately two to four times higher than other leading FinTech companies during the same time period. We have sustained this level of engagement at scale, with 18.0 million Net Cumulative Funded Accounts as of March 31, 2021.

What's more, Robinhood customers are highly engaged with our platform across multiple products and services; by March 31, 2021, which is less than two years after Cash Management was introduced in 2019, over 3.4 million of our customers were debit card holders with our Cash Management offering, and, from our launch of fractional shares in 2019 to March 31, 2021, approximately 11 million customers have placed a fractional trade on Robinhood. Additionally, as of March 31, 2021, our Robinhood Snacks newsletter and podcast had nearly 32 million subscribers, and the daily podcast was downloaded nearly 40 million times in 2020, with more than 10 million additional downloads in the three months ended March 31, 2021. Our library of financial literacy resources, Robinhood Learn, had more than seven million cumulative page views as of March 31, 2021, and monthly unique visits to Robinhood Learn rose nearly six-fold from January 2020 to March 2021. We believe that the extent to which our existing and potential customers use and engage with our products and services is an important indicator of their level of interest in our platform. While not all forms of engagement directly impact our financial results, we believe that having highly engaged customers allows us to develop long-term relationships with them and introduce them to new products and services as our platform and offerings develop over time.

170

*Vertically Integrated Platform*

We design our own products and services and deliver them through a single, app-based platform supported by proprietary technology that has been cloud-based from the start. Our subsidiary, RHF, is a licensed introducing broker-dealer, and our other broker-dealer subsidiary, RHS, is a licensed clearing broker-dealer. Our digitally-native technology stack also gives us control over our product development from end-to-end, enabling faster development times, better customer experiences, stronger unit economics, greater flexibility and a robust and dynamic risk management framework. Our vertically integrated platform has enabled us to rapidly introduce new products and services such as cryptocurrency trading, dividend reinvestment, fractional shares, recurring investments and IPO Access, while also supporting our ability to quickly scale, including onboarding millions of new customers during 2020 and the first quarter of 2021.

*Innovative and Compelling Business Model*

We shattered paradigms of traditional financial services by building mobile-first products and services that our customers love to use, with no commission fees or account minimums, resulting in rapid growth and strong unit economics. Our strong brand and platform accessibility has created a network that has enabled us to onboard millions of customers with minimal marketing. For the monthly cohorts in the year ended December 31, 2019, our average revenue payback period was approximately 13 months, and for the monthly cohorts in the year ended December 31, 2020, our average revenue payback period improved to less than five months. Over time, our customers deepen their engagement and relationship with our platform, and our ability to grow with them results in attractive cohort economics, including a nearly three-fold increase in average revenues per user in the first 24 months for both our 2017 and 2018 annual cohorts. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Key Performance Metrics" for definitions of "revenue payback period," "cohort" and "Average Revenues Per User."

*Founder-Led, Passionate and Experienced Team*

Robinhood was founded in 2013 by Vladimir Tenev and Baiju Bhatt. Our founders deeply believe that everyone should have access to the financial system. To execute on this mission, we have assembled a world-class executive leadership team that includes Chief Operating Officer Gretchen Howard, previously a Partner at CapitalG, Chief Financial Officer Jason Warnick, who was most recently VP of Finance and Chief of Staff to the Chief Financial Officer at Amazon, Chief Marketing and Communications Officer Christina Smedley, previously a VP of Marketing at Facebook, Chief Legal Officer Daniel Gallagher, previously Chief Legal Officer at Mylan N.V. and SEC Commissioner from 2011 to 2015, and Chief Product Officer, Aparna Chennapragada, who was previously a Vice President and General Manager at Google. See "Management" for more information on our executive leadership team.

## Our Growth Strategies

We aim to serve our customers with existing product offerings, grow with our customers over time as they build their wealth and create new and innovative products that are relevant to new and existing customers. By doing so, we believe we will be able to continue to rapidly scale our customer base and maintain our market-leading customer engagement.

*Continue Adding New Customers to Our Platform*

We are simplifying how people interact with financial products, allowing new customers from all walks of life and generations to participate in the financial system. While we have established a strong brand and achieved significant growth to date, we believe we are still in the early stages of growth in our existing markets. For example, according to a 2019 Pew Research survey, approximately 60% of all Americans still do not have investments outside of their retirement accounts, and, according to a 2020 Gallup poll, an