```
 *** HIGHLY CONFIDENTIAL ***
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF FLORIDA
                 MIAMI DIVISION

-----------------------------
SHTERNA PINCHASOV, individually
and on behalf of All Others
Similarly Situated,

      Plaintiff,

VS.
                          No.  20-CV-24897-CMA
ROBINHOOD FINANCIAL, LLC,

      Defendant.
-----------------------------


                          Ft. Lauderdale, Florida
                          July 15, 2021
                          11:09 A.M.








                   - - - - - - -
              REMOTE/ZOOM VIDEO DEPOSITION

                        OF

                    ERIC DEACON

  CORPORATE REPRESENTATIVE OF ROBINHOOD FINANCIAL, LLC
                   - - - - - - -

                 HIGHLY CONFIDENTIAL

              FOR ATTORNEY'S EYES ONLY
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

APPEARANCES:


On behalf of the Plaintiff:

    MAC LEGAL, P.A.
    3100 N 29th Court, Suite 100
    Hollywood, FL 33020
    (954) 395-2954
    BY:  MICHAEL A. CITRON, ESQUIRE,
    Michael@maclegalpa.com


On behalf of the Defendant:

    STEARNS WEAVER MILLER
    150 W Flagler Street, Suite 220
    Miami, FL 33130
    (305) 789-3200
    BY:  GRACE L. MEAD, ESQUIRE,
    Gmead@stearnsweaver.com


On behalf of the Defendant:

    DEBEVOISE & PLIMPTON, LLP
    919 Third Avenue
    New York, NY  10022
    (212) 909-6000
    BY:  MAEVE L. O'CONNOR, ESQUIRE,
    Mloconnor@debevoise.com
    BY:  ELLIOT GREENFIELD, ESQUIRE,
    Egreenfield@debevoise.com



                I N D E X

    WITNESS                              PAGE
    Direct examination by Mr. Citron        6
    Cross examination by Ms. O'Connor     159

    PLAINTIFF'S EXHIBITS
    No. 1 - Notice of Taking Deposition    12
    No. 2 - Trade Confirmation             78
    (All exhibits were retained by Mr. Citron.)

                * * * * * * * *

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

Remote/Zoom Video Deposition of ERIC DEACON,

a witness of lawful age, taken by the Plaintiff,

for the purpose of discovery and for use as

evidence in the above-entitled cause, pending in

the United States District Court, for the

Southern District of Florida, Miami Division,

pursuant to notice heretofore filed, before LAURA

LENTOSKI, a Court Reporter and Notary Public in

and for the State of Florida at Large, remotely,

on July 15, 2021, commencing at 11:09 A.M.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1         THE VIDEOGRAPHER:  Good morning.  We're now

2    on the record.  Participants should be aware,

3    this proceeding is being recorded.  And as such,

4    all conversations here will be recorded unless

5    there's a request and agreement to go off the

6    record.  Private conversations and/or

7    attorney-client interactions should be held

8    outside the presence of the remote interface.

9    For the purpose of creating a witness only video

10   recording, the witness has been spotlighted or

11   locked on all video screens while in speaker

12   view.

13        For anyone who doesn't want the witness to

14   take up a large part of the screen you may click

15   the gallery view button in the upper right-hand

16   corner of the remote depo interface.

17        This is the remote video recorded deposition

18   of the corporate representative of Robinhood

19   Financial LLC.  Today is Thursday, the 15th day

20   of July of 2021.  The time now on the video

21   monitor is 15:08 UTC time.  Local time is 11:09

22   a.m. Eastern Standard Time zone.  We're here in

23   the matter of Shterna Pinchasov versus Robinhood

24   Financial, LLC.

25        My name is Roderick Pratt, the remote video

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1  technician, on behalf of the US Legal Support.

2  I'm not related to any parties in this action,

3  nor am I financially interested in the outcome.

4      At this time, would the reporter, Laura

5  Lentoski on behalf of US Legal Support, please

6  enter the statement for the remote proceedings

7  into the record.

8      THE COURT REPORTER:  "The attorneys

9  participating in this deposition acknowledge that

10 I am not physically present in the deposition

11 room and that I will be reporting this deposition

12 remotely.  They further acknowledge that in lieu

13 of an oath administered in person, I will

14 administer the oath remotely.  This arrangement

15 is pursuant to the Florida Supreme Court

16 Administrative Order No. AOSC-20-23.  The parties

17 and their counsel consent to this arrangement and

18 waive any objections to this manner of reporting.

19 Please indicate your agreement by stating your

20 name and your agreement on the record."

21     MR. CITRON:  From our position, we're in

22 agreement.

23     MS. O'CONNOR:  Defendant in agreement, as

24 well.

25 Thereupon,

```
 1                        ERIC DEACON

 2            after being duly sworn, testified under oath

 3        as follows:

 4                    DIRECT EXAMINATION

 5   BY MR. CITRON:

 6     Q.  Good morning, Mr. Deacon.  Just a few things.

 7   We're going to talk about, first and foremost, who I am,

 8   who we represent.  I know the case was read into the

 9   record, previously, but we're just going to -- for the

10   purpose that I did not see it being done earlier, we're

11   just going to state the fact that it's in the United

12   States District Court, Southern District of Florida,

13   Miami Division, and it is for case number 20-CV-24897,

14   in front of Chief Judge Altonatta.  And it is Shterna

15   Pinchasov, individually, on behalf of herself and all

16   others similarly situated, versus Robinhood Financial,

17   LLC.

18            Additionally, just to make sure that you are

19   aware, I'm not alone in the room.  And I'm joined today

20   by three colleagues of mine and -- who are also

21   co-counsel in this case.  There is Ely Levy.  There is

22   Venessa Valdez.  And there is Igor Hernandez.  And they

23   are in the room with me, at the time that I'll be asking

24   these questions.  They will not necessarily be

25   interacting with you, but they will be listening to your
```

1  testimony, as it is being projected on a screen, in our

2  conference room, for both the ease, and also to avoid

3  any unintentional technological feedback, during the

4  deposition.

5          Before we begin today, as you know, this

6  deposition is taking place in a unique time, under

7  unique circumstances, in that we are fortunately, I

8  guess, but also unfortunately, subject to a deposition

9  via Zoom, which presents its own challenges.  But

10  invariably to overcome some of those challenges, excuse

11  me, I'm going to ask some questions, just as a

12  preliminary, before we even get to your background.

13          And, that is, as you sit here present, today, I

14  see in the room you have two brown doors behind you, a

15  fan above your head, and a dresser in the back.  Where

16  are you currently situated today?

17      A.  I'm in the downstairs, of my house.

18      Q.  And where is your house?  I don't need the exact

19  address, by the way, just the city.

20      A.  Evergreen, Colorado.

21      Q.  Very nice area.  Okay.  Currently, as you're

22  sitting during this Zoom deposition, do you have access

23  to your cell phone?

24      A.  No, I do not.

25      Q.  Okay.  Are there any chat, SMS, communication

1  programs, of any sort, albeit e-mail or otherwise, open

2  on your screen -- well, actually strike that.

3       What are you using to broadcast the Zoom

4  deposition being conducted today?

5    A.  My laptop.

6    Q.  And what kind of laptop are you using?

7    A.  A MacBook Pro.

8    Q.  Are there any programs currently open, other than

9  this Zoom, that allows you to communicate with any

10  party, either present or not, in the deposition today,

11  that is open and available to you, at the current time

12  or at any point during the deposition?

13    A.  No, there's not.

14    Q.  Okay.  So, with that being said, we're going to

15  proceed.  Please, state your name, in the record, and

16  identify the capacity in which you are appearing today,

17  please.

18    A.  Sure.  My name is Eric --

19        MS. O'CONNOR:  Objection to the form, in

20      terms of the capacity question.

21        Go ahead and answer.

22        THE WITNESS:  My name is Eric Deacon.  I'm

23      the Market Operations Trading Manager for

24      Robinhood Financial.

25  BY MR. CITRON:

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      Q.   Okay.  And although counsel has stated an

2   objection to form, as to the capacity, how are you

3   appearing today?

4          In what capacity are you appearing today, on

5   behalf of Robinhood?

6                MS. O'CONNOR:  Object to --

7                MR. CITRON:  Noting Counsel's objection.

8                MS. O'CONNOR:  I think it's a legal

9          question, Michael.

10               MR. CITRON:  What do you mean?

11               MS. O'CONNOR:  I guess I'm not sure what

12         you're trying to ask, but I think what you're

13         trying to ask is a legal question, which is not

14         for the witness.

15               MR. CITRON:  I mean, I guess the question

16         would be then, to rephrase it:  Are you the

17         corporate representative for Robinhood Financial

18         LLC.

19               MS. O'CONNOR:  Objection to the form.  He's

20         the corporate representative -- I don't want to

21         have this be difficult in the beginning, Michael.

22         It's just -- he's the corporate representative on

23         certain topics and not on necessarily on any

24         question you would ask him.  And we'll be

25         objecting to the scope as we proceed.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1        I think he does understand that he's here as

 2   the corporate representative, on certain topics.

 3   I don't want -- I want to be clear, from the

 4   beginning, that there may be topics on which he's

 5   not the corporate representative, into which the

 6   questioning veers during the day or perceived

 7   areas of questioning that we think are outside

 8   the scope of those topics.  That's the only thing

 9   that I'm reacting to, right now.

10        MR. CITRON:  I understand.

11        So, let me just meet your objection.  And,

12   normally, we don't engender the objection usually

13   on the record, but I think your objection is one

14   that I want to address, so we don't have the

15   problem throughout the deposition.

16        And, that is, I am using a qualifier that

17   maybe I should probably emphasize a little bit

18   more.  I'm asking how he's appearing in his

19   capacity or whether he's the corporate

20   representative, for Robinhood Financial, today.

21   And that -- that specifically highlights the

22   point that he's appearing today, for a notice

23   that he received today, invariably received

24   today, because we noticed a deposition for the

25   corporate representatives, for the schedule of
```

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

 1    topics that are discussed today.

 2         And, so, from the standpoint that we would

 3    otherwise state, that we're not anticipating he

 4    binds the corporation, other than for the topics

 5    that he's appearing for today and answers today,

 6    that's the reason for the question.  And he's

 7    going to need to answer that point or we're going

 8    to have a problem just even getting past the

 9    first introductory questions, because he does

10    need to be able to appear today, as the corporate

11    representative.

12         We didn't request Eric Deacon.  Until just

13    moments ago, I didn't even know who he was.  So,

14    from the standpoint of having him identify

15    himself as the corporate representative and being

16    able to bind the corporation in his testimony

17    that's given today, he's the person that was

18    identified by Robinhood to address the inquiries,

19    found in our notice of taking deposition.

20         So, for that purpose, and for that purpose

21    only, is what we're asking.  I would hope that

22    that addresses the concern that you're stating

23    other than that.  We're not saying he's binding

24    the corporation outside of that.

25         MS. O'CONNOR:  I think it addresses it,

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1              Michael, and I just want to be careful about

2              this, from the beginning, because we had a lot of

3              back and forth on what the topics are.  He is

4              certainly the designated representative of

5              Robinhood, as to the topics on which he's

6              designated.

7                   I would not agree that necessarily any

8              question you ask him is a question for which he's

9              the corporate representative.  And that we will

10             take as the questions come during the day.

11             And with that caveat, I think it's a legal issue,

12             rather than a factual issue.  With that caveat,

13             for the record, I think you can ask the question

14             and Mr. Deacon can answer it.

15   BY MR. CITRON:

16       Q.  What we're going to do is we're going to

17   actually -- we're going to do a share screen.  We're

18   going to -- because we want to make sure that we kind of

19   go through this and get this clear now.  So, we're going

20   to offer in, through a share screen, as Exhibit One.

21   This is going to be Exhibit One.  This is going to be

22   the amended notice of taking deposition.

23             Does everyone see this screen?

24                  (Thereupon, Plaintiffs' Exhibit No. 1 was

25             marked for identification.)

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              MR. CITRON:  If you don't see the screen or

 2         see what we're sharing, please let us know.  But

 3         this is going to be Exhibit One, madam court

 4         reporter.

 5              MR. GREENFIELD:  Michael, are you able to

 6         share exhibits by -- through the chat function,

 7         so that each of us could just download the

 8         exhibit and be able to look at it?

 9              MR. CITRON:  Yes, Mr. Hernandez is going to

10         do that now.

11              MR. GREENFIELD:  Okay.  That's great.

12              THE COURT REPORTER:  And, Michael, every

13         time you mark an exhibit, I'm not going to

14         acknowledge you, but I will be marking them here.

15              MR. CITRON:  If you can just confirm that

16         it's there and that you're satisfied with its

17         presence, then we can move back to the share

18         screen, for the purposes of having the witness to

19         refer to it.  Okay?

20              MR. GREENFIELD:  I got it, thanks.

21    BY MR. CITRON:

22      Q.  Mr. Deacon, have you seen this document before,

23    albeit in its digital form?

24      A.  I'm taking a look, here.

25      Q.  Sure, please do.
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          And forgive us, we're just actually just going to

2      go through it.  If there's anything that you'd like us

3      to stop or we're going too fast, you need us to go back

4      up or something, just call that out, Mr. Deacon, so you

5      don't feel concerned.

6          A.  Okay.  I appreciate it.

7               MR. GREENFIELD:  Eric, if you want, you can

8               download this yourself and be able to scroll

9               through it yourself.

10               THE WITNESS:  Yeah, I did.  So, I'm

11               scrolling through.  I'm not -- I'm honestly, not

12               sure if I've seen this one or not.  I've seen a

13               lot of documentation.

14      BY MR. CITRON:

15          Q.  Okay.  No problem.  So, how many -- well, have

16      you ever been deposed before?

17          A.  No.

18          Q.  Are you currently under subpoena to be deposed in

19      other matters?

20          A.  I'm sorry, could you repeat that?  You broke up

21      there.

22          Q.  Are you currently under subpoena to be deposed in

23      other matters --

24          A.  No.

25          Q.  -- outside of this?

1    A.  No, I'm not.

2    Q.  So, when you say that you've seen others, but

3  you're not sure if you've seen this one, what are you

4  referring to, if you don't mind?

5    A.  Not others of this document.  I've seen a lot of

6  documentation, for this case, preparing for this case.

7  So, I'm not -- I just don't recall if I saw this

8  particular document, for this case.

9    Q.  Okay.  We're going to look at what is identified

10  as Schedule A.  Do you see that on your screen, sir?

11    A.  I do.

12    Q.  Okay.  Let me represent to you that this is the

13  notice that is the operative notice, which is the reason

14  why you are appearing here today.  But to that extent,

15  this exhibit, which we'll mark as Exhibit One, as I

16  stated before, has on it, on page four of six, a

17  schedule, entitled "Schedule A".

18       Can you please read the bolded and italicized

19  language found underneath the Schedule A writing?

20    A.  Yes.  "Each deponent must be prepared to discuss

21  in detail the following during his/her/its respective

22  deposition."

23    Q.  Okay.  So, for the next few questions, the

24  question I'm going to be asking is if you are prepared

25  to discuss, in detail, that particular topic that I'm

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    going to be referencing.  And we're going to go one by

2    one, until we complete the list, okay?

3              MS. O'CONNOR:  Michael, I have to object,

4         again.  I'm sorry, but there was a lot of back

5         and forth, between counsel, on this, as noted

6         in the asterisk, at the bottom of this list.  So,

7         this list doesn't represent, in our view, what

8         was agreed between the parties, as to the topics

9         on which we would present a corporate

10        representative.  There was e-mail exchanges about

11        this.  There was summary.  We objected to certain

12        of these, as way too broad.  So, I'm not sure

13        that this is a productive way to go.

14             MR. CITRON:  Well, I appreciate that, Ms.

15        O'Connor.  We're still going to go through it

16        anyway.  Because in the event that there's some

17        sort of invariably, I would think, that your

18        client vis-a-vis their representative,

19        Mr. Deacon, today, although he's stated he's not

20        sure if he's ever seen this document, I would

21        assume that he's been prepared for today's

22        deposition.

23             And I don't mean that in any sort of crass

24        way.  I just mean he was prepared for today's

25        deposition.  And, so, I'm assuming that whatever

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    position you've taken on these topics, and what I

2    mean by you, I mean defendant, as to what they

3    are going to answer or not answer, he's going to

4    understand, right away, what he's prepared to

5    answer and not answer today.  And, actually, I

6    think it will expedite this deposition quite

7    considerably.

8         So, respectfully, I must disagree.  And

9    unless you're going to be instructing the witness

10   not to answer, we're going to have to do it in

11   the manner in which we're suggesting it be done.

12         MS. O'CONNOR:  Michael, look, it's your

13   deposition.  I'm actually trying to be helpful.

14   There was a letter exchange, in which we said --

15   we identified six topics on which we would

16   prepare him, that incorporated our objections to

17   these.  Those six topics were agreed to.  They

18   are not reflected here, though.  They're

19   reflected in an e-mail.  He's prepared on those.

20         There was a subsequent e-mail exchange with

21   Venessa, and there was further agreement as to

22   topics.  So, Robinhood's position is that this

23   does not reflect the topics that we agreed to

24   prepare the representative on.  And those topics

25   are reflected in the e-mails that are reflected

```
 1   in the asterisk, at the bottom of this list.  So,

 2   I don't think this is a particularly productive

 3   exercise, but as I said, it's your deposition.

 4        MR. CITRON:  I appreciate it, Ms. O'Connor.

 5   And, also, let me be clear on the record that,

 6   you know, both of us have maintained calm and

 7   professionalism, and I don't think, in any sort

 8   of way, you're trying to be unhelpful, nor would

 9   I suggest the same.  I'm merely just in a

10   position where myself, trying to be helpful and

11   trying to make sure we do this the most

12   expeditious way.

13        I'm going to have to briefly review the

14   e-mail that you're referring to, and then once we

15   refer to the e-mail, we'll have to join back in.

16   So, we're going to take a two-minute -- let's say

17   five-minute break, just in case, and we'll rejoin

18   this in just a brief moment.

19        I would instruct the parties not to be

20   communicating about any substance, although there

21   are no currently pending questions, except for

22   the first one, which has not yet been answered.

23        THE VIDEOGRAPHER:  Off the video record at

24   15:28 UTC time.  Local time is 11:28 a.m.

25        (Thereupon, a short break was taken.)
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              THE VIDEOGRAPHER:  We're back upon the video

 2         record at 15:34 UTC time.  Local time is 11:34

 3         a.m.

 4   BY MR. CITRON:

 5      Q.  Thank you, very much.

 6          Okay.  So, back on the record.  So, Mr. Deacon,

 7   we're going to go through a couple of ground rules, so

 8   that we understand on how things are going to move in

 9   this deposition.  And, then, we're going to touch upon

10   some of the things that occurred before the break, and

11   then move forward.

12          So, the ground rules, you mentioned that you've

13   not been deposed before; is that correct, sir?

14      A.  That's correct.

15      Q.  Okay.  So, if, perhaps, being unfamiliar with

16   depositions, when I ask a question, I need firm answers

17   to the question, okay?  And what that means is uh-huhs

18   or un-huns are not really discernible, by the record.

19   There needs to be a yes or a no, or an answer that

20   addresses the question being asked, okay?

21      A.  Yep.

22      Q.  In the event that you -- I'm sorry?

23      A.  I said yes, sounds good.

24      Q.  Okay.  Now, invariably, we also have some

25   technological challenges, which was just exemplified by
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    what occurred, a moment ago, where that I'll ask a

2    question, you may be attempting to answer,

3    and inadvertently, one of us are speaking over each

4    other, because of delay in the signal, okay?

5         Is that a yes, sir?

6    A.   Yes.

7    Q.   Okay.  Perfect.

8         Additionally, your counsel, as you've seen

9    already this morning, may object.  That is their right.

10   Unless they are instructing you not to answer, the

11   typical objection will be objection to form.  That is

12   not an invitation for you not to answer the question.

13   You still will answer the question, but their objection

14   will be noted, on the record, which will be dealt with

15   outside of your presence and before the Court.

16        Do you understand that, sir?

17   A.   I do.

18   Q.   Okay.  So, when, for example, you hear an

19   objection or hear objection to form, you will then

20   proceed to answer the question being asked of you.

21        Do you understand?

22   A.   I do.

23   Q.   In the event that you don't understand a question

24   being asked of you, I'm going to ask that you stop me

25   and say, Mr. Citron, something to the effect of,

```
 1   Mr. Citron, I don't understand the question.  Please,

 2   restate; any number of things that you need to have the

 3   question be as clear as possible.

 4         Do you understand?

 5     A.  Yes.

 6     Q.  In the event that you do not ask for

 7   clarification and answer the question, it will be

 8   understood that you understood the question being asked

 9   of you.

10         Is that clear?

11            MS. O'CONNOR:  Objection.  I object to that.

12         If the question is unclear, the record will be

13         resolved later, by the Judge.

14   BY MR. CITRON:

15     Q.  You can answer the question, Mr. Deacon.

16     A.  Yes, I do.

17     Q.  Okay.  To the extent that you need to take a

18   break, to the extent that you need some -- really

19   anything I can do to accommodate you, the goal is to do

20   exactly that, to accommodate you as best as we can,

21   because we're trying to get the truth of which your

22   appearance today requires that you provide.  That is

23   because today's testimony that you're giving is under

24   oath.

25         Do you understand that?
```

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1        Mr. Deacon?

 2     A.   I'm sorry.  You broke up that entire sentence

 3  there.  I apologize.

 4     Q.   That's okay.

 5          Today's testimony, given in the deposition, is

 6  under oath.

 7          Do you understand that?

 8     A.   I do, yes.

 9     Q.   And do you understand what that means, sir?

10     A.   I do.

11     Q.   Okay.  And, so, obviously, the truth will be

12  requested of you provided today, but in line with that,

13  we also have to establish that you are capable of giving

14  that kind of testimony.  And one of the questions that I

15  must ask, as difficult of a position it puts me in, is

16  are you currently on any medication today?

17     A.   No, I am not.

18     Q.   Are you currently using any recreational drugs

19  today?

20     A.   No, I am not.

21     Q.   Are you currently, or have you, imbibed on any

22  alcoholic beverage today?

23     A.   No, I have not.

24     Q.   Is there anything that I need to know, or is

25  there anything at all, that would otherwise interfere
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   with your ability to testify truthfully today, in

2   today's deposition?

3        A.  No, nothing.

4        Q.  Okay.  Now, without further ado, we're going to

5   now revisit some of the issues that we had prior to the

6   break.

7            We've had the opportunity to review the e-mails

8   that were mentioned by your counsel.  We've had the

9   opportunity to review, also, the amended notice.  And,

10  so, the position that we'll be taking, in this

11  deposition, is we're going to go topic by topic, in this

12  amended notice, that was served on July 7, 2021, after

13  the June 10th and June 15th e-mails, which reflect the

14  amendments that were contemplated by those e-mails and

15  responded to accordingly.

16           And to the extent that you are capable of

17  answering, as you stated before, in conformity with what

18  the notice requires of you, then you will state as such.

19           Do you understand what I'm asking?

20               MS. O'CONNOR:  Objection to the form.

21  BY MR. CITRON:

22       Q.  You may answer.

23       A.  I do.

24       Q.  Wonderful.

25           Topic number one:  "Each of the facts and

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1  circumstances known to Defendants surrounding the

2  allegations made in Plaintiff's operative complaints."

3       And there it cites to the complaint in the

4  record.

5       Are you prepared to testify today, as Robinhood

6  Financial LLC's corporate representative, on that topic?

7            MS. O'CONNOR:  So, Michael, I'm going to

8       interpose a global objection to this, and then I

9       don't have to interrupt you further.  Okay?

10            MR. CITRON:  No problem.

11            MS. O'CONNOR:  My view is that this is a

12       legal question, not a fact question.  Mr. Deacon

13       is here as a corporate representative on topics

14       that were negotiated subject to a back and forth

15       between counsel.

16            And the matter -- I'm not even sure that

17       Mr. Deacon has seen this document.  I don't agree

18       that it reflects the parties' agreement.

19            Having said that, you can ask the questions.

20       He'll do the best he can.

21            I think the most efficient thing to do is

22       just to ask your substantive questions and I

23       think you'll find that you get the answers that

24       you're looking for from a prepared witness.  But

25       I don't think that we are in agreement, either

1        that these are appropriate fact questions for the

2        witness, given the negotiation between counsel,

3        or that this reflects the parties' agreement on

4        topics.

5             And, so, I'm going to have that be a global

6        objection to questions that are marching through

7        and asking, are you prepared to speak on these

8        topics, in Schedule A, if you'll agree with me

9        that I don't have to say it again, after each

10       question.

11            MR. CITRON:  Okay.

12  BY MR. CITRON:

13    Q.  Mr. Deacon, please answer the question; topic

14  number one.

15        Do you need me to restate the question, sir?

16    A.  Yes.  Could you, please?

17    Q.  Are you prepared to testify as Robinhood

18  Financial LLC's corporate representative, regarding

19  topic number one, on the notice before you which reads:

20        "Each of the facts and circumstances known to

21  Defendant Robinhood Financial, LLC surrounding the

22  allegations made in Plaintiff's operative complaint."

23        The request is, if you can do that in a "yes" or

24  a "no," that would be wonderful.

25    A.  I need clarification, please.

1    Q.   Sure.  What would you like clarification on, sir?

2    A.   So, the term "defendant" refers to Robinhood

3    Financial, LLC.  The question asked if I'm prepared to

4    discuss the facts and circumstances known to Robinhood

5    Financial, not known to myself.

6         So, I can't say that I know everything that

7    Robinhood Financial, LLC knows about this case.

8    Q.   So, Mr. Deacon, I'm so very glad that you raised

9    that inquiry to me, as an inquiry, because that shows

10   something that we need to make clear now.

11        I am not deposing you as Eric Deacon.  I don't

12   really know who you are.  The reason why you are here

13   today, albeit it seems like Robinhood's counsel may have

14   advised that you may not have even seen the notice, the

15   reason why you are here today is because there is a

16   deposition noticed and coordinated between the parties,

17   where there's the Plaintiffs and the Defendant, in a

18   class action litigation.

19        You, sir, are personally not involved in that

20   action, but, rather, you are a designated representative

21   under the Federal Rules, under 30(b)(6).

22        Now, that rule number, you don't need to know or

23   commit to memory for any purpose other than to know that

24   your testimony today is intended, at least by our

25   understanding of the rule, to bind the corporation in

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    the responses you will be giving to the inquiries made

2    today, not as Eric Deacon, but as Robinhood Financial,

3    LLC, the Defendant in this case, for which you have been

4    designated as the corporate representative.

5            Is that more clear?

6                MS. O'CONNOR:  Objection to the form.  And,

7            also, respectfully, Mr. Citron, I don't think you

8            can have this both ways.  Right?

9            So, you asked if he's prepared, on behalf of

10           Defendant, to testify to everything.  I believe

11           he answered no.  And, then, you instructed him

12           that he was wrong.

13           I don't think you can have this both ways.

14           Either, it's a question for the fact witness or

15           it's something between counsel.

16               MR. CITRON:  No.  Actually, so I'm glad that

17           you raised that, then, Ms. O'Connor, and really,

18           this is starting to eat into some of our

19           deposition time here.  But let me be very clear.

20               What the witness actually stated, and since

21           we all have the live stream, we can look at it,

22           he stated that he's not prepared to testify on

23           information that he would know.  He doesn't know

24           what the Defendant would know.

25               But if that's the case, that means, to me,

```
 1            that he doesn't know what he's doing here because

 2            I'm not asking him about what he knows.  I'm

 3            asking about what the Defendant knows.

 4                 If he simply would have just said no, then I

 5            would agree with you, but he did not say that.

 6            What he said was, I don't know what the Defendant

 7            knows because I only know what I know.  And

 8            that's not sufficient in an answer to the

 9            question because he's here appearing for the

10            Defendant.  He's not appearing for himself.

11                 So, I most emphatically disagree, but

12            respectfully so.

13   BY MR. CITRON:

14      Q.  So, again, sir, let's go back to question number

15   one.

16                 MS. O'CONNOR:  Objection.

17                 MR. CITRON:  Go ahead.  No problem.

18                 These are not -- by the way, we are trying

19            to be as respectful as possible, but as you can

20            imagine, there's such a severity of speaking

21            objections, that unless there's an instruction

22            not to answer, we're really kind of abrogating

23            what the confines of deposition conduct should

24            be.

25                 We haven't even gotten past his capacity
```

```
 1   here, today, largely because of speaking

 2   objections.

 3        So, please, continue.

 4        MS. O'CONNOR:  So, if I can just clarify,

 5   though, Michael.  We have not had a single

 6   question about substance, and I would never have

 7   a speaking objection on the substance.

 8        The trouble we're having, and I'm happy to

 9   take it off the record, if you'd like, is that

10   there's a dispute between the parties about what

11   he's appearing on.  And in trying to find out if

12   he's prepared to speak as a corporate

13   representative on question one, he gave you an

14   answer.  And --

15        MR. CITRON:  Ironically, Ms. O'Connor,

16   the -- and I don't mean to step on your words,

17   but I guess just to kind of expeditiously move

18   this along, it's ironic that you say what you're

19   saying because admittedly the back and forth of

20   the e-mails, that were shared in June, where

21   Elliot's e-mails makes very clear -- and there

22   was no subsequent e-mail to the June 15th e-mail

23   that you're referring to -- number one was not

24   even a topic that was objected to by the

25   Defendant.  And, yet, we have not even gotten
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   past topic number one.

2        So, I know you're speaking --

3        MS. O'CONNOR:  I did not agree --

4        MR. CITRON:  -- but you know that he's here

5   to -- you know that he's here to testify on

6   behalf of the Defendant, for a topic that has not

7   even been objected to, is something we need to

8   get to the bottom of because you've already made

9   clear that he's not prepared to testify about

10  anything but six topics.  Which by the way, in

11  reviewing the e-mails, is not at all what was

12  discussed between the parties.

13       So, I take great exception to that, as well.

14  And we can deal with that off the record, and

15  with the Court, if necessary.  But for the

16  purposes of number one, number one was never

17  objected to, not by the Defendant, in any e-mail,

18  not by the Defendant, in any subsequent

19  communications, via telephone or a meeting, or

20  anything.

21       In fact, number one should be, as far as the

22  Plaintiff is concerned, the Defendant is

23  absolutely prepared to discuss, in detail, number

24  one, which, again, is, "each of the facts and

25  circumstances known to the Defendant surrounding

1  the allegations made in Plaintiff's operative

2  complaint."

3      Instead, the witness has taken the position

4  that he, as Eric Deacon, doesn't know what the

5  Defendant knows.  And I'm sure you can imagine

6  that that is not a sufficient response, which is

7  why we took the position --

8      MR. GREENFIELD:  Michael --

9      MS. O'CONNOR:  Michael, the question,

10  actually, to number one, Elliot Greenfield wrote

11  a letter to you, dated June 6th, objecting to

12  topic one.  I'm just -- so if I can make a

13  suggestion for moving forward?

14      Maybe you should start asking the

15  substantive questions, on your outline, and I

16  think you'll find that you make good progress.  I

17  think this -- this kind of fight, about Schedule

18  A, right now, which is really kind of a

19  counsel-to-counsel dispute, is not a great use of

20  time.

21      I think if you turn to your substantive

22  questions, that you prepared for the witness,

23  you'll find that he's prepared as was agreed

24  between the parties.  But this -- I just feel

25  like this is not -- you can use your time the way

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1           you can use it, but we did absolutely object to

 2           topic one, topic two, and topic three, among

 3           others.

 4    BY MR. CITRON:

 5       Q.  Mr. Deacon, we're going to -- what I'm going to

 6    do is, I'm going to occasionally have to refer back to

 7    Exhibit One.  Since counsel for the Defendant takes the

 8    position she won't be objecting to substance, we're

 9    going to hold her to that, and see about a substance

10    that we're dealing with today.

11              MR. GREENFIELD:  Object to the form.

12    BY MR. CITRON:

13       Q.  So from that standpoint --

14              MR. CITRON:  That's fine.

15    BY MR. CITRON:

16       Q.  From that standpoint, Mr. Deacon, please restate

17    your job title and the description of what that job

18    title entails.

19       A.  I'm the Market Operations Trading Manager, for

20    Robinhood Financial.

21       Q.  And what does that job description entail,

22    please?  What are your responsibilities?

23       A.  I manage the operations of the trading team, for

24    Robinhood Financial.

25       Q.  What does that mean?  What does it mean to manage
```

1    the operations?

2        A.  That means that I manage a team that handles

3    trading -- equity trading, for Robinhood Financial.

4        Q.  How many people are underneath you?

5        A.  Six people.

6        Q.  And what is it that they do, in their day-to-day

7    jobs?

8        A.  We monitor client trading, we look at regulatory

9    reports, we process trade corrections.

10       Q.  For all of the users?

11       A.  Correct.

12       Q.  And how many users does Robinhood currently have?

13       A.  I don't know that.

14       Q.  Who would know that information?

15       A.  I'm not sure.

16       Q.  So, you said that you monitor client trading.

17   What does that mean, "monitor client trading"?  What

18   aspect of client -- or aspects of client trading, do you

19   monitor?

20       A.  I'm not clear on the question.

21       Q.  Can you please tell us what the responsibilities

22   are of the trading team; stated another way.

23       A.  As I mentioned before, we monitor client trading,

24   pull regulatory reports, process trade corrections,

25   monitor corporate actions.

1    Q.  What does -- what does it mean to monitor client

2   trading; what does that mean?  I mean, it's a very

3   amorphous term, so what does that mean?

4              MS. O'CONNOR:  I'll just object that that's

5         a question outside the scope of 30(b)(6), but

6         Mr. Deacon can answer in his personal capacity.

7   BY MR. CITRON:

8    Q.  You may answer now.

9    A.  So, we generally look at daily trade reports.

10   We're looking for short positions, maybe that are in

11   accounts.  We're looking at overall trade volumes, types

12   of trades that are coming through, exchanges the trades

13   are routed to; that kind of information.

14   Q.  You mentioned the word "corrections."  What type

15   of corrections are we referring to?

16   A.  Trade corrections.

17   Q.  Yeah.

18   A.  Price improvements, errors.

19   Q.  What -- what do you mean -- let's go through each

20   one.  We're going to unpack -- when we mention these

21   topics, we're going to go through each one and try to

22   unpack what you're talking about, so I can understand.

23   I'm not a trader.  I don't deal with trading, so I --

24   this is really an opportunity for you to kind of educate

25   me.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          So, I want to thank you, again, for doing so, in

2      advance.  But when you're talking about trade

3      corrections, so you're saying -- can you just explain

4      what that really means?

5                MS. O'CONNOR:  And just to stay off the

6                record, Michael, I'll do a global objection that

7                questions about Mr. Deacon's job are ones he can

8                answer in his personal capacity that weren't

9                designated in the 30(b)(6) topic.

10     BY MR. CITRON:

11         Q.  You can answer.

12         A.  So, trade corrections need to be processed for

13     several reasons.  So, there may be an issue with one of

14     our exchanges that we send trades to, and they may

15     erroneously fill an order or not fill an order.

16          Through our best execution review, we may find

17     that a client was due a better price than what they

18     received, and so we will process a price improvement for

19     them.

20          It could be a system issue where there -- there

21     was some sort of system issue where a client wasn't

22     either able to place a trade, in a timely manner, or

23     something along those lines, so we will process trade

24     corrections to make the client whole.

25         Q.  In your monitoring of the client trading, do you

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1  process or review the client trading equally, across the

2  board, for all of the customers belonging to Robinhood

3  Financial?

4            MS. O'CONNOR:  Objection to the form.

5            THE WITNESS:  I guess, what do you mean

6       by -- what do you mean by equally looking across

7       them?

8  BY MR. CITRON:

9    Q.  Meaning uniformly.  Meaning that everyone is

10  getting the same exact review.

11            MS. O'CONNOR:  Same objection.

12            THE WITNESS:  So, I guess it would depend on

13       the type of review that you're -- you're

14       referring to.  If we're looking at the best

15       execution review that I mentioned, that's not my

16       team's responsibility, so we're not doing that.

17            We're not looking at a trade-per-trade basis

18       or anything like that.  The volumes of our

19       trading is much too high to do that.  So, we're

20       looking at more higher level trading.

21            If an issue is brought to us, that's when

22       we'll dig into a particular trade.

23  BY MR. CITRON:

24    Q.  So, there are policies and protocols that are

25  followed; is that correct?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      A.   Correct.

2      Q.   And you oversee those policies and protocols; is

3   that correct?

4      A.   The ones that are pertinent to my job, yes.

5      Q.   And are those -- to your job, which you stated

6   was, in part, to monitor client trading, those are to

7   consistently apply those policies and protocols across

8   the board?

9           MS. O'CONNOR:  Objection to the form.

10  BY MR. CITRON:

11     Q.   You can answer.

12     A.   Correct.

13     Q.   So, there are -- including yourself, there are

14  seven people that are part of this market operations

15  team; is that correct?

16     A.   That's correct.

17     Q.   And they oversee all of Robinhood Financial's

18  trading apparatus used by the customer base?

19          MS. O'CONNOR:  Objection.

20  BY MR. CITRON:

21     Q.   Or platform; not apparatus.

22          MS. O'CONNOR:  Objection to the form.

23  BY MR. CITRON:

24     Q.   You can answer.

25     A.   Could you clarify what you mean by either

1  "apparatus" or --

2      Q.  So, when we talk about your team of seven,

3  including yourself --

4      A.  Uh-huh.

5      Q.  -- this team of seven is implementing the

6  policies and procedures for monitoring client trading,

7  for all clients, at Robinhood Financial; is that

8  correct?  It's just seven of you?

9      A.  Correct.

10     Q.  Got it.

11         And what are the names of the six people of your

12  team, please?

13     A.  Lindsey Holt.

14     Q.  Is that -- can you spell them, also?  I'm sorry

15  --

16     A.  Yes, sure.  L-I-N-D-S-E-Y, Holt, H-O-L-T.

17         Russ Sarsam, R-U-S-S, S-A-R-S-A-M.

18         Elliott Wells, E-L-L-I-O-T-T, W-E-L-L-S.

19         Chris Olenik, C-H-R-I-S, O-L-E-N-I-K.

20         Ray Poloncic, R-A-Y, P-O-L-O-N-C-I-C.

21         And Francis Choi, F-R-A-N-C-I-S, C-H-O-I.

22     Q.  Is there a manual or written policies and

23  procedures that you apply?

24             MS. O'CONNOR:  Objection to the form.

25             THE WITNESS:  Yes.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1   BY MR. CITRON:

 2       Q.  You can answer.

 3       A.  Yes.  We have written supervisory procedures and

 4   standard operating procedures.

 5       Q.  And do you know who created those?

 6              MS. O'CONNOR:  I'm just going to restate my

 7          objection to the scope of being outside the

 8          30(b)(6).  And Mr. Deacon can answer in his

 9          personal capacity.

10              THE WITNESS:  Sure.  Our written supervisory

11          procedures are written by our compliance

12          department.  Our standard operating procedures

13          are generally written by my team.

14   BY MR. CITRON:

15       Q.  Do you -- is there a -- strike that.

16          Are the written supervisory procedures publicly

17   accessible or disseminated to the customers, for

18   Robinhood Financial?

19       A.  No.

20       Q.  Are the standard operating procedures, written by

21   the marketing operations team, published or otherwise

22   disseminated to Robinhood's customers?

23              MS. O'CONNOR:  Objection to the form.

24              THE WITNESS:  No.

25   BY MR. CITRON:
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      Q.  I'm sorry.  It seemed like there were two people

2   talking at once.  What was that?

3              MS. O'CONNOR:  I think I said "objection to

4         the form," and Mr. Deacon answered.

5   BY MR. CITRON:

6      Q.  Okay.  And what was your answer again,

7   Mr. Deacon?  I'm sorry.

8      A.  My answer was no.

9      Q.  Does the market operations team have a physical

10  location, or is it a remote location?

11     A.  It is both, currently.

12     Q.  Okay.  Do people go into the office for the --

13  for this team that you belong to?

14     A.  Some do, some do not.  It's not a requirement,

15  right now.  But some do -- some do go into the physical

16  office.

17     Q.  And where is the physical office located?

18     A.  I have four offices.

19     Q.  Oh.  Where are they?

20     A.  So, Menlo Park, California; Denver, Colorado;

21  Charlotte, North Carolina; and Lake Mary, Florida.

22     Q.  And, again, that is just for the seven of you; is

23  that correct?

24     A.  Correct.

25     Q.  I don't like Zoom.  I meant to hit the unmute

1    button and I hit the shut off the video button.

2         You mentioned -- okay.  So, you mentioned about

3    trade corrections, okay.  What type of trades need a

4    correction?  You mentioned just that if they have an

5    issue, but I want to kind of unpack that a little bit

6    just because I didn't really understand it.  Again, I'm

7    a layperson when it comes to this type of stuff.

8         What is a -- what is a trade correction?  Let's

9    talk about that first.  How would you correct a trade?

10             MS. O'CONNOR:  Objection, scope.  You can

11         answer in your personal capacity.

12             THE WITNESS:  So, it just depends on what

13         went wrong or the reasoning for the correction

14         needing to be done.  It may be that, like I

15         mentioned, we need to just correct the price that

16         the client got.  It could be that we need to

17         cancel, just straight cancel the trade.  It could

18         be that we need to make somebody whole and buy

19         into a trade.

20    BY MR. CITRON:

21    Q.  Let me go ahead and ask you this.  It's going to

22    be a little bit of a rewind here.  And I only say that

23    because your counsel has kind of made me think a little

24    bit, which I always appreciate.

25         How did you become the Market Operations Manager,

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    for Robinhood Financial; how did you get that job?

2        A.   I applied for it.

3        Q.   What was your background?

4        A.   I've been in trading-related functions, for the

5    last 15 years.

6        Q.   In what capacities?

7        A.   My first job was as a Financial Advisor trainee,

8    for Morgan Stanley.  I then went to work for Wachovia

9    Securities, on their trading desk.  Then, went to work

10   for TIAA Brokerage, where I ran their trading operations

11   group.  And left there and went to Robinhood Financial.

12       Q.   Okay.  And let me ask you, when you applied for

13   the job, who did you -- who did your interview, if you

14   remember?

15       A.   We do several interviews.  So, we do a few rounds

16   of interviews and then a panel interview; so several

17   people.

18       Q.   Okay.  Let's go through them.  So, who is the

19   first group or person that you met with?

20            MS. O'CONNOR:  I'll object to the scope of

21       this line of questioning.

22            You can answer in your personal capacity.

23            THE WITNESS:  So, the first interview would

24       have been with the recruiter.  I don't recall her

25       name.

Eric Deacon Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    BY MR. CITRON:

2        Q.  And is that a Robinhood recruiter, Mr. Deacon?

3        A.  I'm not positive.

4        Q.  But would it have been like a third-party head

5    hunting type of situation, like you went through an

6    Indeed, or someone at Robinhood, maybe.

7        A.  It was somebody at Robinhood.  I'm not positive

8    if it was an employee or a contractor.

9        Q.  Okay.  Not a problem.  So, after that went well,

10   where were you then, I guess for the purpose of this

11   line of questioning, elevated to?

12       A.  So, then, the next round of interviews would have

13   been a phone interview, with the hiring manager.

14       Q.  Do you remember that person?

15       A.  Yes, that's Brianna Bain.

16       Q.  Brianna?

17       A.  B-R-I-A-N-N-A, last name, B-A-I-N.

18       Q.  Okay.  Thank you.  And that obviously went well.

19   What happened after that?

20       A.  So, after that, then I go to a panel interview.

21   I believe it was four interviews, with four different

22   people.

23       Q.  Okay.  Do you remember those people, sir?

24       A.  I recall three of the four.  I'm trying to

25   remember the fourth.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.  It's okay.  We won't tell them that you forgot

2    the other one.

3    A.  Well, one of them, again, was the hiring manager,

4    Brianna Bain, so she was one of these.  And these were

5    in person -- well, virtual, in-person interviews.

6    Q.  Got it.

7    A.  Ironically enough, Francis Choi was one of them.

8    Q.  Oh, that is ironic.  Okay.

9    A.  He was in a different capacity, at the time,

10   obviously.  Malenna -- I'm not going to remember her

11   last name.  I apologize.

12   Q.  That's okay.

13   A.  Yeah, I don't recall the fourth.

14   Q.  Okay.  And, then, what happened after that?

15   A.  After that, I received the offer to come join the

16   team.

17   Q.  And when was that?

18   A.  The offer -- I don't know the exact date of the

19   offer.  I can give you my start date.

20   Q.  That's fine.

21   A.  August 4th of 2020.

22   Q.  Okay.  Bear with me one second, Mr. Deacon.  I'm

23   going to take a brief second.

24       Okay.  So, Robinhood, then, is your employer?

25   Robinhood Financial is your employer?

1    A.  Correct, Robinhood Financial.

2    Q.  Okay.  And they designated you as the Market

3  Operations Manager, correct?

4         MS. O'CONNOR:  Objection to the form.

5         THE WITNESS:  The Market Operations Manager

6      specifically for the trading team.

7  BY MR. CITRON:

8    Q.  So, and they specifically made you the manager to

9  monitor client trading, to use your words, right?

10         MS. O'CONNOR:  Objection to the form.

11  BY MR. CITRON:

12    Q.  You can answer.

13    A.  Yeah, yes.

14    Q.  So, are there other teams that would monitor

15  trading, on the platform, aside for your own?

16         MS. O'CONNOR:  Sorry.  Objection, scope.

17         You can answer, in your personal capacity.

18         THE WITNESS:  Sure.  Yes, we do have other

19      teams, within Market Operations that monitor

20      different types of trading.  We have an options

21      team, who strictly focuses on options trading,

22      and we have a margin team.

23  BY MR. CITRON:

24    Q.  So, your team focuses, then, on the trading of

25  equities and stock; is that correct?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    A.  That's correct.

2    Q.  Are you licensed as a trader or do you hold --

3    strike that.

4         Do you hold any licenses, Mr. Deacon?

5    A.  Yes, I do.

6    Q.  And what are those licenses, sir?

7    A.  I have the FINRA series 7 license, the FINRA

8    series 63 license, and the FINRA series 24 license.

9    Q.  And are you aware of any licenses held by your

10   employer, Robinhood Financial, LLC?

11             MS. O'CONNOR:  Objection to scope.

12             You can answer in your personal capacity.

13             Also, objection to the form.

14             THE WITNESS:  So, you're referring to the

15        entity, Robinhood Financial, as a whole?

16   BY MR. CITRON:

17   Q.  Yes.

18   A.  I don't believe that entities are licensed, but I

19   will say that I'm not one hundred percent positive on

20   that.

21   Q.  Okay.  Would they be operating through your

22   license, then, in the form of trading?

23             MS. O'CONNOR:  Same objection.

24   BY MR. CITRON:

25   Q.  You can answer.

1    A.  I apologize, I got a glitch again.  What was the

2  question?

3    Q.  I'm just saying, are they operating through your

4  license?  Basically, are they qualified to be as a

5  trading platform because of your license?

6    A.  No.

7          MS. O'CONNOR:  Objection to scope and to

8          form.

9  BY MR. CITRON:

10   Q.  So, whose license would they be using?

11         MS. O'CONNOR:  Same objection.

12  BY MR. CITRON:

13   Q.  If the entity, itself, doesn't have a license?

14         MS. O'CONNOR:  Same objection.

15         THE WITNESS:  Robinhood Financial is

16         registered as a broker dealer.

17  BY MR. CITRON:

18   Q.  Ah, okay.  And who -- when you say registered,

19  who are they registered with?

20         MS. O'CONNOR:  Same objection.

21         You can answer in your personal capacity.

22         THE WITNESS:  They are registered with the

23         SEC, as a broker dealer, and they are members of

24         FINRA.

25  BY MR. CITRON:

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      Q.   Anything else?

2               MS. O'CONNOR:  Same objection.

3               THE WITNESS:  Not that I'm aware of, but

4          it's not really my area of expertise.

5   BY MR. CITRON:

6      Q.   How many transactions do you and your team

7   monitor daily?

8               MS. O'CONNOR:  Same objection.

9               You can answer in your personal capacity.

10              THE WITNESS:  How many -- clarify the

11         question, please.  Are you asking how many trades

12         are done through Robinhood Financial, equity

13         trades that my team would be responsible for

14         overseeing?

15  BY MR. CITRON:

16     Q.   Yes, sir; that is correct.

17     A.   Okay.  Obviously, that changes on a day-to-day

18  basis.

19     Q.   Well, do you monitor all of them?

20              MS. O'CONNOR:  Objection to scope.

21              You can answer in your personal capacity.

22              THE WITNESS:  As I mentioned earlier, we

23         don't look at individual trades all the time,

24         every single trade that comes through.

25  BY MR. CITRON:

1    Q.  Is there an average amount?  Would you say that

2    it was more than a hundred or less than a hundred; how

3    about that?

4              MS. O'CONNOR:  Same objection.  Also,

5         objection to the form.

6              THE WITNESS:  More or less than a hundred

7         what?

8    BY MR. CITRON:

9    Q.  Trades.  Trades.

10   A.  That we physically look at or that our clients

11   are putting in?

12   Q.  No, no, that you are monitoring.  Because, again,

13   I'm only going based off of what you testified before

14   that your job, as the manager of the Market Operations,

15   is to monitor client trading, which we unpacked a little

16   bit there, thankfully.  In your position, how many

17   transactions is your team monitoring?  And, so, where

18   you said it varies, so I'm saying to you, okay, let's

19   get an average.

20        Is it more or less than a hundred trades per day

21   that you are monitoring, in the trade capacity?

22   A.  I think we're going to have to go back --

23              MS. O'CONNOR:  Sorry.  Object to the scope.

24              You can answer in your personal capacity.

25              Also, objection to the form.

1              THE WITNESS:  I think it would be helpful if

2         we clarified monitoring.

3  BY MR. CITRON:

4     Q.  Sure.

5     A.  So, I think at least the line of questioning kind

6  of sounds like you think that we are looking at

7  individual trades, as they're coming through, and that's

8  not the scope of my team.

9     Q.  Oh, okay.  So, what is the scope?

10    A.  Again --

11    Q.  Explain what you mean by monitoring; let's start

12  there.  What do you mean by monitoring?

13    A.  So, like I mentioned before, pulling regulatory

14  reports on trading.  So, that may be looking at order

15  blotters, from a previous date.  What we're not doing is

16  watching real time trades and I think that's where the

17  confusion may be.

18    Q.  So, I'm going to have to dig a little bit deeper

19  on there because you did say pull regulatory reports

20  earlier, but you mentioned that you're going to have to,

21  in some cases, institute trade corrections; isn't that

22  correct?

23    A.  Correct.

24    Q.  And, then, you also testified that that would

25  mean that you can also correct the price or cancel a

1   trade, or otherwise, buy into a trade in the event that

2   you saw there was an issue for your client; is that

3   correct?

4              MS. O'CONNOR:  Objection.

5              THE WITNESS:  That's correct.

6   BY MR. CITRON:

7      Q.  Okay.  And I can hear the objection maybe made

8   into the record, but do you want to make sure your

9   objection is on the record, Ms. O'Connor?

10             MS. O'CONNOR:  I wasn't looking at the

11        realtime.

12             MR. CITRON:  That's okay.  I just didn't

13        hear it, so I'm assuming it wasn't made.

14             MS. O'CONNOR:  Okay.  I did interpose an

15        objection.  I lost my realtime connectivity, so I

16        can't see whether it's there or not, but it will

17        be in the audio, I would hope.

18             MR. CITRON:  Yeah, no problem.  And let it

19        just be known that I did hear you make an

20        objection, I just don't know -- I heard you say

21        something, I just didn't know what it was.

22             MS. O'CONNOR:  Yeah, it was just the word

23        "objection".  Thank you.

24             MR. CITRON:  Got it.  No problem.

25   BY MR. CITRON:

1    Q.  When you say the words "cancel a trade", are you

2    referring to, like, one customer's singular trade that,

3    like, okay, this customer needs their trade cancelled,

4    or something else?

5              MS. O'CONNOR:  Objection to the scope and to

6         the form.

7              You can answer in your personal capacity.

8              THE WITNESS:  Yeah, it could be or is

9         individual client trades, yes.

10   BY MR. CITRON:

11   Q.  And it could be greater than just one client

12   trade, correct?

13             MS. O'CONNOR:  Objection.

14             THE WITNESS:  Yes.

15   BY MR. CITRON:

16   Q.  How many trades can you cancel?

17             MS. O'CONNOR:  Same objection.

18   BY MR. CITRON:

19   Q.  You can answer.

20   A.  You can trade -- well, cancel or correct whatever

21   trades are necessary, at the time.

22   Q.  Naturally, this begs the question, how can you

23   cancel trades if you're not looking at the trades in

24   real time?

25             MS. O'CONNOR:  Same objection to scope and

1        to form.

2                THE WITNESS:  We're not looking in real time

3            and we're not cancelling them or correcting them

4            in real time.  It's always after the fact.

5    BY MR. CITRON:

6      Q.  What does that mean?  What does that look like?

7      A.  So, I'll give you, I think, a clarifying example

8    of a trade cancellation.  Generally, we will find out

9    about those from a client letting us know that they

10   experienced some sort of issue with us.  So, that would

11   be one way we would find out and go back and research

12   that, and do some sort of correction, if necessary.

13     Q.  What kind of issues are you talking about?

14               MS. O'CONNOR:  Objection to scope and to the

15           form.

16               THE WITNESS:  Could be they had some sort of

17           an issue with the app, where they weren't able to

18           enter an order or maybe cancel an order.

19   BY MR. CITRON:

20     Q.  Okay.  Well, why don't you walk me through some

21   of the issues that happened with the app that lead to

22   that?

23               MS. O'CONNOR:  Objection to the form and to

24           scope.

25               You can answer in your personal capacity.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1              THE WITNESS:  Yeah, I'm not an engineer, so

2         I'm not going to profess to get into the

3         technicalities, but as with any technological

4         platform, there can be an outage, an issue, a

5         break of some sort.  And maybe with our platform,

6         and maybe with one of our venues that we send

7         trades to for execution, something occurs with

8         them and their technology.  So, whatever that is

9         could cause a client to need to be -- have a

10        trade corrected/cancelled.

11   BY MR. CITRON:

12     Q.  So, just to be clear, so a function or

13   malfunction, in the platform, could cause a client to

14   need their trade cancelled; is that your testimony, sir?

15              MS. O'CONNOR:  Objection to the form and

16        scope.

17   BY MR. CITRON:

18     Q.  You can answer.

19     A.  Yes, that could -- that could cause a need for a

20   correction, for a trade correction.

21     Q.  And you said that you're not an engineer.  Can

22   you explain what that means?  Forgive me, again, it's my

23   unfamiliarity with the whole thing.

24          What does that mean to not be an engineer, like,

25   are they building something; what does that mean?

```
 1            MS. O'CONNOR:  Objection to the form and to

 2        scope.

 3            THE WITNESS:  I apologize.  Again, I had a

 4        slight freeze there.  Can you restate the

 5        question for me?

 6   BY MR. CITRON:

 7     Q.  Sure.  Not a problem.  What I've been saying is,

 8   you mentioned the words that you're not an engineer.

 9   So, I was just saying because of my unfamiliarity, I

10   don't really know what that means.  Like, what does that

11   mean to be an engineer?  Let's start with, for what?  An

12   engineer for what or of what?  What type of engineer are

13   we talking about?

14            MS. O'CONNOR:  Same objection as to being

15        outside the scope and to the form.

16            THE WITNESS:  Sure.  So, our engineering

17        teams are technical teams, who are responsible

18        for the design and run of the app, on the

19        website.

20   BY MR. CITRON:

21     Q.  And does the -- to the best of your knowledge,

22   does the app and the website work the same way for all

23   customers?

24            MS. O'CONNOR:  Objection to the form and to

25        scope.
```

```
 1              THE WITNESS:  I wouldn't be able to answer

 2         that with a hundred percent clarity.

 3    BY MR. CITRON:

 4       Q.  Well, who would have that information?

 5              MS. O'CONNOR:  Same objection.

 6              THE WITNESS:  Probably, somebody in our

 7         engineering team.

 8    BY MR. CITRON:

 9       Q.  I'm sorry?

10       A.  Probably, somebody in our engineering teams.

11       Q.  Thank you.  You know the freezing frames that you

12    have sometimes on your end, we have the same thing.

13         You said engineering teams.  Okay.

14       A.  Correct.

15       Q.  Are you aware of how Robinhood was formed as a

16    company and platform?

17              MS. O'CONNOR:  Objection, outside the scope.

18              THE WITNESS:  No.  I mean, I have a general

19         idea of the two guys that got together and

20         created it, but beyond that, no.

21    BY MR. CITRON:

22       Q.  What is that general idea that you have?

23              MS. O'CONNOR:  Same objection to scope.

24    BY MR. CITRON:

25       Q.  You can go ahead and answer.
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      A.   That the two founders got together, at Stanford

2    University, decided to create this app later on, after

3    they had left the school.  That's kind of it.

4      Q.   And who are those two founders?

5      A.   Vlad Tenev and Baiju -- I drew a blank on Baiju's

6    last name, I apologize.

7      Q.   That's okay.  Would you say that the applications

8    -- strike that.

9         The trading platform that you oversee, have you

10   changed any of the aspects of the trading platform, in

11   any way, one way or the other?

12              MS. O'CONNOR:  Objection to the form and

13         objection to being outside the scope.

14              THE WITNESS:  And just to clarify, by

15         platform, so you're asking if there have been

16         changes made to the app or to the web?

17   BY MR. CITRON:

18     Q.   Well, I'm referring specifically to the

19   application -- to the application that's used by

20   Robinhood Financial, in the trading of stock.

21              MS. O'CONNOR:  Objection to the form and to

22         scope.

23              THE WITNESS:  I guess I would need clarity

24         again.  So, the application used by Robinhood

25         Financial?

 1   BY MR. CITRON:

 2      Q.  Yes, correct.  So, how are trades initiated on

 3   the Robinhood platform?

 4              MS. O'CONNOR:  Sorry.  Objection to scope

 5         and form.

 6              Go ahead.

 7              THE WITNESS:  So, a client would log into

 8         their account, either on the app or our website,

 9         and go through the process of placing a trade.

10   BY MR. CITRON:

11      Q.  Okay.  And there's a certain interface it has to

12   have for it to be able to process that trade through the

13   website or the app; is that correct?

14      A.  I apologize, again.  My apologies.  Can you

15   repeat it again?

16      Q.  No problem.  There's a certain interface, or I

17   guess, collaborative -- and I've got to use the hands, I

18   guess, from my cultural background here, to explain what

19   I'm talking about.  But there's a -- there is sort of

20   energy that has to happen, because if the app or website

21   is not talking to the market, trades cannot be made or

22   go up or down, either in a purchase or a sale; isn't

23   that correct?  It has to be talking to something in the

24   market.

25              MS. O'CONNOR:  Objection to form and to

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          scope.

2                    THE WITNESS:  I think this is probably over

3          simplifying a little bit.

4    BY MR. CITRON:

5       Q.  Was that a question to me?

6       A.  No, that was a statement.  I think that's over

7    simplifying the flow of how the trade is sent to market.

8       Q.  No problem.  So, just walk me through the process

9    then, however complicated it is.  I apologize.  Again,

10   it's probably my naivety.  I just really want to kind of

11   get to it.

12                   MS. O'CONNOR:  Same objection.

13                   THE WITNESS:  So, as a client enters an

14         order through our app, we'll say, Robinhood

15         Financial has that order.  It's routed to our

16         clearing firm, Robinhood Securities, who then

17         routes that out to a market maker for execution.

18   BY MR. CITRON:

19      Q.  And every trade uses that process; is that

20   correct?

21                   MS. O'CONNOR:  Objection to the form and to

22         scope.

23                   THE WITNESS:  No, that's not correct.  If

24         it's a fractional order, that we need to -- that

25         we hold in our inventory, then we'll fill it

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1            directly from our inventory account, at Robinhood

 2            Securities.  But all other orders, yes, that's

 3            the way it works.

 4   BY MR. CITRON:

 5      Q.  So, to the exclusion of fractional orders, every

 6   other order, for a trade, is entered through the

 7   Robinhood Financial app or website, and then routed to

 8   the clearing firm for Robinhood Financial; is that

 9   correct?

10      A.  That's correct.

11      Q.  So, to get that process going, meaning in the

12   trade, the purchase, or the sale, they would all have to

13   use, then, the same interface, either the website or the

14   application; isn't that correct?

15            MS. O'CONNOR:  Objection, form and scope.

16   BY MR. CITRON:

17      Q.  You can answer.

18      A.  That's correct.  We can use the web, iOS, or

19   android apps.

20      Q.  And all users use it in the same manner to

21   achieve the trade; isn't that correct?

22            MS. O'CONNOR:  Objection to the form and to

23        scope.

24            THE WITNESS:  I couldn't speculate on how

25        users use our app, but the process of putting in
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

 1        a trade is the same, yes.

 2   BY MR. CITRON:

 3     Q.  How much time does it take from the time that the

 4   client enters the order, to the time that the trade is

 5   actually made?

 6              MS. O'CONNOR:  Objection to the form and to

 7         scope.

 8              THE WITNESS:  And to clarify the word

 9         "made," what do you mean by that?

10   BY MR. CITRON:

11     Q.  I mean enter.

12     A.  So, you said what -- how long does it take from

13   the time the client enters it to when it's -- I guess

14   I'm not understanding.  From the time it's entered --

15     Q.  So -- right.  So, when it's executed is what I'm

16   trying to say.

17     A.  Okay.  Thank you.

18         That depends on the order, on the market that

19   it's going to, what the market is like, at that time.

20   It can be anywhere from milliseconds to days, if a

21   client puts in a limited order that's away from the

22   market.

23         So, it just really depends on a lot of factors.

24     Q.  Now, you mentioned you're not an engineer, so I

25   just want to go back to what I was saying before because

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   now you've taken the time to really explain a little bit

2   more in-depth, what I, admittedly, may have

3   oversimplified before.

4          You did not, in your capacity, and your team as

5   managing the trades, do anything to change the operation

6   of the platform; is that correct, either on the web site

7   or on the application?

8               MS. O'CONNOR:  Objection to the form and to

9          scope.

10              THE WITNESS:  We didn't do anything to

11         change it when?

12   BY MR. CITRON:

13     Q.  In its operation.  Meaning you didn't change --

14   you didn't add another function on the application, you

15   didn't -- and, obviously, this is a -- this is not a --

16   it's not to the exclusion of any other changes I'm

17   referring to, but there wasn't a change in the function

18   of the application or function of the web site that you

19   did, as the manager of the -- let me just not get it

20   wrong here -- of the manager, monitoring client trading.

21              MS. O'CONNOR:  Same objection.

22   BY MR. CITRON:

23     Q.  Is that correct?

24          And I heard the objection, but you can still

25   answer.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1      A.  So, no, I wouldn't have anything to do with --
 2   really with changing the way that the app works or
 3   functions, in any way.
 4      Q.  And who would have what to do with how the app
 5   functions or works?
 6              MS. O'CONNOR:  Same objection.
 7              THE WITNESS:  That would be a combination of
 8         our product team, who would come up with the
 9         ideas of what to change, what to add, whatever,
10         and then our engineering teams to implement it.
11   BY MR. CITRON:
12      Q.  And are you at all familiar with the process of
13   building an application or building an interface, like
14   what's on the web site?
15      A.  No, not at all.
16      Q.  And do you know who is in charge of the engineer
17   team?
18              MS. O'CONNOR:  Objection, scope.
19              THE WITNESS:  No, not off the top of my
20         head.
21   BY MR. CITRON:
22      Q.  Do you know who's in charge of the product team?
23              MS. O'CONNOR:  Same objection.
24              THE WITNESS:  Yes, I do.
25   BY MR. CITRON:
```

1    Q.  Who is that?

2    A.  Our head of product is Madhu, and I don't have

3  his last name in front of me.

4    Q.  Madhu, is that M-A-D-D-E-U?

5    A.  M-A-D-H-U.

6    Q.  Do you know when Robinhood first entered the

7  realm of providing the service that they provide now?

8        And I don't want to say public because we know

9  that they're -- they've just done their initial public

10  offering, so I don't mean it in that sense.  But I'm

11  saying when this application was becoming used, when --

12  when was this application first being used, if you know?

13            MS. O'CONNOR:  Object to the form and to

14        scope.

15            You can answer in your personal capacity.

16            THE WITNESS:  Yeah.  I don't know off the

17        top of my head.

18  BY MR. CITRON:

19    Q.  Are you aware of who developed the foundation of

20  the application?

21            MS. O'CONNOR:  Same objection.

22  BY MR. CITRON:

23    Q.  Or -- and the website?

24            MS. O'CONNOR:  Same objection.

25            THE WITNESS:  No.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1   BY MR. CITRON:
 2      Q.  When you said before -- you said the founders,
 3   you mentioned the founders earlier.  Would they have
 4   founded something without an application being developed
 5   yet?
 6               MS. O'CONNOR:  Objection to form and to
 7           scope.
 8               THE WITNESS:  I don't know.  I wasn't there.
 9   BY MR. CITRON:
10      Q.  All right.  Let's dive into -- bless you.  Let's
11   dive into Robinhood, in general.
12           What kind of relationship does Robinhood have
13   with its customer base?
14               MS. O'CONNOR:  Objection to the form and to
15           the scope.
16               THE WITNESS:  I wouldn't even know how to
17           answer that question.
18   BY MR. CITRON:
19      Q.  Are they stockbrokers?
20               MS. O'CONNOR:  Objection to the form and
21           outside the scope.
22               THE WITNESS:  Thank you, for clarifying.
23               Yes, we provide an app and a web service for
24           clients to place trades through.
25   BY MR. CITRON:
```

1    Q.  Does the fact that trades are being processed

2   through an application change the fact that Robinhood is

3   the stockbroker?  Does that change that relationship for

4   its customer?

5            MS. O'CONNOR:  Same objection.

6            THE WITNESS:  I don't know what you mean by

7        "change."  Nothing changed.  We are -- we are a

8        broker, yes.

9   BY MR. CITRON:

10   Q.  So, it remains the same; is that correct?

11           MS. O'CONNOR:  Objection to the form and to

12       scope.

13  BY MR. CITRON:

14   Q.  You can answer.

15   A.  We are a broker-dealer.

16   Q.  So, that's a yes.

17           MS. O'CONNOR:  Same objection.

18           THE WITNESS:  Well, there is no change, so I

19       can't respond yes or no.

20  BY MR. CITRON:

21   Q.  Okay.  That's fine.  No problem.

22           THE COURT REPORTER:  Excuse me.  Can we take

23       five minutes, so I can use the restroom, please?

24           MR. CITRON:  Absolutely.

25           THE VIDEOGRAPHER:  Off the video record at

1        16:39 UTC time.  Local time is 12:39 P.M.

2              (Thereupon, a short break was taken.)

3              MR. CITRON:  So, just confirming we're back

4        on the record.

5              THE VIDEOGRAPHER:  Back on the video record

6        at 16:47 UTC time.  Local time is 12:47 P.M.

7   BY MR. CITRON:

8    Q.  Okay.  So, we're going to go over some of your

9   testimony earlier, just on two ends, before we break for

10  lunch.  Just so you kind of have your road map and not

11  be searching, in the dark, for what's coming up next.

12        You said that you review order blotters; is that

13  correct, as part of your job?

14   A.  Correct.

15   Q.  What is an order blotter?

16   A.  It's a record of trades that were entered on a

17  previous day.

18   Q.  Wait.  So, you review all the trades of the

19  previous day?

20   A.  No, no, I don't look at them line by line.  We

21  look at them more of as an exception report.

22   Q.  What does that mean exactly?  Can you explain

23  that?

24   A.  Yes.  So, we'll look to make sure that we don't

25  have any trades that are, in any way, coded the wrong

1    way.  So, for an example, we don't offer solicited

2    trades.  So, we just make sure that on our trade

3    blotter, we don't have any orders that were somehow

4    marked as solicited.

5        Q.  The order blotter that you review, do they tell

6    you how many trades were executed the previous day?

7        A.  Yes --

8             MS. O'CONNOR:  Objection to the scope.

9             You can answer.

10             THE WITNESS:  Apologies.

11             Yes.  It -- it is a record of all orders

12        that were entered the previous day.  So, yes, it

13        would give us a total.

14    BY MR. CITRON:

15        Q.  And on average, how many trades would you say

16    that Robinhood executes on any given day?

17             MS. O'CONNOR:  Objection to outside the

18        scope.

19             You can answer.

20             THE WITNESS:  Okay.  Gosh, it's -- it really

21        does vary, but if I had to throw an average

22        number out there, I would say 3 million equity

23        orders.

24    BY MR. CITRON:

25        Q.  And does the blotter break it down by stock?

```
 1      A.  It can, yes.

 2      Q.  So, on the blotter sheet, then, you could then

 3   ascertain how many trades were done for, let's say, the

 4   Hertz stock; is that a fair understanding?

 5           MS. O'CONNOR:  Objection to the scope.  The

 6        objection is outside the scope.

 7           You can respond.

 8   BY MR. CITRON:

 9      Q.  On a given day.

10      A.  So, to clarify the question, could I go in and

11   see how many trades were done on a given stock, on a

12   given day?

13      Q.  That is correct.

14      A.  Yes, I could.

15      Q.  What about a given hour, on that given day?

16           MS. O'CONNOR:  Same objection.

17           THE WITNESS:  Yes.  Yeah, I can break it

18        down by the -- by the hour.

19   BY MR. CITRON:

20      Q.  What about a given minute?

21           MS. O'CONNOR:  Same objection.

22           THE WITNESS:  Yes.  Yeah, we could get it

23        down to the minute.

24   BY MR. CITRON:

25      Q.  What about a given second?
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              MS. O'CONNOR:  Same objection.
 2   BY MR. CITRON:
 3      Q.  Can you get it down to the second?
 4              MS. O'CONNOR:  Same objection.
 5              THE WITNESS:  Yes.  Order time stamps go
 6         down to milliseconds.
 7   BY MR. CITRON:
 8      Q.  And are historical order blotters stored
 9   anywhere, by Robinhood?
10              MS. O'CONNOR:  Same objection as outside the
11         scope.
12              You can answer.
13              THE WITNESS:  Yes, they are.
14   BY MR. CITRON:
15      Q.  Where are they stored and maintained?
16              MS. O'CONNOR:  Same objection.
17              THE WITNESS:  On our servers.
18   BY MR. CITRON:
19      Q.  Can you access them, at any time?
20              MS. O'CONNOR:  Same objection.
21              THE WITNESS:  Honestly, I don't know if
22         there's a time frame where they would -- where I
23         would not be able to access them anymore.
24         Robinhood -- somebody within Robinhood would be
25         able to.  It just may require engineering work.
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

 1  BY MR. CITRON:

 2      Q.  Are you aware of any requirements that, for lack

 3  of a better word, require you maintain these records,

 4  these order blotter historical reports?

 5              MS. O'CONNOR:  Objection as outside the

 6          scope and to the form.

 7              THE WITNESS:  Yes.  I'm familiar with books

 8          and records retention requirements, yes.

 9  BY MR. CITRON:

10      Q.  And how long is that retention requirement for?

11              MS. O'CONNOR:  Same objection.

12              THE WITNESS:  I don't recall, off the top of

13          my head.

14  BY MR. CITRON:

15      Q.  Is it greater than or less than a year?

16              MS. O'CONNOR:  Same objection.

17              THE WITNESS:  It is greater than a year.

18  BY MR. CITRON:

19      Q.  Does anyone, at Robinhood, have the ability to

20  manipulate the data that is on the blotter report?

21              MS. O'CONNOR:  Same objection and to the

22          form.

23              THE WITNESS:  The data is manipulative as

24          all data is, yes.

25  BY MR. CITRON:

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1      Q.  Is what?

 2      A.  You asked if the data could be manipulated.

 3   Data, in and of itself, can be manipulated.

 4      Q.  Right, but I mean the report.  Can you manipulate

 5   that report, once it's been generated?

 6              MS. O'CONNOR:  Same objection to form, and

 7         it's outside the scope.

 8              THE WITNESS:  Yes, I could go in and create

 9         any variation of the report that I would like.

10   BY MR. CITRON:

11      Q.  Is there an audit system that monitors any

12   changes that have been made?

13              MS. O'CONNOR:  Same objection.

14   BY MR. CITRON:

15      Q.  To the -- sorry.  To the report, I mean.

16      A.  Not that I'm aware of.

17      Q.  Can you run a report that can show you how many

18   times a particular stock has been halted?

19              MS. O'CONNOR:  Same objection.

20              THE WITNESS:  Not within our internal

21         systems, no.

22   BY MR. CITRON:

23      Q.  What does that mean?

24              MS. O'CONNOR:  Same objection.

25              THE WITNESS:  That means we don't store halt
```

```
 1          data with our orders.

 2   BY MR. CITRON:

 3      Q.  Is that the operations team or all of Robinhood

 4   that doesn't store it?

 5              MS. O'CONNOR:  Same objection.  It's outside

 6          the scope.

 7              You can answer in your personal capacity.

 8              THE WITNESS:  I'm not sure if it's stored

 9          anywhere.  It's not anything that I have access

10          to.

11              MR. CITRON:  Let me just say.  I'm -- and we

12          can continue to have the objections,

13          Ms. O'Connor, but I think you stated a blanket

14          objection before.  Did you -- I mean, if you want

15          to continue stating them, that's fine.  It's no

16          skin off my back, but just to make it easier on

17          you that we understand you'll probably object to

18          a whole line of questioning.

19              Did you want to do it like that or how --

20              MS. O'CONNOR:  I'm happy to do it like that,

21          if that's easier.  I'm trying not to -- I don't

22          want to get in a situation where I have sort of

23          said I'm going to object to this line of

24          questioning and then it kind of veers a little

25          bit differently, and so I'm trying to straighten
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          that balance out.

2                    I'll see if I can resist, you know,

3          objections to categories of questions --

4          questioning like this, which I think is, you

5          know, outside the 30(b)(6) scope, and he can

6          answer in his personal capacity.

7                    There may be form objections that still come

8          up, though.

9   BY MR. CITRON:

10    Q.   Okay.  So, we've gotten date, time, stock.  We've

11   talked about price that the report -- these blotter

12   reports show.  What other categories of data are

13   included on the blotter report, or can I glean from a

14   blotter report?

15                   MS. O'CONNOR:  So, let me interpose a

16         standing objection as to scope of the question

17         about the blotter reports, and we can go from

18         there.

19                   MR. CITRON:  Perfect.  Thank you,

20         Ms. O'Connor.

21                   THE WITNESS:  So, they would show whether an

22         order was entered as solicited or unsolicited.

23         It would show the execution price.  It would show

24         the type of order, if it was a limit market

25         order, stop order, what have you.  It would show

1          the account number, the time of the order,

2          whether we --

3    BY MR. CITRON:

4       Q.  The account number -- not to interrupt you but --

5    and, obviously, we'll go through more data, but just so

6    I'm clear, the account number of the customer making the

7    trade; is that correct?

8       A.  Correct.

9       Q.  Okay.  And that can be, then, cross-referenced

10   with the name of the customer, or does a blotter report

11   actually include the name of the customer, as well?

12      A.  It does not include the name of the customer.

13      Q.  But you can get it; isn't that correct?

14      A.  Yes.  Yeah, we can get it.

15      Q.  It's just easily by referencing the account

16   number, correct?

17      A.  Correct.

18      Q.  Okay.  Any other data points?

19      A.  I'm trying to recall what I -- I think the only

20   one I didn't say was whether we acted in a principal or

21   agency capacity or a riskless principal capacity.

22      Q.  What does that mean?

23      A.  So, that means an agency capacity is where we

24   simply sent an order out, to the market, and got an

25   execution.  We just acted as the agent in that.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          There are such things as principal trades.  We

2     don't participate in principal trades.  That's if we

3     were to buy and sell from our own inventory.

4          I mentioned earlier that we do have an inventory

5     count, for fractional trading.  Those trades come

6     through -- they are riskless principal trades, which

7     means we just pass through the price that we get from

8     the market to the customer.  We don't charge any markup

9     or markdown.

10     Q.  So, when you say "agent trades," you're acting as

11     an agent on behalf of the customer; is that correct?  Is

12     that what you mean by "agent trade"?

13     A.  That's correct.  That's what that means.

14     Q.  And who is creating these blotter reports,

15     please?

16     A.  They are pulled from a -- Looker is the system

17     that we use.  It's a data querying system.

18     Q.  Is that a third-party vendor, or is that a

19     Robinhood system?

20     A.  That's a third party.

21     Q.  Okay.

22          MS. O'CONNOR:  Should we break here for

23          lunch, Michael?  It's 1:00.

24          MR. CITRON:  Let me just finish this last

25          line of questioning and absolutely.  I -- we

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          didn't anticipate the break for the bathroom,

2          right before, so just bear with me a couple more

3          seconds, Ms. O'Connor.  I'm sorry.  I'm usually

4          right on punctual, but just bear with me, if you

5          don't mind.  Okay?

6                MS. O'CONNOR:  I just don't want the witness

7          to faint.

8                MR. CITRON:  A hundred percent.  He looks

9          pretty strong.  Mr. Deacon looks quite healthy,

10         thank God.

11    BY MR. CITRON:

12       Q.  All right.  Mr. Deacon, Robinhood has a license

13    to use this Lookers -- Lookers, right, Lookers data

14    base?

15       A.  Looker, yeah.

16       Q.  Oh, Looker.  Okay.  Sorry.  They have a license

17    for it?

18                MS. O'CONNOR:  Objection.

19                THE WITNESS:  I would assume so, yes.  We do

20         use it.

21    BY MR. CITRON:

22       Q.  Okay.

23          Okay.  We can break for lunch now.  And,

24    Mr. Deacon, thank you, very much.  We'll resume at 1:50

25    I think is probably a good time.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          Is that all right with everybody?

2          I know you said you wanted about 45 minutes, Ms.

3    O'Connor; is that correct?

4               MS. O'CONNOR:  I think that's great.  1:50

5          is great.

6               MR. CITRON:  All right, great.  See

7          everybody back here then.  Thank you.

8               MS. O'CONNOR:  Thanks, all.  Bye-bye.

9               THE VIDEOGRAPHER:  Off the video record at

10         17:01 UTC time.  Local time is 1:01 P.M.

11              (Thereupon, a short break was taken.)

12              THE VIDEOGRAPHER:  Back on the video record

13         at 18:01 UTC time.  Local time is 2:01 p.m.

14   BY MR. CITRON:

15     Q.  Okay.  And we are back from lunch.

16          We're going to pull up another exhibit here, in

17   just a second.  We're going to mark it as Exhibit 2.

18              (Thereupon, Plaintiffs' Exhibit No. 2 was

19         marked for identification.)

20   BY MR. CITRON:

21     Q.  And we're going to put it in the chat, as well.

22          And I was muted while I was speaking, but it's

23   now in the chat is what I was trying to say.

24          Okay.  So -- and we're going to do a share

25   screen, as well, on this Exhibit 2, so that you,

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Mr. Deacon, don't have to worry about downloading it.

2    You could literally just use it by looking at the

3    screen.

4         Mr. Deacon, first and foremost, if you don't mind

5    just pulling yourself off of mute because I expect you

6    may not realize that you are on mute.

7    A.  Apologies.  Yeah, thank you.

8    Q.  Okay.  No problem.

9         So, do you see this document that we've now

10   marked as Exhibit 2?

11   A.  I apologize.  Could you say that again?  You're

12   broken up there.

13   Q.  Sure, no problem.

14        Do you see this document that we have marked as

15   Exhibit 2?

16   A.  I do.

17   Q.  And what is this document, sir?

18   A.  This is a trade confirmation.

19   Q.  Okay.  And what does that mean, "a trade

20   confirmation"?  What -- what is that?

21   A.  Any time an order executes, we send the client a

22   confirmation of their order, with some of the details.

23   Q.  Okay.  And what is the date of this

24   transaction -- let's go -- let's go back up.

25        What is the date of this transaction?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1     A.   May 26, 2020.

2     Q.   And who is the transaction for?

3     A.   The name on the account is Shterna Pinchasov.

4     Q.   Okay.  And her account number's, I'm not going to

5     have you read into the record, but it's there; is that

6     correct?

7     A.   That's correct.

8     Q.   Okay.  And underneath that is an address.  I'm

9     assuming, is that -- that's her address; is that

10    correct?

11              MS. O'CONNOR:  Objection.

12              THE WITNESS:  I don't know her address, but

13        I would assume so, yes.

14    BY MR. CITRON:

15    Q.   Okay.  What -- what would populate over there if

16    it were not her address?  What address is populating

17    underneath that line, on these types of transaction

18    confirmations, just to be clear?

19    A.   Again, I assume it's the client's address.  I'm

20    just saying I'm not aware that it's her -- that should

21    be the client's address.  I just don't -- can't confirm

22    that that is her address.

23    Q.   Got it.  Okay.  And I appreciate that

24    clarification.

25    A.   Thanks.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.   And, so, is this a form created by Robinhood?

2    A.   Created by Robinhood Securities.

3    Q.   Okay.  So, you've seen these forms before; is

4    that correct?

5         Can we go all the way to the top of the form if

6    you don't mind, please?

7         So, you've seen this form before; is that

8    correct?

9    A.   I have, yes.

10   Q.   Okay.  Now, we're going to go down further.

11   We're going to go to Page 2 of the document.

12        Okay.  You see the bold lettering kind of

13   separated and almost like a column type format, with an

14   underline, following those words?  See what I'm talking

15   about on that page, Page 2?  It begins with "equities

16   option" then a B with a line S and then trade date?

17   Those types of things, do you see that?

18   A.   Yes, I do.

19   Q.   Okay.  And what are those data fields?  Can we go

20   through each one, please?

21   A.   Yeah.  So, the equities options is the identifier

22   of the particular security.  So, it's the name of the

23   company, the ticker symbol, and the Cusip.

24        The next column over B/S refers to whether that

25   trade was a buy or a sell.  B is buy, S would be sell.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          Trade date is the day that the order executed.

2          Settlement date is the day that the order

3    settles.

4          Account type is either cash or margin.

5          The price is the price per share that the order

6    filled at.

7          The quantity is the number of shares in that

8    order.  The principal amount is the total amount for

9    that execution.

10         COMM is commission.

11         Tran fee is any transaction fee for that trade.

12         The net amount is the net of the principal, less

13   any transaction fee.

14         The market is the market to where the order was

15   executed.

16         The cap, C-A-P, I don't know off the top of my

17   head what the C-A-P column is.

18      Q.  And the last column, if you will?

19      A.  Sure.  The next column over U/S tells if it's

20   solicited or unsolicited.

21      Q.  So, I guess the first question that I have is --

22   it's a question that's begged by prior testimony.

23   There's a lot of time spent on the solicited versus

24   unsolicited.  Is there ever a time in which there is a

25   trade that has been solicited by Robinhood?  Has that

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    ever happened?

2              MS. O'CONNOR:  Objection to the form and

3         scope.

4    BY MR. CITRON:

5       Q.  And you can answer.

6       A.  No, none of our trades are solicited.  They are

7    all unsolicited because they are self directed trades.

8       Q.  So, isn't it a superfluous field?

9       A.  It's a required field.

10      Q.  Who requires it?

11      A.  Regulators.

12      Q.  And who do the regulators work for?

13      A.  Themselves.

14             MS. O'CONNOR:  Objection to the form.

15   BY MR. CITRON:

16      Q.  Well --

17             MS. O'CONNOR:  And to scope.

18   BY MR. CITRON:

19      Q.  -- meaning, in other words, who puts the

20   regulators to oversee what's going on?  Is that

21   Robinhood?  Are they self regulating?  Is it a foreign

22   entity regulation?  Is it a national organization that's

23   regulating?  Is it an agency?

24             MS. O'CONNOR:  Same objection.

25   BY MR. CITRON:

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      Q.   And you can answer.

2      A.   We're regulated by the SEC and FINRA.

3      Q.   So, these individuals are employed by them; is

4   that correct?

5           MS. O'CONNOR:  Objection to the form and to

6       scope.

7           THE WITNESS:  What individuals?

8   BY MR. CITRON:

9      Q.   The ones that are requiring you to put the

10   solicited versus unsolicited classification.

11          MS. O'CONNOR:  Same objection.

12          THE WITNESS:  It's not individuals requiring

13      us to do that.  That's the entities, the

14      regulators, themselves.

15   BY MR. CITRON:

16     Q.   Okay.  Settle date; what does it mean when a

17   trade is settled?

18     A.   That's the date which the securities -- well, let

19   me back up.  On a buy order, that's the date the

20   securities are delivered to the client's account and

21   that the money needs to be available for the purchase.

22          On a sell order, it's the opposite.  It's the day

23   that the shares are delivered to the counter party and

24   that the money is removed from the client's account.

25     Q.   And what you just described applies to all

1    customers in purchases and sales; is that correct?

2            MS. O'CONNOR:  Objection to the form, scope.

3            THE WITNESS:  The settlement process?

4    BY MR. CITRON:

5        Q.  That is correct, yes.

6        A.  Yes.  I guess to clarify something there, if I

7    may?

8        Q.  Yes, go ahead.

9        A.  Yeah.  So, and that's kind of the general way it

10   works for cash accounts.  Margin accounts, it may be a

11   little bit different.  The proceeds may be available

12   right away for clients, but in the general realm of

13   things, how I explained it, is how it works.

14       Q.  I appreciate you clarifying that.

15       A.  Sure.

16       Q.  When you say total amount for the execution, what

17   does that mean?

18       A.  That would be the proceeds from a sale or the

19   required amount to cover the purchase of a stock.

20       Q.  Okay.  And the transaction fee, who's charging

21   that transaction?

22       A.  The regulators.  So, the SEC has transaction fees

23   that they charge.

24       Q.  Is the market something other than OTC, by the

25   way?  I see it's marked OTC on this particular

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    statement.

2        A.   It is.  The vast majority of orders go through

3    OTC, but we may see one for New York Stock Exchange.

4        Q.   And what is OTC, just so we're clear on the

5    record?

6        A.   Oh, sure.  OTC is over-the-counter.

7        Q.   I think we have approximately 15 fields of data

8    on this particular statement.  Is that a correct

9    assessment, Mr. Deacon?  You can take the time to count

10   it, if you'd like to.

11       A.   I see 14.

12       Q.   14.  Better at counting than me, my friend.

13            You -- this type of record is familiar to you, as

14   you stated before, correct?

15       A.   Correct, yes.

16       Q.   And it's familiar to you because you keep this

17   kind of record for all of your clients that you're

18   servicing like this, correct?

19               MS. O'CONNOR:  Objection to the form and to

20            scope.

21   BY MR. CITRON:

22       Q.   You can answer.

23       A.   That's correct.  All trades -- all executed

24   trades get a trade confirmation like this.

25       Q.   Okay.  And you said before that this report is

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    coming from Robinhood Securities.  I heard you make a

2    delineation before.  Why does it come from Robinhood

3    Securities, rather than Robinhood Financial, LLC; is

4    there a reason for that?

5              MS. O'CONNOR:  Same objection.

6              THE WITNESS:  I don't know the exact reason,

7         but as the clearing firm, they have the

8         requirement to send out the trade confirmations.

9    BY MR. CITRON:

10   Q.  And they're required, again, by the regulator; is

11   that correct?

12   A.  That's correct.

13   Q.  Is that the only clearing firm used by all

14   Robinhood customers, Mr. Deacon?

15             MS. O'CONNOR:  Same objection.

16             THE WITNESS:  Yes, Robinhood Securities is

17        the only clearing firm we use.

18   BY MR. CITRON:

19   Q.  Okay.  So, on this form, we have found 14 fields

20   of data, okay?  And that's what -- this is information

21   that is provided by Robinhood Securities, in response to

22   the requirements of the regulators, on a transaction

23   trade, correct?

24             MS. O'CONNOR:  Objection to the form and to

25        scope.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    BY MR. CITRON:

2       Q.  You may answer.

3       A.  That is correct.

4       Q.  Okay.  And the information that is here is what

5    is provided to the consumer with these data points;

6    that's correct?

7       A.  Yes, that's correct.

8       Q.  Is there data that you see related to the same

9    sort of transaction, that is different than the data

10   that is on this sheet provided to the customer?

11              MS. O'CONNOR:  Same objection to the form

12         and to scope.

13              THE WITNESS:  And, so, you mean in the data

14         that I can see about a trade?

15   BY MR. CITRON:

16      Q.  That is correct, sir, yes.

17      A.  Yes, there is more that I can see about a trade,

18   more details that I can see.

19      Q.  Would you mind, please, expounding on what

20   information that you have access to, please?

21              MS. O'CONNOR:  Same objection.

22   BY MR. CITRON:

23      Q.  When I mean you -- sorry, go ahead, Ms. O'Connor.

24              MS. O'CONNOR:  Go ahead.  You finish your

25         question.

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1   BY MR. CITRON:
 2      Q.  If I'm you and I walk in my office, at Robinhood,
 3   and I sit down at the computer screen, what is it that
 4   I'm seeing?
 5              MS. O'CONNOR:  So, objection as to scope.
 6              You can answer in your personal company.
 7              THE WITNESS:  Okay.  So, if I was to pull up
 8          some trade details, about one of these trades
 9          that's on here, probably some of the fields that
10          I could see, that aren't on here, are the time
11          that the trade was entered and the time that it
12          was executed.
13   BY MR. CITRON:
14      Q.  Is that the entire universe of things that you
15   see that the customer does not?
16              MS. O'CONNOR:  Same objection.
17              THE WITNESS:  Yeah, I can't tell you all the
18          data points that are available to me.  I just --
19          speaking from our trade blotter discussion
20          earlier, when we're looking at order details,
21          we'll look at the order entry and order execution
22          time, as well, would be involved here.
23   BY MR. CITRON:
24      Q.  Now, data invariably is -- can change over time.
25   What is it that you are doing with the data once
```

1  received?  Or stated another way, what can you do about

2  the data that you receive, on any given transaction?

3          MS. O'CONNOR:  Same objection, form and

4      scope.

5          THE WITNESS:  Could you clarify the

6      question, please?  The data doesn't change.  It

7      is what it is.

8  BY MR. CITRON:

9   Q.  Well, I mean, in any given day.  So, in other

10  words, the data invariably on fluctuations of price, for

11  example, just one example, won't be the same as it was

12  on a Monday, as it is on a Friday, assumably; is that

13  correct?

14          MS. O'CONNOR:  Same objection.

15  BY MR. CITRON:

16   Q.  The price of that given stock or equity that

17  you're involved in overseeing, is that going to maintain

18  on a plateau of a price and it will not go up or down,

19  sir?

20          MS. O'CONNOR:  Same objection.

21          THE WITNESS:  Well, the way that you're

22      asking it, related to this data field in this

23      exhibit, those prices do not change.  That's the

24      price that the client received.

25  BY MR. CITRON:

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

 1    Q.  The price that the client received.  I'm not sure

 2  I understand.

 3        So, if the price changes, though, doesn't that

 4  data point change?

 5    A.  No, this is a record of that client's trade, at

 6  that particular point in time.

 7    Q.  Oh, right, on that particular point in time, but

 8  the reports change depending on the different day; isn't

 9  that correct?

10             MS. O'CONNOR:  Same objection, form and

11         scope.

12             THE WITNESS:  No, it's a historical record

13         of a particular trade.  Nothing will change about

14         that trade.

15  BY MR. CITRON:

16    Q.  Even if I'm trading on a different day and that

17  transaction report is for a different time period?

18             MS. O'CONNOR:  Same objection.

19             THE WITNESS:  That's correct.  If we're

20         talking about a particular trade, no matter when

21         I pull that data, that trade information is going

22         to be the same.  Whether I do it today, ten years

23         from now, it will all be the same.

24  BY MR. CITRON:

25    Q.  Okay.  So, I think I'm not being as clear as I

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    possibly could, maybe.

2         Do prices change on stocks, sir?

3              MS. O'CONNOR:  Objection to the scope and

4         form.

5              THE WITNESS:  And we're not talking about a

6         client's particular trade, just stocks in

7         general, on the market?

8    BY MR. CITRON:

9       Q.  Correct.  Just to be clear, my initial question

10   before this clarification was also in general and not

11   related just to the client.  That may help provide some

12   clarity, but if it doesn't, we'll continue down the next

13   line of questioning, which is:  Do stock prices change,

14   not related specifically to this?

15      A.  Okay.  Thank you.  Yes, stock prices do change.

16      Q.  And sometimes they change quite often; isn't that

17   correct?

18              MS. O'CONNOR:  Objection to the form, scope.

19              THE WITNESS:  Yes, they do change quite

20         often.

21   BY MR. CITRON:

22      Q.  Okay.  And those price changes will show up in

23   the transaction report if I've traded it at a different

24   price than when I, for example, instead of it being a B

25   and I bought it at $5, if I sold it at $50, it will show

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    that I sold it at $50; is that correct?

2              MS. O'CONNOR:  Same objection.

3              THE WITNESS:  Two separate transaction

4         reports, yes.

5    BY MR. CITRON:

6       Q.  That is correct.  That's all I'm asking.

7       A.  Okay, yes.

8       Q.  So, to that extent, where there are any changes

9    over time, in a stock, is there anything you do with

10   that information?

11             MS. O'CONNOR:  Same objection.

12             THE WITNESS:  And, again, I'll need you to

13        clarify changes in the stock.  Changes in the

14        value of the stock or when another transaction in

15        that stock has occurred?

16   BY MR. CITRON:

17      Q.  Yeah, that would be one example.  In the event

18   that there was a change in the price of the stock.

19      A.  This transaction record will never change.

20      Q.  Right, I know that.  I'm just saying, aside from

21   that transaction report and other transaction reports

22   that then come after that, due to other transactions,

23   you see that data, as well, correct?

24             MS. O'CONNOR:  Objection to the form and

25        scope.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              THE WITNESS:  So, yes, for subsequent

 2        orders, I would see those as separate transaction

 3        records, yes.

 4  BY MR. CITRON:

 5    Q.  Okay.  Thank you.

 6        Currently, what does a customer see on the

 7  platform when they are looking for trades in stocks,

 8  please?

 9    A.  I guess it depends on what part of the app or

10  what site that they're in.  They can do research on

11  stocks.  They can pull up ticker symbols.  Get some

12  research on the stocks.

13    Q.  When they want to place an order, what do they

14  see?

15    A.  They'll have to search for that symbol, or if

16  they already own it, they can sell it from their

17  holdings.  And, then, they will go through and the stock

18  detail page, we call it, where they'll see the details

19  of the stock, they'll click on trade, choose buy or

20  sell.  At that point, they'll be shown a quotation for

21  the stock, an estimated price for the stock, and then

22  they have the option to go ahead and choose share

23  quantity or dollar amount that they want to trade, and

24  submit their order.

25    Q.  And what you just described applies to all
```

1    customers on the platform; is that correct?

2           MS. O'CONNOR:  Objection as to the form.

3           THE WITNESS:  That's correct.  For stock

4        orders; let me clarify, for stock orders.

5    BY MR. CITRON:

6      Q.  And the clarification is made for what as opposed

7    -- what are you distinguishing stock orders against?

8      A.  There's a slightly different flow for options

9    trades.

10     Q.  Got it.  But for stock orders, they are uniform;

11   is that correct?

12     A.  Yes, that's correct.

13     Q.  Okay.  Is there a way to see more details than

14   what you've just described, or is that the total amount

15   of data that is made available to the Robinhood

16   customer?

17          MS. O'CONNOR:  Objection to the form and to

18       scope.

19          THE WITNESS:  Yes, if we -- if you upgrade

20       to a gold account, there's a little more in-depth

21       detail you can get about particular stocks.

22   BY MR. CITRON:

23     Q.  What type of details are given on the gold

24   membership?

25          MS. O'CONNOR:  Same objection to scope.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1               THE WITNESS:  We will show them level two

2          quotes, which means that they can see the depth

3          of the book, for that particular trade.

4    BY MR. CITRON:

5      Q.  What does that mean?

6      A.  The depth of the book?

7      Q.  Yes.

8      A.  Okay.  So, that will show them for each -- that

9    will show them what is out there, in the market, at a

10   particular bid and ask, and how many shares are

11   available at that price.  And it will show them

12   multiple -- multiples of those.  So, they'll be able to

13   see bid and ask, we have 20 shares at this price.  Then

14   we have this bid/ask, 500 shares available, and down the

15   line.

16     Q.  But in terms of purchasing or selling a stock,

17   and, again, not an option, but a stock, the process

18   remains the same; isn't that correct?

19     A.  Yes, that's correct.

20     Q.  So, you've described, somewhat, what happens on

21   the purchase side, for a stock.  What is the process for

22   selling of a stock?

23     A.  So, very similar.  The client can search for the

24   ticker, and go into trade from there, and choose sell.

25   Or in their holdings that they have, they can click on

1    that particular stock, and then it will put them into

2    that exact same trade screens that I described for the

3    buys.

4        Q.  And that process is the same for all customers

5    looking to sell a stock, and, again, not options; is

6    that correct?

7        A.  That's correct.

8        Q.  Are you familiar with the -- are you familiar

9    with what a halt is?

10       A.  I am.

11       Q.  Can you describe what a halt in the marketplace

12   is?

13       A.  Sure.

14            MS. O'CONNOR:  Object to form.

15   BY MR. CITRON:

16       Q.  You can go ahead.

17       A.  Yes, I can describe that.  There are multiple

18   types of halts that may occur.  So, halts based on

19   forthcoming news, volatility halts, which are called

20   circuit breakers, or there could be overall larger

21   financial shutdown halts that may occur from natural

22   disaster or terrorist attack, things like that.

23       Q.  And would a T1 halt fall into any of those

24   categories that you described?  There seems to be three

25   categories provided, so far.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    A.  Yes, it does.

2    Q.  What is a T1 halt?

3    A.  A T1 halt occurs when there is pending news about

4  a particular stock.

5    Q.  Why -- how does a T1 halt affect the stock or the

6  trading of the stock?

7    A.  The T1 halt stops all trading in that stock.

8    Q.  Where does it come from?  Where is that halt

9  being -- where is that halt originating from?  Who is

10  originating that halt?

11          MS. O'CONNOR:  Object to the form.

12          THE WITNESS:  I don't know the origination

13      of who says stock is halted.

14  BY MR. CITRON:

15    Q.  Are you notified about the T1 halts?

16          MS. O'CONNOR:  Objection to the form.

17          THE WITNESS:  No, I do not get notification.

18  BY MR. CITRON:

19    Q.  Who does get notification?

20          MS. O'CONNOR:  Objection.

21          THE WITNESS:  Those are fed to us from a

22      third-party vendor.

23  BY MR. CITRON:

24    Q.  But you don't get notification?

25    A.  No, I do not.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      Q.  Who is the third-party vendor and who is

2   notifying who?

3             MS. O'CONNOR:  Objection as to scope and to

4         form.

5   BY MR. CITRON:

6      Q.  You can answer.

7      A.  NASDAQ is our halt vendor, I guess you would say.

8   We get our data feed from them on those.

9      Q.  Let me be very clear, Mr. Deacon.  This is,

10  unquestionably, an area that you are here to testify to

11  about today, on behalf of Robinhood.  So, when I say

12  you, although there has been some liberty taken where

13  your counsel said that you can testify in your

14  individual capacity.  But when I ask you, I'm actually

15  asking about Robinhood, as a whole.  Okay, sir?  I just

16  want to be as clear as possible.  I know this is your

17  first deposition, so I want to make sure I'm giving you

18  every clarity piece that I can.  Okay?

19            MS. O'CONNOR:  I object to that instruction

20        to the witness as inconsistent, potentially, with

21        regard to certain questions.  Not every

22        conceivable question about a halt is a question

23        that Mr. Deacon is prepared to speak on, on

24        behalf of Robinhood Financial.  So, I suggest we

25        continue with the questions and objections and

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1        answer as needed.

 2   BY MR. CITRON:

 3        Q.   So, does Robinhood receive notification from

 4   NASDAQ about a halt, specifically a T1 Halt?

 5        A.   We do receive a data feed from them, yes.

 6        Q.   When do you receive that data from them?

 7        A.   I don't know, specifically.

 8        Q.   What do you do when you receive the halt?

 9        A.   I, personally, don't receive those halts.

10        Q.   What does Robinhood -- thank you, very much.

11   What does Robinhood do when it receives those halts?

12        A.   Our systems automatically make that order -- or

13   that stock untradeable.

14        Q.   What about in 2020?

15        A.   Same thing, the stock would have been made un --

16   I'm sorry, untradeable.  It's still able to be put

17   through on the app, but it's coded in our system as

18   halted.

19        Q.   Have you -- does Robinhood notify the customer

20   that it has been halted?

21        A.   Currently, we do.

22        Q.   What about in 2020?

23        A.   We did not in 2020.

24        Q.   Why does Robinhood notify their customers now of

25   the halt?
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              MS. O'CONNOR:  Objection, scope and form.

 2              THE WITNESS:  I'm not aware of why the

 3         decision was made to add that to it.

 4   BY MR. CITRON:

 5     Q.  Why do you, as someone that holds three licenses

 6   and clearly familiar with the stock market, think that

 7   that would have been implemented as a policy by

 8   Robinhood?

 9              MS. O'CONNOR:  Objection to the form and to

10         scope.

11              THE WITNESS:  Is this a question for Eric

12         Deacon or Robinhood Financial?

13   BY MR. CITRON:

14     Q.  Well, thankfully, you've guided me in the process

15   of noting that when I'm speaking about Robinhood

16   Financial, I'm going to start trying to stay Robinhood

17   Financial.  When I'm speaking about you, I'm speaking

18   about you.

19         In this particular question, I actually did

20   mention your three licenses, so I am referring to you

21   individually.

22     A.  Okay.  Can you repeat the question, please?

23     Q.  Absolutely.  Why do you think, as the manager of

24   the stock observation, Market Operations, why do you

25   think that Robinhood has, post-2020, begun notifying
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

 1  their customers that a halt is in place?

 2            MS. O'CONNOR:  Objection to the form and to

 3       scope.

 4            THE WITNESS:  I'm not going to speculate on

 5       why that decision was made.

 6  BY MR. CITRON:

 7    Q.  Do you believe it is useful to the customer to

 8  know something like that kind of information?

 9            MS. O'CONNOR:  Objection, scope.

10            THE WITNESS:  I believe there's a lot of

11       information that's useful and that is public

12       information.

13  BY MR. CITRON:

14    Q.  Do you believe that that information is, in

15  particular, useful to the customer?

16            MS. O'CONNOR:  Objection, scope.

17            THE WITNESS:  I think it's as useful as any

18       other type of research that they could get.

19  BY MR. CITRON:

20    Q.  When was this policy implemented at Robinhood?

21            MS. O'CONNOR:  Objection to the form and to

22       scope.

23            THE WITNESS:  I don't know the exact date

24       when it was -- when the update to the app was

25       created.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1   BY MR. CITRON:

 2       Q.  You can approximate.

 3            MS. O'CONNOR:  Objection.

 4   BY MR. CITRON:

 5       Q.  You can answer.

 6       A.  It's been this year, in 2021.

 7       Q.  How do you, Eric Deacon, know that they imp --

 8   that "they," meaning Robinhood, implemented the policy?

 9            MS. O'CONNOR:  Objection.

10            THE WITNESS:  Could you repeat again?  I got

11       a little break up there.

12   BY MR. CITRON:

13       Q.  No problem.

14       How do you, Eric Deacon, know that they

15   implemented the policy?

16       A.  I was told about it.

17       Q.  And "they" meaning Robinhood.

18       A.  Yeah.  I was told about it.

19       Q.  Who told you?

20       A.  I don't recall.

21       Q.  When were you told?

22       A.  I don't recall.

23       Q.  Any documents or internal memos that were

24   circulated regarding this policy implementation?

25            MS. O'CONNOR:  Objection as to scope.
```

```
 1              You can answer in your personal capacity.

 2              THE WITNESS:  I don't recall, myself,

 3         receiving any of those types of things.  I am

 4         sure that as with any product that's rolled out

 5         or any new feature that there is documentation

 6         around that.

 7    BY MR. CITRON:

 8     Q.  Where would I find that documentation?  What

 9    department would have rolled out, as you said, that

10    information?

11              MS. O'CONNOR:  Objection, scope.

12              THE WITNESS:  Probably, our products team.

13    BY MR. CITRON::

14     Q.  Does the T1 Halt apply to all users as

15    Robinhood's applying it now?

16              MS. O'CONNOR:  Objection to form.

17              THE WITNESS:  Sure.  Could you clarify the

18         question?  What do you mean by is it applied?

19    BY MR. CITRON:

20     Q.  Does the effect of the T1 Halt impact all of

21    Robinhood customers?

22     A.  Yes, it does.

23     Q.  Does it affect them the same way?

24     A.  And, again, I'd want clarity on the word

25    "affect."
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.  Meaning, if there is a T1 Halt in place, can they

2    trade on that particular stock?

3    A.  No.  No Robinhood customer could trade on that

4    stock when a T1 Halt is in place.

5         Let me clarify what I just said, though.  They

6    can enter a trade.  It will not be executed.

7    Q.  Can they still do that today?

8              MS. O'CONNOR:  Object to the form and scope.

9              THE WITNESS:  Yes, they can.

10   BY MR. CITRON:

11   Q.  But the difference is that in 2020, they could do

12   it and they were not notified.  Whereas in 2021, they

13   can do it but they are notified; is that correct?

14             MS. O'CONNOR:  Objection to the form and

15        scope.

16             THE WITNESS:  Yes, that is correct.

17   BY MR. CITRON:

18   Q.  What has changed in the way that Robinhood

19   handles T1 halts from 2020 to '21 -- 2021?  Excuse me.

20   So, I'll state that again because I got confused in the

21   dates.

22        What has changed for Robinhood in the way in

23   which they dealt with T1 halts in 2020 versus 2021?

24   A.  No change that I'm aware of.

25   Q.  What does the notice that Robinhood has now begun

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1  giving their customers when there's a T1 Halt in place,

2  what does that notice say?

3     A.  I don't have it verbatim in front of me.  I can

4  paraphrase, probably.

5     Q.  I -- I would advise you to do that.

6     A.  Okay.  It will say something along the lines of

7  this particular stock is halted on the exchanges.

8  There's a "learn more" button where the client can go in

9  and learn more about what a halt is.  And it says you

10  can still place an order, but there may be -- the price

11  that the -- when the trade comes out of -- or when the

12  stock comes out of a halt may be drastically different

13  from the previous price.

14     Q.  And what does that notice look like?  Is it a

15  pop-up?  Is it a -- is there something there that

16  happens before the trade is executed or -- or entered?

17  What -- what does that notice look like as far as its

18  approach to the customer, if you know?

19          MS. O'CONNOR:  Objection to the form.

20          THE WITNESS:  Yes.  So, if a client goes in

21      and let's say he does a search for a ticker

22      symbol, when that stock detail page pulls up,

23      there will be a banner at the top that says --

24      that gives the halt information.

25  BY MR. CITRON:

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.  Is there, then, an option that the platform

2  provides -- again, talking about the 2021 platform.  Is

3  there an option provided by the platform that then asks

4  the customer to select either a "yes" or a "no" if they

5  would like to proceed, or something along those lines?

6    A.  I apologize.  I'm trying to recall exactly what

7  happens when you go through the flow.

8        I honestly don't recall.

9    Q.  Take your time.

10   A.  Yeah.  I said I don't recall, for sure, if it's a

11 dismiss of the banner or of a -- I honestly don't

12 recall.  I apologize.

13   Q.  So, you don't necessarily need to click through

14 the banner to receive notice of the halt, before making

15 the trade, or -- or you just aren't sure?

16   A.  You will receive the banner before you go through

17 the trade input process.

18   Q.  That was not present on the 2020 platform; is

19 that correct?

20   A.  That's correct.

21   Q.  If -- look, I'm going to take us back to 2020,

22 for a moment.

23       If I'm trading on a stock, on the platform, I'm

24 trading two separate stocks.  Okay?  And if the consumer

25 is utilizing the platform to trade in both a T1 halted

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   stock and in a non-T1 halted stock, in 2020, would I see

2   a difference?

3            MS. O'CONNOR:  Objection to the form.

4            THE WITNESS:  Yes, you would see a

5        difference.  The chart for the halted stock would

6        be flat.  There would be no change in the price.

7        They would see the last price, but there would be

8        no current bid-and-ask offered, whereas if -- the

9        normal stock would have all that information.

10  BY MR. CITRON:

11     Q.  And I'm just clarifying that's in 2020, correct?

12     A.  That's the same today, as well.  That's the way

13  that the platform has worked both 2020 and 2021.

14     Q.  Was Robinhood ever informed about the T1 halt, on

15  the Hertz stock, in 2020?

16            MS. O'CONNOR:  Objection, scope.

17            THE WITNESS:  I'm not aware.  I wasn't

18        working at Robinhood, at that time.

19  BY MR. CITRON:

20     Q.  Who would know that information?

21            MS. O'CONNOR:  Objection to form.

22            THE WITNESS:  I couldn't tell you who was

23        working there or not, at that time.

24  BY MR. CITRON:

25     Q.  What department do you think would know?

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1           MS. O'CONNOR:  Same objection.

2           THE WITNESS:  Probably -- maybe our market

3      data teams; the engineering teams, the market

4      data engineering teams.

5  BY MR. CITRON:

6      Q.  In 2020, on the version of the platform where

7  customers are not receiving notice, I just want to be

8  clear, it would be all customers would not have received

9  that notice of the T1 halt, correct?

10          MS. O'CONNOR:  Objection to the form.

11          THE WITNESS:  That's correct, no customer

12      would have received notification.

13  BY MR. CITRON:

14      Q.  And now, in 2021, all customers would receive

15  that notice; is that correct?

16      A.  That's correct.

17      Q.  And, so, the policies in 2020 and in 2021 have

18  been applied by Robinhood uniformly to all customers,

19  correct?

20          MS. O'CONNOR:  Objection to the form.

21  BY MR. CITRON:

22      Q.  As to the T1 halt?

23          MS. O'CONNOR:  Objection to the form.

24          THE WITNESS:  Okay.  So, just to clarify the

25      question, the policies regarding the display of

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1        information on T1 halts?

2   BY MR. CITRON:

3       Q.  Yes, that is correct.

4       A.  I'm sorry.  Just repeat the question again,

5   please.  I apologize.

6       Q.  So, the policies regarding T1 halts, in 2020,

7   were applied uniformly for all customers, correct?

8               MS. O'CONNOR:  Objection to the form.

9               THE WITNESS:  Correct.

10  BY MR. CITRON:

11      Q.  And the policies regarding T1 halts are applied

12  uniformly for all customers, in 2021, now; isn't that

13  correct?

14      A.  That is correct.

15      Q.  Do -- are there any other methods for trading

16  stock, aside from the app -- the application and/or the

17  web site for Robinhood?

18      A.  It is possible that there could be a

19  broker-assisted trade.

20      Q.  What does that look like?

21              MS. O'CONNOR:  Objection to form.

22              You can answer.

23              THE WITNESS:  A client would contact our

24          contact center.  Maybe they were having an issue

25          with their app or something like that, and if we

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
1              can't get it resolved, then we may enter an order
2              for a client.
3    BY MR. CITRON:
4         Q.  When the client would call in, in 2020, would
5    they be notified via the call-in that there was a T1
6    halt, in the event that they wanted to trade under the
7    T1 halt stock then?
8         A.  I don't know what the policies were then.
9    Clients were not able to call in, at that time.
10        Q.  In 2020, they were not, but now they are?
11        A.  We do not have an inbound phone feature now.
12        Q.  What about in 2020?
13        A.  No.
14        Q.  So, what are you referring to, then, when you say
15   you have a broker -- a broker-assisted trade and you
16   have a client calling in because there was an
17   application problem?  What is that referring to, if you
18   don't have a call-in number?
19        A.  Clients can request a call from us.  I was just
20   clarifying that we don't take inbound phone calls.
21        Q.  So, when the call comes in to the customer, then,
22   does Robinhood notify them if the trade wanting to be
23   entered is on a stock that has been halted under a T1,
24   in 2020, if that call was received?
25        A.  I do not know.
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1                    MS. O'CONNOR:  Objection to form.

 2                    THE WITNESS:  Apologies.

 3                    I do not know.  It's not in my department.

 4      BY MR. CITRON:

 5         Q.  Who would know?

 6                    MS. O'CONNOR:  Objection, scope.

 7                    THE WITNESS:  Our customer experience

 8            department.

 9      BY MR. CITRON:

10         Q.  Has Robinhood ever conducted an analysis

11      regarding the effect of T1 halts on their customer base?

12                    MS. O'CONNOR:  Objection, scope.

13                    THE WITNESS:  I have no idea.

14      BY MR. CITRON:

15         Q.  Who would know that information?

16                    MS. O'CONNOR:  Objection --

17                    THE WITNESS:  I don't know.

18                    Sorry.

19                    MS. O'CONNOR:  You've got to give me a

20            minute to get my objection in, if I need to.

21      BY MR. CITRON:

22         Q.  So, if I'm engaging in a trade, on a T1 halted

23      stock, walk me through what happens on the trade of that

24      stock, as we sit here today.  What happens?

25                    It's a T1 halted stock.  What's going to happen?
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1       A.  Sorry.

 2           So, current day, if you enter an order, if you go

 3   into the app, you search for the stock, you see the

 4   banner, you can decide to go ahead and place your order

 5   anyway.  The trade is taking from RHF, routed to RHF's

 6   clearing firm, just like any other normal trade is.  Our

 7   RHF's route that out to the markets, just like any other

 8   trade that we handle.  It sits there, at the market, or

 9   the market maker, while that halt is in -- is active.

10       Q.  All customers experience the same exact process;

11   is that correct?

12       A.  With the caveat of our fractional orders that we

13   may fill from our inventory accounts, yes.

14       Q.  Okay.  Now, walk me through the process, in 2020,

15   if I wanted to purchase a stock that is on a T1 halt,

16   please.

17           MS. O'CONNOR:  We're going in circles.

18       Objection, asked and answered.

19           You can proceed.

20   BY MR. CITRON:

21       Q.  You can answer.

22       A.  Yeah.  Exact same procedure.

23       Q.  Except for the banner, because I asked about

24   2021.  You answered about 2021.

25       A.  Correct.
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1     Q.   I just want to be clear --

2     A.   Yes.

3     Q.   Okay.

4     A.   Apologies.  No banner.  The client would put in

5     the trade like normal.  It would flow through to the

6     clearing firm, out to the market makers, for execution,

7     where it would sit until the halt was lifted.

8     Q.   And the stock purchaser would not be notified; is

9     that correct?

10              MS. O'CONNOR:  Objection.

11              THE WITNESS:  In 2020?

12    BY MR. CITRON:

13    Q.   Yes, sir.  We're only referring to 2020, right

14    now.

15    A.   No, we're going back and forth between years.

16         So, in 2020, no, there was no notification.

17    Q.   And back in 2020, that applied to all customers

18    on stock, correct?

19              MS. O'CONNOR:  Objection.

20              THE WITNESS:  Correct.

21              MS. O'CONNOR:  Michael, this seems like

22         maybe a good moment to take a break.  We've been

23         going about an hour since lunch.  It seems like

24         you're taking a small break, here.  Should we

25         take five or ten minutes?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          MR. CITRON:  I didn't hear that last part

2      because, for whatever reason, our signal is

3      getting weak.  But you definitely can take a

4      break.  I don't know what's going on over here,

5      on my end, but you can definitely take a break.

6          How long would you like to take a break for?

7          MS. O'CONNOR:  Just five, ten minutes, just

8      kind of a moment to stretch.  It's -- why don't

9      we come back at 1:05.

10          MR. CITRON:  Ten -- ten minutes is perfectly

11      fine.

12          MS. O'CONNOR:  Sorry, 3:05.  What am I

13      saying?  3:05.

14          MR. CITRON:  See you in ten minutes.  Thank

15      you.

16          THE VIDEOGRAPHER:  Off the video record at

17      18:58 UTC time.  Local time is 2:58 P.M.

18          (Thereupon, a short break was taken.)

19          THE VIDEOGRAPHER:  Back on the video record

20      at 19:11 UTC time.  Local time is 3:11 p.m.

21  BY MR. CITRON:

22    Q.  Okay, Mr. Deacon, so I want to go into, you know,

23  there's this notice that you're talking about now and a

24  notice banner that comes in, in the 2021 Robinhood

25  platform.  And they're notifying the Robinhood customer

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    of the risk of trading on a T1 halt, correct?

2          MS. O'CONNOR:  Objection to the form and out

3      of scope.

4          THE WITNESS:  So, they are notifying that

5      there is a halt in place.

6    BY MR. CITRON:

7      Q.  Right.  But they're not notifying about a risk.

8          MS. O'CONNOR:  Objection.

9          THE WITNESS:  That's correct.  Risky or not

10     is subjective.

11   BY MR. CITRON:

12     Q.  Okay.  So, is there a risk to trading on a T1

13   halt?

14         MS. O'CONNOR:  Objection, scope.

15         THE WITNESS:  Just like any trade, there

16     could be a risk, could be a benefit.

17   BY MR. CITRON:

18     Q.  Okay.  Well, what's the risk in trading with a

19   T1 halt in place?

20         MS. O'CONNOR:  Again, objection, scope and

21     form.

22   BY MR. CITRON:

23     Q.  You can answer.

24     A.  Like any other stock purchase your -- your price

25   could change drastically.

1    Q.  Is there a risk that -- does the risk factor

2  change drastically because a stock was halted?

3            MS. O'CONNOR:  Objection to the form and to

4        scope.

5            THE WITNESS:  Yeah.  I couldn't speak for

6        all stocks and all T1 halts whether or not a halt

7        induces risk.

8  BY MR. CITRON:

9    Q.  Okay.  Generally?

10           MS. O'CONNOR:  Same objection.

11           THE WITNESS:  I'd rather not speculate about

12       risk.  It's a very subjective term.

13  BY MR. CITRON:

14   Q.  Okay.  The likelihood of -- of losing money on

15  trading with a stock that is T -- that is on a T1 halt,

16  is that a risk that is ascertainable for you?

17           MS. O'CONNOR:  Objection, scope and form.

18           THE WITNESS:  The -- let me just repeat the

19       question, myself, so I understand what you said.

20           The likelihood of losing money on a stock

21       purchase that was done during a T1 halt.

22           There -- there is no blanket answer for

23       that.  All -- all stocks act differently, either

24       in a halt or not.

25  BY MR. CITRON:

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.  So is -- there's no inherent risk, I guess, in

2    accepting a trade while a stock is halted.  Is that your

3    testimony?

4              MS. O'CONNOR:  Objection, scope and form.

5              THE WITNESS:  Again, I would say risk is

6         subjective.  One person's risk may be different

7         from somebody else.  So, I can't really respond

8         to that.

9    BY MR. CITRON:

10    Q.  With all things being equal, initiating a trade

11    on a T1 halted stock is more or less risky than trading

12    on a non-T1 halted stock?

13              MS. O'CONNOR:  Object to the scope and form.

14              THE WITNESS:  And, again, the same answer,

15         risk is subjective.

16    BY MR. CITRON:

17    Q.  Okay.  Really quickly, just -- so one other point

18    on this before we move on.

19         You know, you testified earlier that you have

20    your own licenses, your Series 7, 63, your 24.  I come

21    to you and I want to do a trade.  And I say to you that

22    I'm going to trade on a few different stocks, but one of

23    them is T1 halted.  Is it your testimony that the risk

24    is equal across the board, on those stocks we're

25    trading?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              MS. O'CONNOR:  Objection to scope and to the

 2         form.

 3              THE WITNESS:  I'm not testifying about the

 4         subjectivity of risk.  It means different things

 5         to different people.

 6   BY MR. CITRON:

 7     Q.  Right.  But I'm asking you, Mr. Deacon --

 8     A.  I'm not testifying --

 9     Q.  -- and your Series 7, 63, 24, you're going to

10   advise me, what is it to you; you, Mr. Deacon?  So, you

11   don't have to testify about anybody else.

12              MS. O'CONNOR:  Sorry, what was the question?

13              MR. CITRON:  I just asked him what he

14         thought.

15              MS. O'CONNOR:  Okay.  Objection, scope and

16         to form.

17              THE WITNESS:  Am I answering this?

18   BY MR. CITRON:

19     Q.  Yeah.

20     A.  Okay.

21     Q.  Or you know what?  I'll make it even more cogent

22   for everyone.

23         You holding your Series 7, 63, and 24, okay?  You

24   want to trade on a stock.  And you have an option to

25   trade between -- and I don't mean option in the artistic
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   form, I mean, you have an ability to choose between a

2   stock that is T1 halted and initiating a trade while T1

3   halted, or you have the option to -- the ability to

4   choose, to initiate a trade on a stock that is not T1

5   halted.

6           What does Mr. Deacon do, in that instance?  Does

7   he trade on the T1 halted one or does he trade on the

8   non-T1 halted one; and if so, or which one, why?

9               MS. O'CONNOR:  Objection, scope and form.

10  BY MR. CITRON:

11    Q.  You may --

12    A.  Mr. Deacon would do his research on each of them,

13  and then make a decision on what's best for him and his

14  portfolio.

15    Q.  Okay.  Have you ever traded on a T1 halted stock,

16  Mr. Deacon?

17    A.  No.

18    Q.  And why not?

19    A.  I don't trade stocks individually, a lot.

20    Q.  What does that mean?

21    A.  It means I don't trade individual stocks, a lot.

22  I tend to trade -- buy to ETFs and mutual funds, and

23  things like that.

24    Q.  Oh, okay.

25          I'm going to move on.  Just bear with me one

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1    second.  Okay?  I'm just gathering the next set of

 2    inquiries.  I have to change the paper.

 3         Are you familiar with Shterna Pinchasov?

 4    A.   Just in reference to this case.

 5    Q.   And what is your reference to this case?  Are you

 6    familiar with her allegations made against Robinhood?

 7    A.   Yes, I am.

 8    Q.   And what are her allegations against Robinhood

 9    that you understand them to be?

10    A.   My understanding is her complaint was that she

11    was allowed to trade through a T1 halt, on a Hertz

12    stock, and lost money on it.

13    Q.   You mentioned from the earlier part of the

14    deposition that part of your oversight on stock trading

15    and operations management, that you deal with customer

16    complaints; is that correct?

17    A.   No, that's not correct.  Well, I do not accept or

18    handle customer complaints.  They can sometimes get

19    escalated to -- to me or my team, to review the

20    particular trade or things like that.

21    Q.   And -- and when do they get escalated to you?

22    What type of -- I mean, you have here that trade

23    corrections and things like that.  When do those

24    complaints escalate?

25              MS. O'CONNOR:  Objection.
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1            You can answer.

2            THE WITNESS:  Okay.  And just to be clear,

3       there is a difference between complaints and

4       somebody complaining.  So, a complaint is a FINRA

5       term when somebody files a complaint with a

6       regulator.  So, just to be clear, we're not --

7       we're talking about two different things here.

8  BY MR. CITRON:

9    Q.  Right.

10    A.  So, I think what you're talking about is if a

11  customer is upset about something.

12    Q.  Yeah.  And you know what, I have to tell you,

13  Mr. Deacon, thank you, so very much.  In general, you've

14  been incredible, as a person, to speak with, in this

15  deposition.  Super knowledgeable on a variety of issues,

16  but that is something I appreciate greatly.

17            You're correct.  I was speaking about a complaint

18  in the colloquial sense and not in the artistic form, as

19  it relates to a FINRA definition.  That is what I mean

20  by complaint.  Does that change your response, although,

21  I don't think we got to the portion where you were

22  responding, but does that somehow shift where your mind

23  was going then if I tell you I was speaking more

24  colloquially?

25    A.  Not particularly, no.  It's just the way they get

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   sent to my team may be different.

2        Q.   Okay.  And, so, have you ever received

3   complaints, and, again, colloquially speaking, dealing

4   with similar allegations made to those of Shterna

5   Pinchasov?

6        A.   Not that I can recall, no.

7        Q.   So, she's the first person you've ever heard of

8   ever complaining about an issue wherein there was a

9   trade that was allowed to be incepted during the period

10  of a T1 halt; is that correct?

11            MS. O'CONNOR:  Objection to scope.

12  BY MR. CITRON:

13       Q.   You may answer.

14       A.   Yes.  To my recollection, I don't recall getting

15  any other kind of escalations around that.

16       Q.   Now, does Robinhood ever receive complaints from

17  customers, in a similar situation to that of Shterna

18  Pinchasov, wherein they are complaining of the issue of

19  the T1?

20       A.   I wouldn't --

21            MS. O'CONNOR:  Sorry, you have to give me a

22       chance to get in my objection.

23            Same objection.

24  BY MR. CITRON:

25       Q.   Go ahead.

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1      A.   I wouldn't be able to speak with that.  My team

2   and my area are not the ones that receive those direct

3   communications, from clients.

4      Q.   Can you please tell me who does, Mr. Deacon?

5      A.   Our customer experience team.

6      Q.   And who, on the customer experience team, if I

7   needed an answer to that, would you say, you know what,

8   Michael, that's the go-to person, that's the person

9   that's going to give you that answer?

10            MS. O'CONNOR:  Objection as to scope.

11   BY MR. CITRON:

12      Q.   You may answer.

13      A.   I can tell you the head of the customer

14   experience team person.

15      Q.   Who is that?

16      A.   Alex Mesa.

17      Q.   And what office does Mr. Mesa work out of -- I'm

18   assuming that Alex -- forgive me for assuming his

19   gender, but Alex is a male?

20      A.   Yes, he is.

21      Q.   Okay.  And Alex works out of which office,

22   Mr. Deacon?

23      A.   I don't recall.  I think it's our Tempe, Arizona

24   office, but I'm not a hundred percent positive.

25      Q.   I know that your team consists of seven,

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   including yourself, Mr. Deacon.  Are you aware of how

2   many members of the customer experience team there are,

3   sir?

4       A.  No, not an exact number, no.

5       Q.  Would you say it's seven or would it be more, you

6   think?

7               MS. O'CONNOR:  Objection to scope.

8               THE WITNESS:  No, it's definitely more than

9        that.

10  BY MR. CITRON:

11      Q.  Thank you.  Would you say the customer experience

12  team has more than a hundred members, Mr. Deacon?

13              MS. O'CONNOR:  Same objection.

14              THE WITNESS:  Yes, I would.

15  BY MR. CITRON:

16      Q.  Would you say more than 500, Mr. Deacon?

17              MS. O'CONNOR:  Same objection.

18              THE WITNESS:  That, I don't know.

19  BY MR. CITRON:

20      Q.  Fair enough.

21      Okay.  Question, Mr. Deacon.  Would Alex Mesa or

22  anyone from the customer experience team be better

23  positioned to address the issue of customer complaints,

24  dealing with incepting a trade while a T1 halt was in

25  place, during the years of 2020 and the four years

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    preceding that?

2              MS. O'CONNOR:  Objection to scope.

3              THE WITNESS:  Maybe clarity on the question;

4         better positioned than myself?

5    BY MR. CITRON:

6       Q.  Yes, Mr. Deacon.  Your response, when I asked you

7    about complaints, you noted that you did not receive the

8    direct complaints on -- to you.  And, then, also, that

9    you would not know if anyone else was complaining

10   similar to that of Ms. Pinchasov.

11             So, my question is:  Would you say that Alex Mesa

12   or someone else from the customer experience team, maybe

13   not Mr. Mesa, maybe you don't even know who that is, but

14   maybe someone from customer experience team would be

15   better, and I say positioned, meaning better suited, to

16   address the inquiry, as it pertains to customer

17   complaints, regarding incepting trades while a T1 halt

18   was in place, back in 2020 or four years preceding that?

19             MS. O'CONNOR:  Objection.

20             THE WITNESS:  Yes, they would be better

21        suited to answer that.

22   BY MR. CITRON:

23      Q.  Thank you.  And let me apologize, by the way,

24   Mr. Deacon.  I've seen it happen a couple of times here.

25   And I try to mute myself, to make sure I don't step on

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    your words, but unfortunately, it does occasionally

2    happen.  So, forgive me.  I never mean to come off as

3    rude.  It just occasionally will happen, so please

4    forgive me in advance.  Okay?

5        A.  That's okay.  I keep doing it to myself, so we'll

6    fix it.

7        Q.  Got it.

8            Okay.  Mr. Deacon, you have, as I mentioned

9    before, a wealth of knowledge both also in presentation,

10   but also at your finger tips, in your position as the

11   operations manager.  And, so, is there a way for me to

12   ascertain how many Robinhood customers owned the Hertz

13   stock, on or immediately preceding May 26, 2020?  Do you

14   have a data record of that, sir?

15           MS. O'CONNOR:  I'll object to the scope.

16           You can answer.

17           THE WITNESS:  Yes, I am pretty certain that

18           we could get that information.

19   BY MR. CITRON:

20       Q.  And where would you be getting that information

21   from?

22       A.  Probably, our data team that would pull that

23   information.

24       Q.  Wait, the data team that works under you, in

25   monitoring the client trading, or they're a separate

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    department, sir?

2       A.  It would be a separate department.

3       Q.  So, it's fair to say, then, that you can pull

4    precise data points for how many customers of Robinhood

5    incepted a trade on any given day; is that correct?

6              MS. O'CONNOR:  Objection.

7              THE WITNESS:  Yes, we can pull the trade

8         details, from any given day, for our clients.

9    BY MR. CITRON:

10      Q.  And do you know how many Robinhood customers

11   enter trades on Hertz stock, or incepted trades on Hertz

12   stock, on May 26th, during the T1 halt that was in

13   effect that day, sir?

14             MS. O'CONNOR:  Objection, scope.

15             You can answer.

16             THE WITNESS:  No, I was not at Robinhood, at

17        the time, on that day, so I don't know.

18   BY MR. CITRON:

19      Q.  But you could find that out; isn't that correct,

20   sir?

21      A.  Yes, I think I could find that out.

22      Q.  Could you also find out through Looker or does it

23   solely come from the data team?

24      A.  I'm not sure what I would be able to pull from

25   Looker, going back a little over a year, so that's why I

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   said the data team would be the one that, no matter

2   what, would be able to pull that information.

3       Q.  And do you have a person, at the data team, that

4   you could point me to, like we did with the customer

5   experience team, that you would say, you know what, hey,

6   Michael, this guy or gal is the person to speak with.

7   They've got that info, for you to get it?

8       A.  No, apologies.  Not off the top of my head, I

9   don't have the name.

10      Q.  Fair enough.  No problem.  And the data team is

11   based out of where, Mr. Deacon, if you don't mind?

12      A.  I don't know that, either.

13      Q.  Not lucky enough to be in Colorado, I'm assuming.

14   One of my favorite places, in the world, by the way.

15          Okay.  Let me just continue looking through my

16   notes.  One second.

17          Who is the average -- and I know -- I guess --

18   well, let me just ask.

19          Who is the average demographic of the Robinhood

20   customer base or what is the average demographic?

21              MS. O'CONNOR:  Objection, scope and form.

22              THE WITNESS:  I would not even venture to

23          guess at the average person.

24   BY MR. CITRON:

25      Q.  Okay.  When you said before -- I know that -- I'm

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1   looking for it here where we talked about the data

 2   coming from NASDAQ, on a given halted stock.  Who is the

 3   department -- or what is the department that is

 4   designated with receiving that information, please?

 5            MS. O'CONNOR:  Can I hear that question

 6        again?  I think I didn't quite hear it.

 7   BY MR. CITRON:

 8     Q.  Sure.  Mr. Deacon testified earlier -- well, let

 9   me address you, Mr. Deacon.

10        Mr. Deacon, you testified earlier that

11   information about a T1 halt could come through your

12   NASDAQ vendor providing that information to Robinhood,

13   about a stock being T1 halted.  And I'm just trying to

14   find out who or what, meaning what department, in

15   Robinhood, is designated with receiving that

16   information?

17            MS. O'CONNOR:  Objection to the form.

18   BY MR. CITRON:

19     Q.  You can answer.

20     A.  We have the market data engineering team, I

21   think, would be the most suitable.

22     Q.  And the market data engineering team, where are

23   they based out of?

24     A.  I'm not sure.

25     Q.  Do you know anybody, at the market data
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   engineering team, that you can point me to, to ask these

2   questions to?

3       A.  Not off the top of my head, no.

4       Q.  Do they receive these updates on the status of a

5   stock, such as with the T1 halt being implemented in

6   real time, or is it within an hour, or a day?  When is

7   that information processed or received -- received?

8   Excuse me.

9               MS. O'CONNOR:  Objection, scope.

10              THE WITNESS:  Is the question regarding

11          specifically T1 halt information?

12  BY MR. CITRON:

13      Q.  Yes, Mr. Deacon.

14      A.  Thank you.  It's a real time data feed.

15      Q.  So, the exact moment that a T1 halt is

16  instituted, Robinhood would know; isn't that correct?

17              MS. O'CONNOR:  Objection to the form.

18              THE WITNESS:  Yeah, it would be tough to say

19          at the exact moment.  Even though data's quick,

20          it sometimes can take milliseconds to get to you.

21  BY MR. CITRON:

22      Q.  So, we're saying within milliseconds they would

23  find out, then?

24      A.  Promptly.

25      Q.  Okay.  Got it.  Thank you, Mr. Deacon.  And was

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    that the same back in 2020, sir?

2             MS. O'CONNOR:  Same objection.

3             THE WITNESS:  And I couldn't speak to that

4        in 2020; I wasn't there.

5    BY MR. CITRON:

6        Q.  What happens once they receive that information,

7    Mr. Deacon, about the T1 halt, what is the market data

8    engineering team?

9             MS. O'CONNOR:  Objection to scope.

10            THE WITNESS:  I don't know.

11   BY MR. CITRON:

12       Q.  Did Robinhood customers, that incepted trades

13   during the T1 halt, in 2020 or the four years prior

14   thereto, lose money when trading resumed and the trades

15   were executed?

16            MS. O'CONNOR:  Objection to scope and to the

17       form.

18   BY MR. CITRON:

19       Q.  You may answer.

20       A.  Yeah, I don't have that information.

21       Q.  Where would I go to find that data?

22            MS. O'CONNOR:  Same objection.

23            THE WITNESS:  On any particular -- you just

24       kind of mentioned have people lost money in

25       halts.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   BY MR. CITRON:

2     Q.  Yeah.  So, let me take us back a minute.  You

3   talked about the blotter reports, right?  When you were

4   speaking all about the blotter reports and you went into

5   a lot of specificity.  And you went into really how

6   in-depth the reports can go, including the information

7   that Looker has.  That gives the wealth of knowledge

8   that is at your finger tips, that we were referring to

9   before.  So, my question is:  You can see any client's

10  stock portfolio; can you not?

11           MS. O'CONNOR:  Objection to the form and

12       scope.

13           THE WITNESS:  Yes.

14  BY MR. CITRON:

15    Q.  Okay.  And you can see when a client has made or

16  lost money; can you not?

17           MS. O'CONNOR:  Objection to the form and

18       scope.

19           THE WITNESS:  Yes.

20  BY MR. CITRON:

21    Q.  Okay.  And you can see the timing of when that

22  money was made or lost; can you not?

23           MS. O'CONNOR:  Same objection.

24           THE WITNESS:  Yes.

25  BY MR. CITRON:

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.  And you can also, by those data points, establish

2  when a T1 halt was in place; isn't that correct, sir?

3              MS. O'CONNOR:  Same objection.

4              THE WITNESS:  Not with the data points that

5          we discussed earlier.  We would have to pull that

6          information from someplace, like NASDAQ.

7  BY MR. CITRON:

8    Q.  But you can correlate it with the timing of the

9  trades of your customers; isn't that correct?

10             MS. O'CONNOR:  Same objection.

11             THE WITNESS:  Yes, we could do that.

12  BY MR. CITRON:

13    Q.  And, then, that can be juxtaposed with whether

14  they made or lost money; isn't that also correct?

15             MS. O'CONNOR:  Same objection.

16             THE WITNESS:  Yes, we could pull all that

17          together.

18  BY MR. CITRON:

19    Q.  So, then, essentially, you can establish whether

20  Robinhood customers, that incepted a trade during a T1

21  halt, lost money when the trading resumed and the trades

22  were executed, at the new price; isn't that correct?

23             MS. O'CONNOR:  Objection to scope and to the

24          form.

25             THE WITNESS:  Yes, I believe that we could

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          pull all that together.

2     BY MR. CITRON:

3        Q.   Okay.  And do you know, as you sit here today, as

4     Mr. Eric Deacon, as the operations manager, if customers

5     lost money on the trades that they incepted, during a T1

6     halt, in 2020 or any of the preceding years, and if they

7     lost money when the trades resumed and those trades were

8     executed at the new adjusted price?

9             MS. O'CONNOR:  Objection to the form and to

10            the scope.  I, also, if we're talking math, we're

11            talking math.  If we're talking causation, that's

12            legal and I object.

13    BY MR. CITRON:

14       Q.   We're talking math.  This is a straight up math

15    situation.  It's either gone up or it's gone down

16    and we're talking in a downward trajectory.

17            You may answer, sir.

18            MS. O'CONNOR:  Objection to form and scope.

19    BY MR. CITRON:

20       Q.   Got it.

21            You may answer.

22            MS. O'CONNOR:  To the extent that it's legal

23            about the question.

24    BY MR. CITRON:

25       Q.   Got it.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    A.  Do you mind repeating it for me, please?

2    Q.  I have no problem with that, at all.

3        So, we've established that you are able to, in

4   fact, see whether a customer lost money, based on their

5   incepting a trade during the T1 halt, when that trading

6   resumed and the trades were executed.  We already

7   established that and you said, yes, we're clear; is that

8   correct?

9            MS. O'CONNOR:  Objection, record speaks for

10           itself.

11  BY MR. CITRON:

12   Q.  Okay.  You can answer.

13   A.  That's correct.

14   Q.  Okay.  And by the way, I smile not in a way of

15  laughing at what Ms. O'Connor is doing.  She's doing an

16  excellent job.  I'm merely just laughing because this is

17  the job we have to do, so I get it.

18       But that being said, as I said before, the

19  question that I now am restating, ready?

20   A.  Ready.

21   Q.  As you sit here today, do you know if Robinhood

22  customers, that incepted trades during the T1 halt, in

23  2020 or the four years prior thereto, lost money when

24  trading resumed and the trades were executed at the new

25  adjusted price?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              MS. O'CONNOR:  Objection to scope and to

 2         form.

 3              THE WITNESS:  That is a very broad question,

 4         so, no.  So, no, I do not know whether or not all

 5         clients lost money, in any halts, for a four-year

 6         period.  No, I do not know.

 7    BY MR. CITRON:

 8      Q.  Okay.  Not all clients, just any clients.  Do you

 9    know of any clients that lost money?  And, again, I

10    don't mean it in a legal sense, just to make sure that

11    Ms. O'Connor doesn't get upset with me.  I mean it in a

12    mathematical sense, that they had a certain amount of

13    money here, and by the trade resuming, post the T1 halt,

14    that adjustment made it that they lost money, in the

15    mathematical sense.

16              MS. O'CONNOR:  Objection to the form and to

17         scope.

18              THE WITNESS:  I'm not aware of individual

19         clients who have lost money during a particular

20         T1 halt, during that four year period.  I am

21         aware, because of this case, of the plaintiff

22         having lost money during that T1 halt.

23    BY MR. CITRON:

24      Q.  It's quite possible that others similarly

25    situated to the plaintiff lost money, correct?
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              MS. O'CONNOR:  Objection to the form and to

 2         scope.

 3              THE WITNESS:  I couldn't speculate on that.

 4   BY MR. CITRON:

 5     Q.  But you don't know that that's not the case,

 6   correct?

 7              MS. O'CONNOR:  Same objection.

 8              THE WITNESS:  Again, it would be

 9         speculation.

10   BY MR. CITRON:

11     Q.  And Robinhood also doesn't know that; isn't that

12   correct?

13              MS. O'CONNOR:  Same objection.

14              THE WITNESS:  Correct.

15   BY MR. CITRON:

16     Q.  In the situation where a Robinhood customer lost

17   money on the -- on this particular instance of incepting

18   a trade during a T1 halt, what way would a customer of

19   Robinhood have been able to mitigate their damages, in

20   2020 or the years prior?

21              MS. O'CONNOR:  Objection.  This is way

22         outside the scope.  Objection to form.

23   BY MR. CITRON:

24     Q.  You can answer, by the way.

25     A.  Sorry.  So, how would they have mitigated their
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   damages?

2           MS. O'CONNOR:  That's also a legal question,

3       frankly, so further objection.

4   BY MR. CITRON:

5       Q.  That's okay.  You can answer.

6       A.  I can respond?  Okay.  I wasn't sure if I can

7   respond because it was legal.

8       Q.  Yeah, unless it's something like privilege or

9   unless you hear Ms. O'Connor actually tell you, like,

10  don't answer that, then you're free to answer.  Just,

11  she's carving out through the objections.  And, again, I

12  know it's your first time being through a deposition,

13  she's basically carving out throughout the objection

14  what she can be able to change, as far as admissibility,

15  as far as weight, as far as this.  Those are things that

16  will happen inside the courtroom, largely, and she's

17  laying the objections, so that she's not saying, oh,

18  yeah, this is perfectly fine.  I give my thumbs up.  You

19  understand?

20          So, it's not that everything is all sunshine and

21  rainbows, when you're speaking, but it does not stop you

22  from answering, unless she says that.

23          Is that fair, Ms. O'Connor?  I know you took some

24  --

25          MS. O'CONNOR:  I don't know.  I agree with

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1           everything you said, but if I'm not instructing

2           you not to answer, you can answer.

3    BY MR. CITRON:

4      Q.  There you go.

5      A.  Okay.  So, just to reiterate the question, what

6    could a client do to mitigate their damages from trading

7    through -- putting a trade in through a T1 halt.  That

8    was the question?

9      Q.  That is correct, sir, yes.

10           MS. O'CONNOR:  Same objection.

11           THE WITNESS:  The client could do research

12           before placing the trade.

13   BY MR. CITRON:

14     Q.  Bear with me one second, Mr. Deacon.  Okay?  I'm

15   just confirming with my colleagues.  We should be

16   nearing, I think, some closure, shortly.  I know it's

17   what, 1:49 by you, in Colorado, over there?

18     A.  Correct.

19     Q.  Can we just go off the record, for ten minutes,

20   ladies and gentlemen, if that's okay with everybody?

21   Does anyone have an objection to that?

22           No?  There's a lot of silence.

23           MR. GREENFIELD:  No objection.

24           MR. CITRON:  Okay, perfect.  All right,

25           guys.  So, I'll see you back in about ten

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          minutes.  I just want to confer with everybody,

2          so we can wrap up.  Okay?

3               THE VIDEOGRAPHER:  Off the video record at

4          19:50 UTC time.  Local time is 3:50 p.m.

5               (Thereupon, a short break was taken.)

6               THE VIDEOGRAPHER:  Back on the video record

7          at 20:01 UTC time.  Local time is 4:01 p.m.

8   BY MR. CITRON:

9     Q.  Thank you, so much.

10         Okay.  Just a few more questions and then some

11   procedural stuff.

12         How does Robinhood get their data from NASDAQ?

13    A.  I will not profess to understand the engineering

14   behind it.

15    Q.  What about on the business end, just on the

16   day-to-day, not the, like, you know, programming side of

17   things?

18    A.  I know that we get a data feed from them.

19    Q.  And is that a -- is that data feed constantly

20   running?

21    A.  That is my understanding, yes.

22    Q.  And is that something that Robinhood is

23   contracted for, with NASDAQ, as a vendor?

24               MS. O'CONNOR:  Objection, scope.

25               THE WITNESS:  Yes, I -- well, that's my

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1          understanding is they are a vendor of ours, so we
 2          are contracted with them.
 3   BY MR. CITRON:
 4     Q.  The market engineering team, I believe you
 5   mentioned, was the team receiving that data from
 6   Robinhood Financial; is that correct, sir?
 7     A.  The market data engineering team is the team I
 8   believe would -- would be the best suited to discuss
 9   that, yeah.
10     Q.  And they received that information, also, back in
11   2020; is that also accurate, sir?
12          MS. O'CONNOR:  Objection to scope.
13          You can answer.
14          THE WITNESS:  Yeah.  I can't speak to how
15          Robinhood was set up prior to my time being
16          there.
17   BY MR. CITRON:
18     Q.  But didn't you start in 2020?
19     A.  Yes, in August of 2020.
20     Q.  So, from August to December, do you know if the
21   market data engineering team was receiving the
22   information from NASDAQ --
23     A.  Yes --
24     Q.  -- regarding T1 halts or the like?
25     A.  Yes, that's my understanding.
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.   Okay.  Why were they receiving that data, sir?

2              MS. O'CONNOR:  Objection to the form and

3         scope.

4              THE WITNESS:  Why were they receiving T1

5         halt data?

6    BY MR. CITRON:

7    Q.   That's correct.

8    A.   I'm not sure as to why we were taking that in.

9    Q.   In 2020 -- and, again, only relevant to the time

10   that you were present, which admittedly you said is

11   August -- in 2020, the -- what was done with the data

12   when it was received by Robinhood?

13             MS. O'CONNOR:  Same objection.

14             THE WITNESS:  And I'm not sure.

15   BY MR. CITRON:

16   Q.   Why was it -- well, strike that.

17        Did Robinhood request the data or it was provided

18   automatically by the vendor-company relationship?

19             MS. O'CONNOR:  Objection to the form.

20             THE WITNESS:  I'm not sure how the

21        contractor-vendor relationship works.

22   BY MR. CITRON:

23   Q.   So, anything that precedes August of 2020, at

24   Robinhood, you are not prepared to talk about; is that

25   correct?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1              MS. O'CONNOR:  Objection.  I think it
 2         depends on the nature of the question.
 3              MR. CITRON:  I'm sorry?
 4              MS. O'CONNOR:  I think it depends on the
 5         nature of the question.
 6              MR. CITRON:  Yeah, I mean, he can answer.  I
 7         mean, I haven't heard him say, one time, that
 8         he's been able to --
 9   BY MR. CITRON:
10      Q.  Are you able to testify about things that
11   occurred when you were not an employee of --
12              MS. O'CONNOR:  Hang on, hang on --
13   BY MR. CITRON:
14      Q.  -- of Robinhood, Mr. Deacon?
15              MS. O'CONNOR:  He did testify about
16         Ms. Pinchasov's trading, for example, which is
17         before his time.  So, I think it's -- I think
18         it's too broad a statement.
19   BY MR. CITRON:
20      Q.  Do you -- Mr. Deacon, other than utilizing the
21   information coming from Ms. Pinchasov's complaint, what
22   are you basing that knowledge on that you're referring
23   to the allegations in Ms. Pinchasov's complaint?
24              MS. O'CONNOR:  Objection to the form.
25              THE WITNESS:  Yeah, I need you to restate
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1        the question, please.

2   BY MR. CITRON:

3      Q.  Sure.  Not a problem.

4      A.  I'm not sure what you're asking.

5      Q.  You began employment at Robinhood in August of

6   2020; is that correct, sir?

7      A.  That's correct.

8      Q.  And several times during your testimony today

9   we've heard you say that you can't speculate about

10  things that occurred prior to your employment.

11       Is that also correct, sir?

12           MS. O'CONNOR:  Objection.

13  BY MR. CITRON:

14     Q.  You can answer.

15     A.  That's correct.

16     Q.  Okay.  You -- you did discuss, at some point,

17  some of the allegations listed in Mrs. Pinchasov's

18  complaint, her class action complaint; isn't that

19  correct?

20     A.  That's correct.

21     Q.  And how are you able to address those inquiries

22  prior -- where that those events also occurred prior to

23  your employment at Robinhood?

24     A.  I prepared for this particular case to try to

25  answer the questions the best I could.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1       Q.   And how did you prepare for that?

2       A.   Meeting with my --

3            MS. O'CONNOR:  Yeah, go ahead.  You can

4       answer.

5            THE WITNESS:  Okay.

6            Meeting with my attorneys.

7   BY MR. CITRON:

8       Q.   So, outside of meeting with your attorneys,

9   because I don't want to have any question about me

10  asking the substance of what was discussed, outside of

11  meeting with your attorneys, how else are you able to

12  have addressed those questions?

13      A.   That's -- that's it, meeting with my attorneys

14  about this case.

15      Q.   Did you review any documents in preparation for

16  today's deposition, to address those inquiries that

17  occurred prior to your employment?

18      A.   My apologies.  I got an echo there or something.

19  I didn't understand the question.

20      Q.   It's okay.

21           So, what I said to you was, or what I asked of

22  you was, did you review any documents in preparation for

23  today's deposition, to facilitate your ability to

24  testify about events that occurred prior to your

25  employment, as they did in the events regarding Ms.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1    Pinchasov's allegations?

 2       A.   Yes.

 3       Q.   What were those documents?

 4            THE WITNESS:  That's okay to answer, that

 5       the attorney --

 6            MS. O'CONNOR:  Well, look, the --

 7    BY MR. CITRON:

 8       Q.   You can't ask her, but she didn't object, so you

 9    can go ahead.

10            MS. O'CONNOR:  If there's -- if there's

11       documents you can recall having looked at, you

12       can say what they are.

13            THE WITNESS:  Okay.  I looked at the trade

14       confirmation, that you also provided here.  I

15       looked at account statements.  We looked at

16       the -- some of the requests of -- I guess

17       requests by the Plaintiffs and responses from the

18       attorneys.

19            That's about what I recall that we went

20       through.

21    BY MR. CITRON:

22       Q.   Okay.  So, outside of that universe, you didn't

23    review any other documents, in preparation to talk about

24    things that occurred prior to your employment at

25    Robinhood?
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1              MS. O'CONNOR:  Objection.

2              THE WITNESS:  I personally reviewed the

3         Plaintiff's account, just so I could familiarize

4         myself with the activity in it.

5    BY MR. CITRON:

6       Q.  What about policies and procedures of Robinhood?

7       A.  Did I review them for this particular case?

8       Q.  I mean, you haven't been deposed before, from

9    what you said, so I would assume this would be the only

10   case you reviewed them for, right?

11      A.  No --

12              MS. O'CONNOR:  Objection.

13              THE WITNESS:  Sorry.

14   BY MR. CITRON:

15      Q.  Go ahead.

16      A.  I review our policies and procedures that are

17   under my purview regularly.

18      Q.  Right.  But I'm talking about those policies and

19   procedures in place, prior to your employment.

20      A.  Yes, I was shown our WSPs that were in place

21   then.

22      Q.  You said that you were shown.  Who showed you

23   them?

24      A.  In my attorneys' meetings.

25      Q.  And you familiarized yourself with the policies

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   and procedures of Robinhood; is that correct?

2              MS. O'CONNOR:  Objection to the form.

3              THE WITNESS:  No, that's much too broad of a

4         statement, that I familiarized myself with the

5         policies and procedures of Robinhood.

6              We looked at a couple of policies in place

7         that related to this case.

8   BY MR. CITRON:

9      Q.  Which ones?

10     A.  The policy around trading halts.

11     Q.  And what are the policies?

12     A.  I don't have it up here in front of me or

13  memorized.

14     Q.  In your review, what do you recall those policies

15  stating?

16             MS. O'CONNOR:  Objection to the form.

17             THE WITNESS:  I don't recall.  I don't

18        recall them verbatim or anything.  They were

19        shown to me.

20             MR. CITRON:  Give me one second, guys.

21        We're going to be introducing two additional

22        exhibits.  One second.

23             It's a technical difficulties conference,

24        right now.

25             So, while we're working on the technical

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

 1        difficulty side, I'm just going to continue.

 2   BY MR. CITRON:

 3     Q.   You mentioned you reviewed the policies around

 4   the T1 halts, and I asked you specifically what you

 5   remember about those policies, about the T1 halts, that

 6   you reviewed.  I don't recall your answer.  What was

 7   that again?

 8     A.   Oh, I just said that I don't recall them verbatim

 9   enough to speak on them.

10     Q.   And outside of those specific points, the

11   policies and procedures that predated your employment,

12   or any of the allegations that predated your employment,

13   in preparing, just as it relates to Ms. Pinchasov, did

14   you review anything else related to things prior to your

15   employment, as it relates to Robinhood operations?

16             MS. O'CONNOR:  Objection to the form.

17             THE WITNESS:  I don't recall anything else.

18        There may have been other documents that were

19        shown to me, but I think I was pretty thorough in

20        what was shown to me.

21   BY MR. CITRON:

22     Q.   How did Robinhood make the decision to select you

23   as their corporate representative, if you know?

24             MS. O'CONNOR:  Objection.  That would be a

25        privileged decision that was made.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

 1  BY MR. CITRON:

 2      Q.   Okay.   That would mean that you don't answer

 3  that, Mr. Deacon.

 4          We're going to go through -- we're going to go

 5  through -- we're going to briefly go through Exhibit 1

 6  again.   Before we conclude the deposition, we're going

 7  to take another five-minute break, just briefly, because

 8  we have one other exhibit that, for whatever reason, is

 9  not cooperating.   We have to get it up.

10          And, so, once we finish with that five-minute

11  break, after this next line of questioning, then we

12  will -- on our end, we should be concluded.

13          Let me say beforehand, as a housekeeping matter,

14  we are fully aware of your counsel's -- ooh.   Ah, okay.

15  There we go.

16          This is not the exhibit we had technical

17  difficulty with, naturally, but what I was saying is

18  that we have now on our screen, we're looking at the

19  Amended Notice of Taking Videotaped Recorded Deposition

20  Duces Tecum.   This was the July 7th notice, and there

21  are several topics that are on Schedule A.

22          Now, as I was saying before, as a housekeeping

23  matter, I am fully cognizant of the fact that your

24  counsel has stated her objection.   And what we're going

25  to do, Mr. Deacon, is we're going to continue to ask you

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   these questions we said before.  And unless you're being

2   instructed not to answer, you're going to answer them.

3        Now, as a point, my request is that to make it as

4   expeditious as possible you could say a "yes" or a "no."

5   Either you're prepared to testify about them or -- and

6   it's okay -- you can say, no, I'm not prepared to

7   testify about them, and we'll move on.

8        But I need to know a "yes" or a "no,"

9   understanding that your client {sic}, Ms. O'Connor, has

10  already leveled a series of objections at this line of

11  questioning earlier, but it is Plaintiff's position it

12  must be made to go through now again.

13       So, with that being said, Schedule A.

14       And, Ms. O'Connor, if you'd like, I will let you

15  take the floor to lay an objection, if you'd like to lay

16  another one, unless you want to do each one.  It's up to

17  you.  If you want to lay a blanket one or not, it's your

18  choice.

19            MS. O'CONNOR:  I will do a blanket

20            objection, which is that counsel have

21            communicated between themselves, in a manner that

22            is not reflected on Schedule A, about what the

23            topics would be, and that Mr. Deacon is prepared

24            on those topics.

25            So, this testimony, I don't think, has any

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          particular value, but if you choose to go through

2          it and try to see whether Mr. Deacon has a view

3          on these topics, you know, that's fine.

4               But we will -- that's my objection; that

5          this is not reflective of the actual topics

6          agreed between the parties.

7               MR. CITRON:  Yes, Ms. O'Connor, and your

8          objection is noted.

9    BY MR. CITRON:

10     Q.  Mr. Deacon, as we already, sir, Schedule A says:

11   "Each deponent must be prepared to discuss in detail the

12   following during his/her/its respective deposition."

13          Do you see that?

14     A.  I do.

15     Q.  Okay.  "In relation to each inquiry under

16   Schedule A" -- again, we're only talking about Schedule

17   A right now -- we're going to be asking you "yes" or

18   "no" pertaining to whether or not for each topic read

19   into the record, as I will do, you are prepared to

20   discuss in detail that particular topic.

21          Do you understand, sir?

22               MS. O'CONNOR:  I have a second objection,

23          which is, I think that in many instances, because

24          of the complexity of the further negotiations

25          between counsel and the lack of relationship of

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1           Schedule A to the actual topics, I think you have

2           to know it's unlikely to suffice in many

3           instances, and I think the witness should answer

4           the question in the best way that he can answer

5           the question, without being constrained by

6           instructions to say "yes" or "no."

7                MR. CITRON:  Not a problem, at all.  I

8           absolutely am fine with that.  I'm merely just

9           trying to simplify his time, but I'm fine.

10   BY MR. CITRON:

11     Q.  Okay.  Number one:  "Each of the facts and

12   circumstances known to Defendant surrounding the

13   allegations made in Plaintiff's operative complaint,"

14   and it's identified there by the docket entry.

15          Are you prepared to discuss, in detail, that

16   topic today, sir?

17          Noting your client's -- your counsel's objection.

18     A.  I guess I may need clarification on these.  Like,

19   what does that mean?

20     Q.  You can ask -- sir, I'm not trying to trick you,

21   so you can ask for clarification on anything.  No

22   problem.

23          What is it that you'd like to know?

24     A.  So, "each of the facts and circumstances known to

25   the Defendant surrounding the complaint."  I'm not -- I

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    don't know the details of the complaint, so I can't say

2    yes, I am prepared to speak --

3        Q.  Okay.

4        A.  -- in detail, on those.

5        Q.  Then, we'll go to number two.  "The factual

6    basis, if applicable, for each of the points raised by

7    Defendant in its motion to dismiss," which is identified

8    by its docket entry number there again.  "This topic

9    does not seek legal argument or legal theories, but

10   rather the facts upon which the Defendant's motion to

11   dismiss is predicated upon."

12       A.  Okay.  I don't know what -- in front of me, what

13   the points are that are being asked here, so no.

14       Q.  Got it.

15          Number three:  "The factual basis, if applicable,

16   for each of the points raised by Defendant in its answer

17   and affirmative defenses and demand for a jury trial,"

18   which is identified by its docket entry there.  You'll

19   see it's number 49.  "This topic does not seek legal

20   argument or legal theories, but rather the facts upon

21   which Defendant's answer and affirmative defenses and

22   demand for a jury trial is predicated upon."

23       A.  Again, I don't have the answer and affirmative

24   defenses in front of me, so, no, I can't say that I can

25   -- with all honesty, that I can answer everything.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    Q.  Despite not having it in front of you, let me

2  just ask the follow-up to number three, two, and one, as

3  follows:

4        Despite not having something in front of you, are

5  you prepared to discuss that topic?

6        "Yes" or "no" would suffice, but if your counsel

7  would like you to expound upon that, you may do so, as

8  well.

9    A.  Without knowing what those documents are, no.

10   Q.  Four:  "The customer agreements with Plaintiffs."

11   A.  I can speak in generalities about customer

12  agreements.  I don't have it in front of me, so I

13  couldn't go into detail, no.

14   Q.  Are you prepared to testify about the Defendant's

15  position regarding the customer agreements with the

16  Plaintiffs, then?

17        Since you don't have the customer agreement in

18  front of you, are you prepared to testify about the

19  position that the Defendant has taken, in this case,

20  regarding the customer agreement?

21            MS. O'CONNOR:  Objection to the form.  Is

22        that a legal question?  It sounds like a legal

23        question.

24            MR. CITRON:  No.

25            MS. O'CONNOR:  I -- I'm not sure what the

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1          position in the litigation is a legal thing, so I

2          object to that question on that basis.  I'm not

3          sure what it means.

4                MR. CITRON:  No problem.  Unless you're

5          instructing him not to answer, he's going to

6          still be able to answer.

7    BY MR. CITRON:

8       Q.  So, you can answer, Mr. Deacon.

9       A.  Repeat it again, please.

10      Q.  Are you prepared to testify today, as you stated

11   before, you couldn't testify without having the customer

12   agreements in front of you, but are you prepared to

13   testify today regarding the Defendant's position about

14   the customer agreements with Plaintiffs, in this case?

15      A.  Yes.

16      Q.  Number five:  "The Defendant's corporate policies

17   and procedures surrounding T1 halts including, but

18   limited to, policies and procedures for trade executions

19   for placing trade orders, for stocks that are subject to

20   T1 halts, for notifying customers of T1 halts, how

21   Defendant is notified of T1 halts, and for listing

22   prices of stocks during T1 halts."

23      A.  Yes, I can discuss the current policies and

24   procedures surrounding T1 halts.

25      Q.  "The Defendant's corporate policies and

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
1    procedures surrounding the system and/or platform used

2    by a customer when searching for stocks and/or placing

3    the trade orders."

4          Are you prepared to testify about that?

5               MS. O'CONNOR:  Just object that this topic,

6          number six, nine and 11, were specific -- six,

7          nine, and ten, were specifically modified by

8          Venessa's e-mail.

9               But you can proceed on this basis, if you

10         prefer.

11              MR. CITRON:  Noted.

12   BY MR. CITRON:

13     Q.  You may continue.

14     A.  Should I --

15          For number six, right?  "Policies, procedures

16   surrounding the system and/or platform used by a

17   customer when searching for stocks and/or placing

18   trades."

19          Yes.

20   BY MR. CITRON:

21     Q.  Seven:  "All correspondences, digital, video,

22   written, etcetera, between Defendant, its subsidiaries,

23   affiliates, clearinghouses, and the like, and Plaintiff

24   or Plaintiff's representatives, concerning any aspect of

25   the claims asserted by Plaintiffs or other affected
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   parties including, but not limited to, the fulfilment of

2   trades and halts."

3       Are you prepared to testify about that today,

4   sir?

5    A.  No.

6    Q.  Number eight:  "The identity of all individuals,

7   entities, and systems, who on behalf of Defendant or its

8   subsidiaries, affiliates, clearinghouses, and the like,

9   received any payments or other remuneration from trading

10  firms, i.e., payment for order flow, regarding any

11  Plaintiffs' orders referred to in Plaintiffs'

12  complaint."

13      Are you prepared to testify about that today,

14  sir?

15   A.  No.

16   Q.  Number nine:  "The identity and function of all

17  individuals and systems, who on behalf of Defendant or

18  its subsidiaries, affiliates, clearinghouses, and the

19  like, were involved in execution of the Plaintiffs'

20  orders.  This inquiry will also concern all actions, the

21  Defendant's terms or rules or halts and trades, analysis

22  conducted, and responsibilities undertaken by the

23  entities above, concerning the Plaintiffs' transactions

24  regarding the stock subject to the T1 halt."

25      Are you repaired to testify about that today,

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    sir?

2       A.   No, I wouldn't have all that information.

3       Q.   Number ten:  "Defendant's protocols regarding all

4    trade executions, both generally and specifically

5    related to all allegations made by Plaintiffs in this

6    action."

7            Are you prepared to testify about that today,

8    sir?

9       A.   Yes.

10      Q.   Okay.  Number 11.  "Defendant's duties and

11   responsibilities, both generally and specifically, to

12   customers, as it relates to trade executions, T1 halts,

13   using its interface, and providing stock and pricing

14   information."

15           Are you prepared to testify about that today,

16   sir?

17      A.   Yes.

18      Q.   Okay.  Let me be clear, on the record.  There was

19   much said about the numeric value ascribed to a

20   particular paragraph, under Schedule A, in its

21   juxtaposition, with those from the numbers subscribed

22   to -- or ascribed, excuse me, to those paragraphs back

23   in June.

24           I want to just state, for the record, that

25   although the numbers may bear the same value, they are

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    not the same as the amended list that is now before you,

2    as Exhibit One.  And that can be found in the prior

3    iteration of the deposition notice juxtaposed with that

4    which is before you today.

5         Bear with me, one moment, as I confer.  I think

6    we need to take a five-minute break.  So, if that's okay

7    with everybody, we'll go off the record for one final

8    five-minute break, and then we should be done for the

9    day, once we come back and resolve the technological

10   issue with the last exhibit.  Okay?

11        Thank you.

12             THE VIDEOGRAPHER:  Off the video record at

13        20:31 UTC time.  Local time is 4:31 p.m.

14             (Thereupon, a short break was taken.)

15             THE VIDEOGRAPHER:  Back on the video record

16        at 20:39 UTC time.  Local time is 4:39 p.m.

17             MR. CITRON:  Okay.  Mr. Deacon, I want to

18        thank you, very, very much, for taking the time

19        to speak with me today.  And from Plaintiffs'

20        end, we are going to conclude the deposition, at

21        this time.

22             If there's nothing else, then I wish

23        everyone a wonderful day, but I defer to my

24        colleagues on the defense.

25             MS. O'CONNOR:  Thank you.  So, I think I

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    have a few questions, for Mr. Deacon, that I'd

2    like to run through.

3                  CROSS EXAMINATION

4  BY MS. O'CONNOR:

5    Q.  I'm going to read some topics, and I'll represent

6  that they're from a letter from Elliot Greenfield to

7  Michael Citron, dated June 6, 2021.  And I'm going to

8  ask, Mr. Deacon, whether you were prepared to speak on

9  those topics.

10        First topic, quote:  "Plaintiffs' Robinhood

11  account, including the opening of her account, her

12  customer agreement with Robinhood, and her transactions

13  in her stock", closed quote.

14        Is that a topic on which you're prepared to

15  testify today?

16    A.  Yes.

17    Q.  Second, quote:  "The T1 halts in Hertz stock

18  alleged in the complaint, to the extent such information

19  is known to Robinhood", closed quote.

20        Is that a topic that you were prepared to testify

21  on today?

22    A.  Yes.

23    Q.  Three, quote:  "At a high level, Robinhood's

24  systems and procedures for accepting and executing trade

25  orders and stocks.  (Per our discussions, this topic

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    does not include the technical engineering aspects of

2    those systems.)"

3        Is that a topic on which you were prepared to

4    testify today?

5      A.  Yes, it is.

6      Q.  Four:  "Robinhood's policies and procedures for

7    accepting and executing trade orders for stocks, subject

8    to T1 halts, notifying customers of T1 halts, and

9    listing prices of stocks subject to T1 halts."

10       Is that a topic on which you were prepared to

11   testify today?

12     A.  Yes, it is.

13     Q.  Five:  "The trade orders that plaintiff placed

14   regarding Hertz stock during the T1 halt, the entities

15   involved in accepting and executing those trade orders,

16   and any payment for overflow that Robinhood or its

17   affiliates received in connection with those trades."

18       Is that a topic on which you were prepared to

19   testify today?

20     A.  Yes.

21     Q.  Number six:  "Robinhood's communications with

22   Plaintiff regarding the subject matter of the

23   complaint."

24       Is that a topic on which you were prepared to

25   testify today?

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1    A.  Yes, it is.

2    Q.  Did you review the customer agreement, in

3  preparation for this deposition?

4    A.  I did, yes.

5    Q.  And if the customer agreement were put in front

6  of you, by Mr. Citron, would you be prepared to answer

7  questions about it?

8    A.  Yes, I believe so.

9    Q.  Did you review the complaint filed in this case

10  setting forth Ms. Pinchasov's allegations and the answer

11  prepared by Robinhood?

12    A.  Yes, I did.

13    Q.  And if those documents were put before you, would

14  you be prepared to answer questions about them?

15    A.  Yes.

16    Q.  Let's see.  I'm going to now read an excerpt from

17  an e-mail from Venessa, whose, unfortunately, last name

18  was cut off in my e-mail print-out, as was one of

19  Mr. Citron's colleagues.

20      She says, "Regarding your qualms with topics six,

21  nine, and 13, to simplify, we need someone to speak

22  intelligently about the system that was used to place

23  the trade order, what happens in the system from

24  beginning to end when someone places that trade order,

25  what persons or entities or other systems, if any, are

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   involved in that transaction of placing a trade order,

2   and what that person's or entity's or other systems

3   role/responsibility is in that transaction, to include

4   any analysis that is made by that person or entity or

5   system.

6          "This is all limited to Plaintiffs' stock

7   transaction as described in the complaint.  We seek

8   information on this specific transaction and how it

9   affected you from start to finish."

10         That's closed quote.

11         Is that a description of the topics on which

12  you're prepared to testify today?

13    A.  Yes.

14    Q.  I'm just going to go over my notes.  I think I

15  may be finished.

16         Okay.  I think we have no further questions for

17  the witness.

18             MR. CITRON:  Okay.  So, Mr. Deacon, there is

19         an opportunity for you to decide, with your

20         counsel, whether you'll be reading or waiving,

21         unless that's already been said.  I didn't hear

22         that portion.  But to the extent that you're able

23         to read or waive, reading is the way that I have

24         always understood it, is that you are able to

25         receive a copy of the deposition transcript,

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1  prior to its being finalized, for you to be able

2  to review for accuracy.

3      Now, you'll have to submit, along with your

4  counsel, an errata sheet, which is not intended

5  to change your testimony, but rather to correct

6  testimony that is improperly reflected.  That's

7  number one.

8      The other option is that you can waive that

9  right, stating that -- and part of the reason why

10  we have the live feed is so that your counsel and

11  you ascertain whether or not the testimony

12  transcribed by the reporter today was done so

13  accurately, and you do not need to read it, to

14  test it for that accuracy.  It is your option,

15  along with your counsel, and they will probably

16  instruct you which one to do, but that is the

17  option you have, at this time.

18      MS. O'CONNOR:  We're going to reserve our

19  rights on that and let the court reporter know

20  what Mr. Deacon chooses to do.

21      I want to designate this transcript highly

22  confidential under the parties' protective order.

23      MR. CITRON:  Okay.  Thank you, everybody.

24      THE VIDEOGRAPHER:  Counsels, are you

25  ordering the transcript and the video, at this

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1   time?

2       MR. GREENFIELD:  Yes, we'd like a rough

3   transcript, same day, and then the final within a

4   week is fine, if that works.

5       MR. CITRON:  And we'll take a copy, Ms.

6   Court Reporter.

7       THE VIDEOGRAPHER:  Off the video record at

8   20:46 UTC time.  Local time is 4:46 p.m.

9       MR. CITRON:  Thank you.

10      (Thereupon, the above deposition was

11  concluded at 4:46 P.M.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

1                    CERTIFICATE OF OATH

2
   STATE OF FLORIDA      )
3  COUNTY OF BROWARD     )

4           I, the undersigned authority, certify that
   remotely appeared ERIC DEACON, before me and was duly
5  sworn.
            WITNESS my hand and official seal this 22nd
6  day of July, 2021.

7

8                                  _Laura Lentoski_

                                   LAURA LENTOSKI
9

10

              REPORTER'S DEPOSITION CERTIFICATE WITH
11                      ACKNOWLEDGEMENT

12
            I, LAURA LENTOSKI, do hereby certify that I
13 was authorized to and did stenographically report the
   foregoing deposition; and that the transcript is a true
14 record of the testimony given by the witness.

15          I further certify that I am not a relative,
   employee, attorney or counsel for any of the parties,
16 nor am I a relative or employee of any of the parties'
   attorney or counsel connected with the action, nor am I
17 financially interested in the action.

18          Dated this 22nd day of July, 2021.

19                    _Laura Lentoski_

20

21                    LAURA LENTOSKI

22

23

24

25

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

```
 1                    ERRATA-SIGNATURE PAGE

 2         SHTERNA PINCHASOV  V  ROBINHOOD FINANCIAL, LLC
                  CASE NO:  20-CV-24897-CMA
 3              DEPOSITION TAKEN:  July 15, 2021

 4   PAGE _____  LINE _____
     NOW READS: _____
 5   SHOULD READ: _____
     REASON FOR CHANGE: _____.
 6
     PAGE _____  LINE _____
 7   NOW READS: _____
     SHOULD READ: _____
 8   REASON FOR CHANGE: _____.

 9   PAGE _____  LINE _____
     NOW READS: _____
10   SHOULD READ: _____
     REASON FOR CHANGE: _____.
11
     PAGE _____  LINE _____
12   NOW READS: _____
     SHOULD READ: _____
13   REASON FOR CHANGE: _____.

14   PAGE _____  LINE _____
     NOW READS: _____
15   SHOULD READ: _____
     REASON FOR CHANGE: _____.
16
     PAGE _____  LINE _____
17   NOW READS: _____
     SHOULD READ: _____
18   REASON FOR CHANGE: _____.

19   PAGE _____  LINE _____
     NOW READS: _____
20   SHOULD READ: _____
     REASON FOR CHANGE: _____.
21

22        Under penalties of perjury, I declare that I have
     read the foregoing transcript, and together with any
23   changes made above, the facts stated herein are true.

24

     _____              _____
25      DATE                           ERIC DEACON
```

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

7/22/21


Maeve L. O'Connor, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022


In Re:  SHTERNA PINCHASOV  V  ROBINHOOD FINANCIAL, LLC
        Deposition of Mario Molina taken on 7/15/21
        US Legal Support Job No. 2476371


The transcript of your client is now available for his
review.  Please allow him to review your copy or have
him call to schedule an appointment between the hours of
9:00 a.m. and 4:00 p.m., Monday through Friday, at a US
Legal Support office located nearest him.


Please have him complete his review with 30 days of
receipt of this letter.


Thank you for your cooperation.


Sincerely,

Laura Lentoski, RPR, FPR
US Legal Support
100 NE 3rd Avenue, Ste. 1050
Ft. Lauderdale, FL  33301
954-463-2933

CC via transcript:
Ely R. Levy, Esq.

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

**$**

**$5**
  92:25
**$50**
  92:25 93:1

**1**

**1**
  12:24 151:5
**10th**
  23:13
**11**
  158:6 160:10
**11:09**
  4:21
**11:28**
  18:24
**11:34**
  19:2
**12:39**
  67:1
**12:47**
  67:6
**13**
  164:21
**14**
  86:11,12
  87:19
**15**
  42:5 86:7
**15:08**
  4:21
**15:28**
  18:24
**15:34**
  19:2
**15th**
  4:19 23:13
  29:22
**16:39**
  67:1
**16:47**
  67:6

**17:01**
  78:10
**18:01**
  78:13
**18:58**
  115:17
**19:11**
  115:20
**19:50**
  141:4
**1:00**
  76:23
**1:01**
  78:10
**1:05**
  115:9
**1:49**
  140:17
**1:50**
  77:24 78:4

**2**

**2**
  78:17,18,25
  79:10,15
  81:11,15
**20**
  96:13
**20-CV-24897**
  6:13
**2020**
  44:21 80:1
  100:14,22,23
  105:11,19,23
  107:18,21
  108:1,11,13,
  15 109:6,17
  110:6 111:4,
  10,12,24
  113:14
  114:11,13,
  16,17 125:25
  126:18
  127:13
  132:1,4,13
  135:6 136:23

138:20
  142:11,18,19
  143:9,11,23
  145:6
**2021**
  4:20 23:12
  103:6
  105:12,19,23
  107:2 108:13
  109:14,17
  110:12
  113:24
  115:24 162:7
**20:01**
  141:7
**20:31**
  161:13
**20:39**
  161:16
**20:46**
  167:8
**21**
  105:19
**24**
  46:8 118:20
  119:9,23
**26**
  80:1 127:13
**26th**
  128:12
**2:01**
  78:13
**2:58**
  115:17

**3**

**3**
  68:22
**30(b)(6)**
  26:21 34:5
  35:9 39:8
  74:5
**3:05**
  115:12,13
**3:11**
  115:20

**3:50**
  141:4

**4**

**45**
  78:2
**49**
  155:19
**4:01**
  141:7
**4:31**
  161:13
**4:39**
  161:16
**4:46**
  167:8,11
**4th**
  44:21

**5**

**500**
  96:14 125:16

**6**

**6**
  162:7
**63**
  46:8 118:20
  119:9,23
**6th**
  31:11

**7**

**7**
  23:12 46:7
  118:20
  119:9,23
**7th**
  151:20

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

---

**A**

---

a.m.
  4:22 18:24
  19:3
ability
  23:1 71:19
  120:1,3
  146:23
able
  11:10,16
  13:5,8 14:8
  35:22 53:17
  56:1 58:12
  70:23,25
  96:12 100:16
  111:9 124:1
  128:24 129:2
  136:3 138:19
  139:14
  144:8,10
  145:21
  146:11 157:6
  165:22,24
  166:1
above
  7:15 159:23
  167:10
abrogating
  28:22
absolutely
  30:23 32:1
  66:24 76:25
  101:23 154:8
accept
  121:17
accepting
  118:2 162:24
  163:7,15
access
  7:22 70:19,
  23 73:9
  88:20
accessible
  39:17

accommodate
  21:19,20
account
  58:8 60:1
  75:1,4,6,15
  80:3,4 82:4
  84:20,24
  95:20 147:15
  148:3 162:11
accounts
  34:11 85:10
  113:13
accuracy
  166:2,14
accurate
  142:11
accurately
  166:13
achieve
  60:21
acknowledge
  5:9,12 13:14
across
  36:1,6 37:7
  118:24
act
  117:23
acted
  75:20,25
acting
  76:10
action
  5:2 26:18,20
  145:18 160:6
actions
  33:25 159:20
active
  113:9
activity
  148:4
actual
  153:5 154:1
add
  62:14 63:9
  101:3
additional
  149:21

Additionally
  6:18 20:8
address
  7:19 10:14
  11:18 80:8,
  9,12,16,19,
  21,22 125:23
  126:16 130:9
  145:21
  146:16
addressed
  146:12
addresses
  11:22,25
  19:20
adjusted
  135:8 136:25
adjustment
  137:14
administer
  5:14
administered
  5:13
Administrativ
e
  5:16
admissibility
  139:14
admittedly
  29:19 62:2
  143:10
ado
  23:4
advance
  35:2 127:4
advise
  106:5 119:10
advised
  26:14
Advisor
  42:7
affect
  98:5 104:23,
  25
affected
  158:25 165:9

affiliates
  158:23
  159:8,18
  163:17
affirmative
  155:17,21,23
agency
  75:21,23
  83:23
agent
  75:25 76:10,
  11,12
ago
  11:13 20:1
agree
  12:7 24:17
  25:8 28:5
  30:3 139:25
agreed
  16:8 17:17,
  23 31:23
  153:6
agreement
  4:5 5:19,20,
  22,23 17:21
  24:18,25
  25:3 156:17,
  20 162:12
  164:2,5
agreements
  156:10,12,15
  157:12,14
ahead
  8:21 28:17
  41:21 56:25
  58:6 85:8
  88:23,24
  94:22 97:16
  113:4 123:25
  146:3 147:9
  148:15
albeit
  8:1 13:23
  26:13
alcoholic
  22:22

Alex
  124:16,18,
  19,21 125:21
  126:11
allegations
  24:2 25:22
  31:1 121:6,8
  123:4 144:23
  145:17 147:1
  150:12
  154:13 160:5
  164:10
alleged
  162:18
allowed
  121:11 123:9
allows
  8:9
Altonatta
  6:14
amended
  12:22 23:9,
  12 151:19
  161:1
amendments
  23:14
amorphous
  34:3
amount
  49:1 82:8,12
  85:16,19
  94:23 95:14
  137:12
analysis
  112:10
  159:21 165:4
and/or
  4:6 110:16
  158:1,2,16,
  17
android
  60:19
answer
  8:21 11:7
  12:14 17:3,
  5,10 19:19
  20:2,10,12,

13,20 21:7,
15 23:22
25:13 28:8,
22 29:14
34:6,8 35:8,
11 37:11,24
39:2,8 40:6,
8 41:11
42:22 45:12,
17 46:12,25
47:21 48:9,
21 49:24
52:7,19
53:25 54:18
56:1,25
60:17 62:25
64:15 65:17
66:14 68:9,
19 70:12
73:7 74:6
83:5 84:1
86:22 88:2
89:6 99:6
100:1 103:5
104:1 110:22
113:21
116:23
117:22
118:14 122:1
123:13
124:7,9,12
126:21
127:16
128:15
130:19
132:19
135:17,21
136:12
138:24
139:5,10
140:2 142:13
144:6
145:14,25
146:4 147:4
150:6 151:2
152:2 154:3,
4 155:16,21,
23,25 157:5,
6,8 164:6,

10,14
answered
  18:22 27:11
  40:4 113:18,
  24
answering
  23:17 119:17
  139:22
answers
  11:5 19:16
  24:23
anticipate
  77:1
anticipating
  11:3
anybody
  119:11
  130:25
anymore
  70:23
anyone
  4:13 71:19
  125:22 126:9
  140:21
AOSC-20-23
  5:16
apologies
  58:14 68:10
  79:7 112:2
  114:4 129:8
  146:18
apologize
  22:3 44:11
  47:1 55:3
  57:6 58:14
  59:9 79:11
  107:6,12
  110:5 126:23
app
  53:17,21
  55:18,22
  57:2,16
  58:8,13,20
  59:14 60:7,
  25 63:2,4
  65:23 94:9
  100:17

102:24
  110:16,25
  113:3
apparatus
  37:18,21
  38:1
appearance
  21:22
appearing
  8:16 9:3,4
  10:18,22
  11:5 15:14
  28:9,10
  29:11
applicable
  155:6,15
application
  57:19,24
  60:14 62:7,
  14,18 63:13
  64:11,12,20
  65:4 66:2
  110:16
  111:17
applications
  57:7
applied
  42:2,12
  104:18
  109:18
  110:7,11
  114:17
applies
  84:25 94:25
apply
  37:7 38:23
  104:14
applying
  104:15
appreciate
  14:6 16:14
  18:4 41:24
  80:23 85:14
  122:16
approach
  106:18

appropriate
  25:1
approximate
  103:2
approximately
  86:7
apps
  60:19
area
  7:21 48:4
  99:10 124:2
areas
  10:7
argument
  155:9,20
Arizona
  124:23
around
  104:6 123:15
  149:10 150:3
arrangement
  5:14,17
artistic
  119:25
  122:18
ascertain
  69:3 127:12
  166:11
ascertainable
  117:16
ascribed
  160:19,22
asked
  19:20 20:20,
  24 21:8 26:3
  27:9 72:2
  113:18,23
  119:13 126:6
  146:21 150:4
  155:13
asking
  6:23 10:18
  11:21 15:24
  23:19 25:7
  28:2,3 31:14
  48:11 57:15
  90:22 93:6

99:15 119:7
145:4 146:10
153:17
asks
  107:3
aspect
  33:18 158:24
aspects
  33:18 57:10
  163:1
asserted
  158:25
assessment
  86:9
assumably
  90:12
assume
  16:21 77:19
  80:13,19
  148:9
assuming
  16:25 51:13
  80:9 124:18
  129:13
asterisk
  16:6 18:1
attack
  97:22
attempting
  20:2
attorney
  147:5
attorney-
client
  4:7
attorneys
  5:8 146:6,8,
  11,13 147:18
attorneys'
  148:24
audio
  51:17
audit
  72:11
August
  44:21
  142:19,20

143:11,23
145:5
automatically
  100:12
  143:18
available
  8:11 84:21
  85:11 89:18
  95:15 96:11,
  14
average
  49:1,19
  68:15,21
  129:17,19,
  20,23
avoid
  7:2
aware
  4:2 6:19
  46:9 48:3
  56:15 64:19
  71:2 72:16
  80:20 101:2
  105:24
  108:17 125:1
  137:18,21
  151:14

---

**B**

B-A-I-N
  43:17
B-R-I-A-N-N-A
  43:17
B/s
  81:24
back
  7:15 12:3
  13:17 14:3
  16:4 18:15
  19:1,6 24:14
  28:14 29:19
  32:6 49:22
  53:11 61:25
  67:3,5 73:16
  78:7,12,15
  79:24 84:19

107:21
114:15,17
115:9,19
126:18
128:25 132:1
133:2 140:25
141:6 142:10
160:22
161:9,15
background
  7:12 42:3
  58:18
Baiju
  57:5
Baiju's
  57:5
Bain
  43:15 44:4
balance
  74:1
banner
  106:23
  107:11,14,16
  113:4,23
  114:4 115:24
base
  37:18 65:13
  77:14 112:11
  129:20
based
  49:13 97:18
  129:11
  130:23 136:4
basically
  47:4 139:13
basing
  144:22
basis
  36:17 48:18
  155:6,15
  157:2 158:9
bathroom
  77:1
bear
  44:22 77:2,4
  120:25
  140:14

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

160:25 161:5
began
 145:5
begged
 82:22
begin
 7:5
beginning
 9:21 10:4
 12:2 164:24
begins
 81:15
begs
 52:22
begun
 101:25
 105:25
behalf
 5:1,5 6:15
 9:5 27:9
 30:6 76:11
 99:11,24
 159:7,17
behind
 7:14 141:14
believe
 27:10 43:21
 46:18 102:7,
 10,14 134:25
 142:4,8
 164:8
belong
 40:13
belonging
 36:2
benefit
 116:16
best
 21:20 24:20
 35:16 36:14
 55:21 120:13
 142:8 145:25
 154:4
better
 35:17 71:3
 86:12 125:22
 126:4,15,20

beverage
 22:22
bid
 96:10,13
bid-and-ask
 108:8
bid/ask
 96:14
bind
 11:16 26:25
binding
 11:23
binds
 11:4
bit
 10:17 41:5,
 22,24 49:16
 50:18 59:3
 62:1 73:25
 85:11
blank
 57:5
blanket
 73:13 117:22
 152:17,19
bless
 65:10
blotter
 67:15 68:3,
 5,25 69:2
 71:4,20
 74:11,13,14,
 17 75:10
 76:14 89:19
 133:3,4
blotters
 50:15 67:12
 70:8
board
 36:2 37:8
 118:24
bold
 81:12
bolded
 15:18
book
 96:3,6

books
 71:7
bottom
 16:6 18:1
 30:8
bought
 92:25
break
 18:17,25
 19:10 21:18
 23:6 54:5
 67:2,9 68:25
 69:17 76:22
 77:1,23
 78:11 103:11
 114:22,24
 115:4,5,6,18
 141:5 151:7,
 11 161:6,8,
 14
breakers
 97:20
Brianna
 43:15,16
 44:4
brief
 18:18 44:23
briefly
 18:13 151:5,
 7
broad
 16:12 137:3
 144:18 149:3
broadcast
 8:3
broke
 14:20 22:2
broken
 79:12
broker
 47:16,23
 66:8 111:15
broker-
assisted
 110:19
 111:15

broker-dealer
 66:15
Brokerage
 42:10
brought
 36:21
brown
 7:14
building
 54:25 63:13
business
 141:15
button
 4:15 41:1
 106:8
buy
 41:18 51:1
 76:3 81:25
 84:19 94:19
 120:22
buys
 97:3
Bye-bye
 78:8

---

C

C-A-P
 82:16,17
C-H-O-I
 38:21
C-H-R-I-S
 38:19
California
 40:20
call
 14:4 94:18
 111:4,9,19,
 21,24
call-in
 111:5,18
called
 97:19
calling
 111:16
calls

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

111:20
calm
  18:6
cancel
  41:17 50:25
  52:1,16,20,
  23 53:18
cancellation
  53:8
cancelled
  52:5 54:14
cancelling
  53:3
cap
  82:16
capable
  22:13 23:16
capacities
  42:6
capacity
  8:16,20 9:2,
  4 10:19
  28:25 34:6
  35:8 39:9
  41:11 42:22
  44:9 45:17
  46:12 47:21
  48:9,21
  49:21,24
  52:7 53:25
  62:4 64:15
  73:7 74:6
  75:21,23
  99:14 104:1
careful
  12:1
Carolina
  40:21
carving
  139:11,13
case
  6:8,13,21
  15:6,8 18:17
  26:7 27:3,25
  121:4,5
  137:21 138:5
  145:24

146:14
148:7,10
149:7 156:19
157:14 164:9
cases
  50:21
cash
  82:4 85:10
categories
  74:3,12
  97:24,25
causation
  135:11
caveat
  12:11,12
  113:12
cell
  7:23
center
  110:24
certain
  9:23 10:2
  16:11 58:11,
  16 99:21
  127:17
  137:12
certainly
  12:4
challenges
  7:9,10 19:25
chance
  123:22
change
  62:5,11,13,
  17 63:9
  66:2,3,7,18
  89:24 90:6,
  23 91:4,8,13
  92:2,13,15,
  16,19 93:18,
  19 105:24
  108:6 116:25
  117:2 121:2
  122:20
  139:14 166:5
changed
  57:10 66:7

105:18,22
changes
  48:17 57:16
  62:16 72:12
  91:3 92:22
  93:8,13
changing
  63:2
charge
  63:16,22
  76:8 85:23
charging
  85:20
Charlotte
  40:21
chart
  108:5
chat
  7:25 13:6
  78:21,23
Chief
  6:14
Choi
  38:21 44:7
choice
  152:18
choose
  94:19,22
  96:24 120:1,
  4 153:1
chooses
  166:20
Chris
  38:19
circles
  113:17
circuit
  97:20
circulated
  103:24
circumstances
  7:7 24:1
  25:20 26:4
  30:25
  154:12,24
cites
  24:3

Citron
  5:21 6:5
  8:25 9:7,10,
  15 10:10
  12:15 13:1,
  9,15,21
  14:14 16:14
  18:4 19:4
  20:25 21:1,
  14 23:21
  24:10 25:11,
  12 27:7,16
  28:13,17
  29:15 30:4
  32:4,12,14,
  15 34:7
  35:10 36:8,
  23 37:10,20,
  23 39:1,14,
  25 40:5
  41:20 43:1
  45:7,11,23
  46:16,24
  47:9,12,17,
  25 48:5,15,
  25 49:8 50:3
  51:6,12,18,
  24,25 52:10,
  15,18 53:5,
  19 54:11,17
  55:6,20
  56:3,8,21,24
  57:17 58:1,
  10 59:4,18
  60:4,16
  61:2,10
  62:12,22
  63:11,21,25
  64:18,22
  65:1,9,18,25
  66:9,13,20,
  24 67:3,7
  68:14,24
  69:8,19,24
  70:2,7,14,18
  71:1,9,14,
  18,25 72:10,
  14,22 73:2,
  11 74:9,19

75:3 76:24
77:8,11,21
78:6,14,20
80:14 83:4,
15,18,25
84:8,15 85:4
86:21 87:9,
18 88:1,15,
22 89:1,13,
23 90:8,15,
25 91:15,24
92:8,21
93:5,16 94:4
95:5,22 96:4
97:15 98:14,
18,23 99:5
100:2 101:4,
13 102:6,13,
19 103:1,4,
12 104:7,13,
19 105:10,17
106:25
108:10,19,24
109:5,13,21
110:2,10
111:3 112:4,
9,14,21
113:20
114:12
115:1,10,14,
21 116:6,11,
17,22 117:8,
13,25 118:9,
16 119:6,13,
18 120:10
122:8
123:12,24
124:11
125:10,15,19
126:5,22
127:19
128:9,18
129:24
130:7,18
131:12,21
132:5,11,18
133:1,14,20,
25 134:7,12,
18 135:2,13,

19,24 136:11
137:7,23
138:4,10,15,
23 139:4
140:3,13,24
141:8 142:3,
17 143:6,15,
22 144:3,6,
9,13,19
145:2,13
146:7 147:7,
21 148:5,14
149:8,20
150:2,21
151:1 153:7,
9 154:7,10
156:24
157:4,7
158:11,12,20
161:17 162:7
164:6 165:18
166:23
167:5,9
**Citron's**
164:19
**city**
7:19
**claims**
158:25
**clarification**
21:7 25:25
26:1 80:24
92:10 95:6
154:18,21
**clarified**
50:2
**clarify**
29:4 37:25
48:10 57:14
61:8 69:10
85:6 90:5
93:13 95:4
104:17 105:5
109:24
**clarifying**
53:7 65:22
85:14 108:11
111:20

**clarity**
56:2 57:23
92:12 99:18
104:24 126:3
**class**
26:18 145:18
**classificatio
n**
84:10
**clear**
10:3 12:19
18:5 21:3,10
26:10 27:5,
19 29:21
30:9 33:20
54:12 75:6
80:18 86:4
91:25 92:9
99:9,16
109:8 114:1
122:2,6
136:7 160:18
**clearing**
59:16 60:8
87:7,13,17
113:6 114:6
**clearinghouse
s**
158:23
159:8,18
**clearly**
101:6
**click**
4:14 94:19
96:25 107:13
**client**
16:18 33:8,
16,17,18,23
34:1 35:17,
21,24,25
36:1 37:6
38:6 41:16
45:9 49:15
51:2 52:9,11
53:9 54:9,13
58:7 59:13
61:4,13,21
62:20 79:21

90:24 91:1
92:11 96:23
106:8,20
110:23
111:2,4,16
114:4 127:25
133:15
140:6,11
152:9
**client's**
80:19,21
84:20,24
91:5 92:6
133:9 154:17
**clients**
38:7 49:10
65:24 85:12
86:17 111:9,
19 124:3
128:8 137:5,
8,9,19
**closed**
162:13,19
165:10
**closure**
140:16
**co-counsel**
6:21
**coded**
67:25 100:17
**cogent**
119:21
**cognizant**
151:23
**collaborative**
58:17
**colleagues**
6:20 140:15
161:24
164:19
**colloquial**
122:18
**colloquially**
122:24 123:3
**Colorado**
7:20 40:20
129:13

140:17

**column**
  81:13,24
  82:17,18,19

**combination**
  63:7

**come**
  12:10 44:15
  63:8 74:7
  76:5 87:2
  93:22 98:8
  115:9 118:20
  127:2 128:23
  130:11 161:9

**comes**
  41:7 48:24
  106:11,12
  111:21
  115:24

**COMM**
  82:10

**commission**
  82:10

**commit**
  26:23

**communicate**
  8:9

**communicated**
  152:21

**communicating**
  18:20

**communication**
  7:25

**communications**
  30:19 124:3
  163:21

**company**
  56:16 81:23
  89:6

**complaining**
  122:4 123:8,
  18 126:9

**complaint**
  24:3 25:22
  31:2 121:10
  122:4,5,17,

20 144:21,23
  145:18
  154:13,25
  155:1 159:12
  162:18
  163:23 164:9
  165:7

**complaints**
  24:2 121:16,
  18,24 122:3
  123:3,16
  125:23
  126:7,8,17

**complete**
  16:2

**complexity**
  153:24

**compliance**
  39:11

**complicated**
  59:9

**computer**
  89:3

**conceivable**
  99:22

**concern**
  11:22 159:20

**concerned**
  14:5 30:22

**conclude**
  151:6 161:20

**concluded**
  151:12
  167:11

**conduct**
  28:23

**conducted**
  8:4 112:10
  159:22

**confer**
  141:1 161:5

**conference**
  7:2 149:23

**confidential**
  166:22

**confines**
  28:23

**confirm**
  13:15 80:21

**confirmation**
  79:18,20,22
  86:24 147:14

**confirmations**
  80:18 87:8

**confirming**
  67:3 140:15

**conformity**
  23:17

**confused**
  105:20

**confusion**
  50:17

**connection**
  163:17

**connectivity**
  51:15

**consent**
  5:17

**considerably**
  17:7

**consistently**
  37:7

**consists**
  124:25

**constantly**
  141:19

**constrained**
  154:5

**consumer**
  88:5 107:24

**contact**
  110:23,24

**contemplated**
  23:14

**continue**
  29:3 73:12,
  15 92:12
  99:25 129:15
  150:1 151:25
  158:13

**contracted**
  141:23 142:2

**contractor**
  43:8

**contractor-vendor**
  143:21

**conversations**
  4:4,6

**cooperating**
  151:9

**coordinated**
  26:16

**copy**
  165:25 167:5

**corner**
  4:16

**corporate**
  4:18 9:17,
  20,22 10:2,
  5,19,25
  11:10,15
  12:9 16:9
  24:6,13
  25:18 27:4
  29:12 33:25
  150:23
  157:16,25

**corporation**
  11:4,16,24
  26:25

**correct**
  19:13,14
  33:11 36:25
  37:1,3,12,
  15,16 38:8,9
  40:23,24
  41:9,15
  45:1,3,25
  46:1 48:16
  50:22,23,25
  51:3,5
  52:12,20
  56:14 58:2,
  13,23 59:20,
  23 60:9,10,
  14,18,21
  62:6,23
  66:10 67:13,
  14 69:13
  75:7,8,13,
  16,17 76:11,

13 78:3
80:6,7,10
81:4,8 84:4
85:1,5 86:8,
14,15,18,23
87:11,12,23
88:3,6,7,16
90:13 91:9,
19 92:9,17
93:1,6,23
95:1,3,11,12
96:18,19
97:6,7
105:13,16
107:19,20
108:11
109:9,11,15,
16,19 110:3,
7,9,13,14
113:11,25
114:9,18,20
116:1,9
121:16,17
122:17
123:10
128:5,19
131:16
134:2,9,14,
22 136:8,13
137:25
138:6,12,14
140:9,18
142:6 143:7,
25 145:6,7,
11,15,19,20
149:1 166:5
**corrected/
cancelled**
54:10
**correcting**
53:3
**correction**
41:4,8,13
53:12 54:20
**corrections**
33:9,24
34:14,15,16
35:3,12,24

41:3 50:21
121:23
**correlate**
134:8
**correspondenc
es**
158:21
**counsel**
5:17 9:1
16:5 20:8
23:8 24:15
25:2 26:13
27:15 32:7
41:23 99:13
151:24
152:20
153:25 156:6
165:20
166:4,10,15
**counsel's**
9:7 151:14
154:17
**counsel-to-
counsel**
31:19
**Counsels**
166:24
**count**
76:5 86:9
**counter**
84:23
**counting**
86:12
**couple**
19:7 77:2
126:24 149:6
**court**
5:8,15 6:12
13:3,12
20:15 30:15
66:22 166:19
167:6
**courtroom**
139:16
**cover**
85:19

**crass**
16:23
**create**
57:2 72:8
**created**
39:5 56:20
81:1,2
102:25
**creating**
4:9 76:14
**CROSS**
162:3
**cross-
referenced**
75:9
**cultural**
58:18
**current**
8:11 108:8
113:2 157:23
**Cusip**
81:23
**customer**
37:18 52:3
65:13 66:4
75:6,10,11,
12 76:8,11
88:10 89:15
94:6 95:16
100:19
102:7,15
105:3 106:18
107:4 109:11
111:21
112:7,11
115:25
121:15,18
122:11
124:5,6,13
125:2,11,22,
23 126:12,
14,16 129:4,
20 136:4
138:16,18
156:10,11,
15,17,20
157:11,14
158:2,17

162:12
164:2,5
**customer's**
52:2
**customers**
36:2 39:17,
22 55:23
85:1 87:14
95:1 97:4
100:24 102:1
104:21 106:1
109:7,8,14,
18 110:7,12
113:10
114:17
123:17
127:12
128:4,10
132:12
134:9,20
135:4 136:22
157:20
160:12 163:8
**cut**
164:18

**D**

**daily**
34:9 48:7
**damages**
138:19 139:1
140:6
**dark**
67:11
**data**
71:20,23,24
72:2,3 73:1
74:12 75:5,
18 76:17
77:13 81:19
86:7 87:20
88:5,8,9,13
89:18,24,25
90:2,6,10,22
91:4,21
93:23 95:15
99:8 100:5,6

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

109:3,4
127:14,22,24
128:4,23
129:1,3,10
130:1,20,22,
25 131:14
132:7,21
134:1,4
141:12,18,19
142:5,7,21
143:1,5,11,
17
**data's**
131:19
**date**
44:18,19
50:15 74:10
79:23,25
81:16 82:1,2
84:16,18,19
102:23
**dated**
31:11 162:7
**dates**
105:21
**day**
4:19 10:6
12:10 49:20
67:17,19
68:6,12,16
69:9,12,15
82:1,2 84:22
90:9 91:8,16
113:2 128:5,
8,13,17
131:6 161:9,
23 167:3
**day-to-day**
33:6 48:17
141:16
**days**
61:20
**Deacon**
6:1,6 8:22
11:12 12:14
13:22 14:4
16:19 19:6
21:15 22:1

24:12,17
25:13 26:8,
11 27:2 31:4
32:5,16 34:6
39:8 40:4,7
43:2 44:22
46:4 77:9,
12,24 79:1,4
86:9 87:14
99:9,23
101:12
103:7,14
115:22
119:7,10
120:6,12,16
122:13
124:4,22
125:1,12,16,
21 126:6,24
127:8 129:11
130:8,9,10
131:13,25
132:7 135:4
140:14
144:14,20
151:3,25
152:23
153:2,10
157:8 161:17
162:1,8
165:18
166:20
**Deacon's**
35:7
**deal**
30:14 34:23
121:15
**dealer**
47:16,23
**dealing**
32:10 123:3
125:24
**dealt**
20:14 105:23
**December**
142:20
**decide**
113:4 165:19

**decided**
57:2
**decision**
101:3 102:5
120:13
150:22,25
**deeper**
50:18
**defendant**
5:23 17:2
25:21 26:2,
17 27:3,10,
24 28:3,6,10
29:25 30:6,
17,18,22,25
31:5 32:7
154:12,25
155:7,16
156:19
157:21
158:22
159:7,17
**Defendant's**
155:10,21
156:14
157:13,16,25
159:21
160:3,10
**Defendants**
24:1
**defense**
161:24
**defenses**
155:17,21,24
**defer**
161:23
**definitely**
115:3,5
125:8
**definition**
122:19
**delay**
20:4
**delineation**
87:2
**delivered**
84:20,23

**demand**
155:17,22
**demographic**
129:19,20
**Denver**
40:20
**department**
39:12 104:9
108:25
112:3,8
128:1,2
130:3,14
**depend**
36:12
**depending**
91:8
**depends**
41:12 61:18,
23 94:9
144:2,4
**depo**
4:16
**deponent**
15:20 153:11
**deposed**
14:16,18,22
19:13 148:8
**deposing**
26:11
**deposition**
4:17 5:9,10,
11 7:4,6,8,
22 8:4,10,12
10:15,24
11:19 12:22
15:22 16:22,
25 17:6,13
18:3 19:9
22:5 23:2,11
26:16 27:19
28:23 99:17
121:14
122:15
139:12
146:16,23
151:6,19
153:12

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

161:3,20
164:3 165:25
167:10
**depositions**
19:16
**depth**
96:2,6
**describe**
97:11,17
**described**
84:25 94:25
95:14 96:20
97:2,24
165:7
**description**
32:17,21
165:11
**design**
55:18
**designate**
166:21
**designated**
12:4,6 26:20
27:4 35:9
45:2 130:4,
15
**desk**
42:9
**detail**
15:21,25
30:23 94:18
95:21 106:22
153:11,20
154:15 155:4
156:13
**details**
79:22 88:18
89:8,20
94:18 95:13,
23 128:8
155:1
**developed**
64:19 65:4
**difference**
105:11
108:2,5
122:3

**different**
43:21 44:9
45:20 85:11
88:9 91:8,
16,17 92:23
95:8 106:12
118:6,22
119:4,5
122:7 123:1
**differently**
73:25 117:23
**difficult**
9:21 22:15
**difficulties**
149:23
**difficulty**
150:1 151:17
**dig**
36:22 50:18
**digital**
13:23 158:21
**direct**
6:4 124:2
126:8
**directed**
83:7
**directly**
60:1
**disagree**
17:8 28:11
**disaster**
97:22
**discernible**
19:18
**discuss**
15:20,25
26:4 30:23
142:8 145:16
153:11,20
154:15 156:5
157:23
**discussed**
11:1 30:12
134:5 146:10
**discussion**
89:19

**discussions**
162:25
**dismiss**
107:11
155:7,11
**display**
109:25
**dispute**
29:10 31:19
**disseminated**
39:17,22
**distinguishin
g**
95:7
**District**
6:12
**dive**
65:10,11
**Division**
6:13
**docket**
154:14
155:8,18
**document**
13:22 15:5,8
16:20 24:17
79:9,14,17
81:11
**documentation**
14:13 15:6
104:5,8
**documents**
103:23
146:15,22
147:3,11,23
150:18 156:9
164:13
**doing**
28:1 35:1
36:16 50:15
89:25 127:5
136:15
**dollar**
94:23
**doors**
7:14

**download**
13:7 14:8
**downloading**
79:1
**downstairs**
7:17
**downward**
135:16
**drastically**
106:12
116:25 117:2
**dresser**
7:15
**drew**
57:5
**drugs**
22:18
**Duces**
151:20
**due**
35:17 93:22
**duly**
6:2
**duties**
160:10

---

**E**

**E-L-L-I-O-T-T**
38:18
**e-mail**
8:1 16:10
17:19,20
18:14,15
29:22 30:17
158:8
164:17,18
**e-mails**
17:25 23:7,
13,14 29:20,
21 30:11
**earlier**
6:10 48:22
50:20 65:3
67:9 76:4
89:20 118:19
121:13

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

130:8,10
134:5 152:11
ease
7:2
easier
73:16,21
easily
75:15
Eastern
4:22
eat
27:18
echo
146:18
educate
34:24
effect
20:25 104:20
112:11
128:13
efficient
24:21
eight
159:6
either
8:10 24:25
27:14 35:22
37:25 58:8,
22 60:13
62:6 82:4
107:4 117:23
129:12
135:15 152:5
elevated
43:11
Elliot
31:10 162:6
Elliot's
29:21
Elliott
38:18
Ely
6:21
emphasize
10:17
emphatically
28:11

employed
84:3
employee
43:8 144:11
employer
44:24,25
46:10
employment
145:5,10,23
146:17,25
147:24
148:19
150:11,12,15
end
56:12 115:5
141:15
151:12
161:20
164:24
ends
67:9
energy
58:20
engaging
112:22
engender
10:12
engineer
54:1,21,24
55:8,11,12
61:24 63:16
engineering
55:16 56:7,
10,13 63:10
70:25 109:3,
4 130:20,22
131:1 132:8
141:13
142:4,7,21
163:1
entail
32:21
entails
32:18
enter
5:6 53:18
61:11 105:6

111:1 113:2
128:11
entered
60:6 61:14
64:6 67:16
68:12 74:22
89:11 106:16
111:23
enters
59:13 61:4,
13
entire
22:2 89:14
entities
46:18 84:13
159:7,23
163:14
164:25
entitled
15:17
entity
46:15 47:13
83:22 165:4
entity's
165:2
entry
89:21 154:14
155:8,18
equal
118:10,24
equally
36:1,6
equities
45:25 81:15,
21
equity
33:3 48:12
68:22 90:16
Eric
6:1 8:18,22
11:12 14:7
26:11 27:2
31:4 101:11
103:7,14
135:4
errata
166:4

erroneously
35:15
errors
34:18
escalate
121:24
escalated
121:19,21
escalations
123:15
essentially
134:19
establish
22:13 134:1,
19
established
136:3,7
estimated
94:21
etcetera
158:22
ETFS
120:22
event
16:16 19:22
20:23 21:6
51:1 93:17
111:6
events
145:22
146:24,25
Evergreen
7:20
everybody
78:1,7
140:20 141:1
161:7 166:23
everyone
12:23 36:9
119:22
161:23
exact
7:18 36:10
44:18 87:6
97:2 102:23
113:10,22
125:4

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

exactly
  21:20 67:22
  107:6
EXAMINATION
  6:4 162:3
excellent
  136:16
exception
  30:13 67:21
excerpt
  164:16
exchange
  17:14,20
  86:3
exchanges
  16:10 34:12
  35:14 106:7
exclusion
  60:5 62:16
excuse
  7:10 66:22
  105:19 131:8
  160:22
executed
  61:15 68:6
  82:1,15
  86:23 89:12
  105:6 106:16
  132:15
  134:22 135:8
  136:6,24
executes
  68:16 79:21
executing
  162:24
  163:7,15
execution
  35:16 36:15
  54:7 59:17
  74:23 75:25
  82:9 85:16
  89:21 114:6
  159:19
executions
  157:18
  160:4,12

exemplified
  19:25
exercise
  18:3
exhibit
  12:20,21,24
  13:3,8,13
  15:15 32:7
  78:16,17,18,
  25 79:10,15
  90:23 151:5,
  8,16 161:2,
  10
exhibits
  13:6 149:22
expect
  79:5
expedite
  17:6
expeditious
  18:12 152:4
expeditiously
  29:17
experience
  112:7 113:10
  124:5,6,14
  125:2,11,22
  126:12,14
  129:5
experienced
  53:10
expertise
  48:4
explain
  35:3 50:11
  54:22 58:18
  62:1 67:22
explained
  85:13
expound
  156:7
expounding
  88:19
extent
  15:14 21:17,
  18 23:16
  93:8 135:22

  162:18
  165:22


F

F-R-A-N-C-I-S
  38:21
facilitate
  146:23
fact
  6:11 24:12
  25:1 27:14
  30:21 53:4
  66:1,2 136:4
  151:23
factor
  117:1
factors
  61:23
facts
  23:25 25:20
  26:4 30:24
  154:11,24
  155:10,20
factual
  12:12 155:5,
  15
faint
  77:7
fair
  69:4 125:20
  128:3 129:10
  139:23
fall
  97:23
familiar
  63:12 71:7
  86:13,16
  97:8 101:6
  121:3,6
familiarize
  148:3
familiarized
  148:25 149:4
fan
  7:15

far
  30:21 97:25
  106:17
  139:14,15
fast
  14:3
favorite
  129:14
feature
  104:5 111:11
fed
  98:21
Federal
  26:21
fee
  82:11,13
  85:20
feed
  99:8 100:5
  131:14
  141:18,19
  166:10
feedback
  7:3
feel
  14:5 31:24
fees
  85:22
field
  83:8,9 90:22
fields
  81:19 86:7
  87:19 89:9
fight
  31:17
filed
  164:9
files
  122:5
fill
  35:15 59:25
  113:13
filled
  82:6
final
  161:7 167:3

finalized
  166:1
financial
  4:19,24 6:16
  8:24 9:17
  10:20 24:6
  25:18,21
  26:3,5,7
  27:2 32:20,
  24 33:3 36:3
  38:7 39:18
  42:1,7,11
  44:25 45:1
  46:10,15
  47:15 48:12
  57:20,25
  59:15 60:7,8
  87:3 97:21
  99:24
  101:12,16,17
  142:6
Financial's
  37:17
financially
  5:3
find
  24:23 29:11
  31:16,23
  35:16 53:8,
  11 104:8
  128:19,21,22
  130:14
  131:23
  132:21
fine
  32:14 44:20
  66:21 73:15
  115:11
  139:18 153:3
  154:8,9
  167:4
finger
  127:10 133:8
finish
  76:24 88:24
  151:10 165:9
finished
  165:15

FINRA
  46:7,8 47:24
  84:2 122:4,
  19
firm
  19:16 59:16
  60:8 87:7,
  13,17 113:6
  114:6
firms
  159:10
first
  6:7 11:9
  18:22 41:9
  42:7,19,23
  64:6,12 79:4
  82:21 99:17
  123:7 139:12
  162:10
five
  66:23 114:25
  115:7 157:16
  163:13
five-minute
  18:17 151:7,
  10 161:6,8
fix
  127:6
flat
  108:6
floor
  152:15
Florida
  5:15 6:12
  40:21
flow
  59:7 95:8
  107:7 114:5
  159:10
fluctuations
  90:10
focuses
  45:21,24
follow-up
  156:2
followed
  36:25

following
  15:21 81:14
  153:12
follows
  6:3 156:3
foreign
  83:21
foremost
  6:7 79:4
forgive
  14:1 54:22
  124:18
  127:2,4
forgot
  44:1
form
  8:19 9:2,19
  13:23 20:11,
  19 23:20
  27:6 32:11
  36:4 37:9,22
  38:24 39:23
  40:4 45:4,10
  46:13,22
  47:8 49:5,25
  52:6 53:1,
  15,23 54:15
  55:1,15,24
  57:12,21
  58:5,25
  59:21 60:15,
  22 61:6 62:8
  64:13 65:6,
  14,20 66:11
  71:6,22 72:6
  74:7 81:1,5,
  7 83:2,14
  84:5 85:2
  86:19 87:19,
  24 88:11
  90:3 91:10
  92:4,18
  93:24 95:2,
  17 97:14
  98:11,16
  99:4 101:1,9
  102:2,21
  104:16

105:8,14
106:19
108:3,21
109:10,20,23
110:8,21
112:1 116:2,
21 117:3,17
118:4,13
119:2,16
120:1,9
122:18
129:21
130:17
131:17
132:17
133:11,17
134:24
135:9,18
137:2,16
138:1,22
143:2,19
144:24
149:2,16
150:16
156:21
format
  81:13
formed
  56:15
forms
  81:3
forth
  12:3 16:5
  24:14 29:19
  114:15
  164:10
forthcoming
  97:19
fortunately
  7:7
forward
  19:11 31:13
found
  11:19 15:19
  87:19 161:2
foundation
  64:19

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

founded
  65:4
founders
  57:1,4 65:2,
  3
four
  15:16 40:18
  43:21,24
  125:25
  126:18
  132:13
  136:23
  137:20
  156:10 163:6
four-year
  137:5
fourth
  43:25 44:13
fractional
  59:24 60:5
  76:5 113:12
frame
  70:22
frames
  56:11
Francis
  38:21 44:7
frankly
  139:3
free
  139:10
freeze
  55:4
freezing
  56:11
Friday
  90:12
friend
  86:12
front
  6:14 64:3
  106:3 149:12
  155:12,24
  156:1,4,12,
  18 157:12
  164:5

fulfilment
  159:1
fully
  151:14,23
function
  13:6 54:12
  62:14,17,18
  159:16
functions
  42:4 63:3,5
funds
  120:22

_____

G

gal
  129:6
gallery
  4:15
gathering
  121:1
gave
  29:13
gender
  124:19
general
  56:18,22
  65:11 85:9,
  12 92:7,10
  122:13
generalities
  156:11
generally
  34:9 39:13
  53:8 117:9
  160:4,11
generated
  72:5
gentlemen
  140:20
getting
  11:8 36:10
  115:3 123:14
  127:20
give
  44:19 53:7
  68:13 112:19

123:21 124:9
  139:18
  149:20
given
  11:17 22:5
  25:2 68:16
  69:9,11,12,
  15,20,25
  90:2,9,16
  95:23 128:5,
  8 130:2
giving
  21:23 22:13
  27:1 99:17
  106:1
glad
  26:8 27:16
glean
  74:13
glitch
  47:1
global
  24:8 25:5
  35:6
go-to
  124:8
goal
  21:19
God
  77:10
goes
  106:20
going
  6:7,9,11
  7:11 8:14
  11:7 12:16,
  17,18,19,21
  13:3,9,13
  14:1,3 15:9,
  24 16:1,15
  17:3,9,10
  18:13,16
  19:7,8,9
  20:24 23:4,
  11 24:7 25:5
  32:5,6,9
  34:20,21

39:6 41:21
  44:10,23
  49:13,22
  50:18,20
  54:2 60:11
  61:19 67:8
  73:23 78:16,
  17,21,24
  80:4 81:10,
  11 83:20
  90:17 91:21
  101:16 102:4
  107:21
  112:25
  113:17
  114:15,23
  115:4 118:22
  119:9 120:25
  122:23 124:9
  128:25
  149:21 150:1
  151:4,5,6,
  24,25 152:2
  153:17 157:5
  161:20
  162:5,7
  164:16
  165:14
  166:18
gold
  95:20,23
good
  4:1 6:6
  19:23 31:16
  77:25 114:22
Gosh
  68:20
great
  13:11 30:13
  31:19 78:4,
  5,6
greater
  52:11 71:15,
  17
greatly
  122:16
Greenfield
  13:5,11,20

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

14:7 31:8,10
32:11 140:23
162:6 167:2

**ground**
19:7,12

**group**
42:11,19

**guess**
7:8 9:11,15
29:17 36:5,
12 43:10
57:23 58:17,
18 61:13
82:21 85:6
94:9 99:7
118:1
129:17,23
147:16
154:18

**guided**
101:14

**guy**
129:6

**guys**
56:19 140:25
149:20

———————

**H**

**H-O-L-T**
38:16

**halt**
72:25 97:9,
11,23 98:2,
3,5,7,8,9,10
99:7,22
100:4,8,25
102:1
104:14,20
105:1,4
106:1,9,12,
24 107:14
108:14
109:9,22
111:6,7
113:9,15
114:7 116:1,

5,13,19
117:6,15,21,
24 121:11
123:10
125:24
126:17
128:12
130:11
131:5,11,15
132:7,13
134:2,21
135:6 136:5,
22 137:13,
20,22 138:18
140:7 143:5
159:24
163:14

**halted**
72:18 98:13
100:18,20
106:7 107:25
108:1,5
111:23
112:22,25
117:2 118:2,
11,12,23
120:2,3,5,7,
8,15 130:2,
13

**halts**
97:18,19,21
98:15 100:9,
11 105:19,23
110:1,6,11
112:11 117:6
132:25 137:5
142:24
149:10
150:4,5
157:17,20,
21,22,24
159:2,21
160:12
162:17
163:8,9

**handle**
113:8 121:18

**handles**
33:2 105:19

**hands**
58:17

**hang**
144:12

**happen**
58:20 112:25
126:24
127:2,3
139:16

**happened**
43:19 44:14
53:21 83:1

**happy**
29:8 73:20

**He'll**
24:20

**head**
7:15 43:4
63:20 64:2,
17 71:13
82:17 124:13
129:8 131:3

**healthy**
77:9

**hear**
20:18,19
51:7,13,19
115:1 130:5,
6 139:9
165:21

**heard**
51:20 62:24
87:1 123:7
144:7 145:9

**held**
4:7 46:9

**help**
92:11

**helpful**
17:13 18:10
50:1

**Hernandez**
6:22 13:9

**Hertz**
69:4 108:15

**handle**
113:8 121:18

121:11
127:12
128:11
162:17
163:14

**hey**
129:5

**high**
36:19 162:23

**higher**
36:20

**highlights**
10:21

**highly**
166:21

**hiring**
43:13 44:3

**his/her/its**
15:21 153:12

**historical**
70:8 71:4
91:12

**hit**
40:25 41:1

**hold**
32:9 46:2,4
59:25

**holding**
119:23

**holdings**
94:17 96:25

**holds**
101:5

**Holt**
38:13,16

**honestly**
14:11 70:21
107:8,11

**honesty**
155:25

**hope**
11:21 51:17

**hour**
69:15,18
114:23 131:6

**house**
7:17,18

**housekeeping**
  151:13,22
**hundred**
  46:19 49:2,
  6,20 56:2
  77:8 124:24
  125:12
**hunting**
  43:5

---

I

**i.e.**
  159:10
**idea**
  56:19,22
  112:13
**ideas**
  63:9
**identification**
  12:25 78:19
**identified**
  11:18 15:9
  17:15 154:14
  155:7,18
**identifier**
  81:21
**identify**
  8:16 11:14
**identity**
  159:6,16
**Igor**
  6:22
**imagine**
  28:20 31:5
**imbibed**
  22:21
**immediately**
  127:13
**imp**
  103:7
**impact**
  104:20
**implement**
  63:10

**implementation**
  103:24
**implemented**
  101:7 102:20
  103:8,15
  131:5
**implementing**
  38:5
**improperly**
  166:6
**improvement**
  35:18
**improvements**
  34:18
**in-depth**
  62:2 95:20
  133:6
**in-person**
  44:5
**inadvertently**
  20:3
**inbound**
  111:11,20
**incepted**
  123:9 128:5,
  11 132:12
  134:20 135:5
  136:22
**incepting**
  125:24
  126:17 136:5
  138:17
**include**
  75:11,12
  163:1 165:3
**included**
  74:13
**including**
  37:13 38:3
  125:1 133:6
  157:17 159:1
  162:11
**inconsistent**
  99:20
**incorporated**
  17:16

**incredible**
  122:14
**Indeed**
  43:6
**indicate**
  5:19
**individual**
  48:23 50:7
  52:9 99:14
  120:21
  137:18
**individually**
  6:15 101:21
  120:19
**individuals**
  84:3,7,12
  159:6,17
**induces**
  117:7
**info**
  129:7
**information**
  27:23 33:14
  34:13 56:4
  87:20 88:4,
  20 91:21
  93:10 102:8,
  11,12,14
  104:10
  106:24
  108:9,20
  110:1 112:15
  127:18,20,23
  129:2 130:4,
  11,12,16
  131:7,11
  132:6,20
  133:6 134:6
  142:10,22
  144:21
  160:2,14
  162:18 165:8
**informed**
  108:14
**inherent**
  118:1
**initial**

**initiate**
  120:4
**initiated**
  58:2
**initiating**
  118:10 120:2
**input**
  107:17
**inquiries**
  11:18 27:1
  121:2 145:21
  146:16
**inquiry**
  26:9 126:16
  153:15
  159:20
**inside**
  139:16
**instance**
  120:6 138:17
**instances**
  153:23 154:3
**institute**
  50:21
**instituted**
  131:16
**instruct**
  18:19 166:16
**instructed**
  27:11 152:2
**instructing**
  17:9 20:10
  140:1 157:5
**instruction**
  28:21 99:19
**instructions**
  154:6
**intelligently**
  164:22
**intended**
  26:24 166:4
**interacting**
  6:25
**interactions**
  4:7

64:9 92:9

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

**interested**
  5:3
**interface**
  4:8,16
  58:11,16
  60:13 63:13
  160:13
**interfere**
  22:25
**internal**
  72:20 103:23
**interpose**
  24:8 51:14
  74:15
**interrupt**
  24:9 75:4
**interview**
  42:13,16,23
  43:13,20
**interviews**
  42:15,16
  43:12,21
  44:5
**introducing**
  149:21
**introductory**
  11:9
**invariably**
  7:10 10:23
  16:17 19:24
  89:24 90:10
**inventory**
  59:25 60:1
  76:3,4
  113:13
**invitation**
  20:12
**involved**
  26:19 89:22
  90:17 159:19
  163:15 165:1
**ios**
  60:18
**ironic**
  29:18 44:8
**Ironically**
  29:15 44:7

**issue**
  12:11,12
  35:13,20,21
  36:21 41:5
  51:2 53:10,
  17 54:4
  110:24
  123:8,18
  125:23
  161:10
**issues**
  23:5 53:13,
  21 122:15
**italicized**
  15:18
**iteration**
  161:3

——————————

            **J**

**job**
  32:17,21
  35:7 37:4,5
  42:1,7,13
  49:14 67:13
  136:16,17
**jobs**
  33:7
**join**
  18:15 44:15
**joined**
  6:19
**Judge**
  6:14 21:13
**July**
  4:20 23:12
  151:20
**June**
  23:13 29:20,
  22 31:11
  160:23 162:7
**jury**
  155:17,22
**juxtaposed**
  134:13 161:3
**juxtaposition**
  160:21

——————————

            **K**

**keep**
  86:16 127:5
**kind**
  8:6 12:18
  22:14 28:22
  29:17 31:17,
  18 34:13,24
  41:5,23 50:5
  53:13 57:3
  59:10 65:12
  67:10 73:24
  81:12 85:9
  86:17 102:8
  115:8 123:15
  132:24
**know**
  6:8 7:5
  11:13 13:2
  18:6 22:24
  26:6,12,22,
  23 27:23,24
  28:1,6,7
  30:2,4,5
  31:4 33:13,
  14 39:5
  44:18 51:20,
  21 53:9
  55:10 56:11
  63:16,22
  64:6,8,12,16
  65:8,16 66:6
  70:21 74:2,5
  78:2 80:12
  82:16 87:6
  93:20 98:12
  99:16 100:7
  102:8,23
  103:7,14
  106:18
  108:20,25
  111:8,25
  112:3,5,15,
  17 115:4,22
  118:19
  119:21

  122:12
  124:7,25
  125:18
  126:9,13
  128:10,17
  129:5,12,17,
  25 130:25
  131:16
  132:10 135:3
  136:21
  137:4,6,9
  138:5,11
  139:12,23,25
  140:16
  141:16,18
  142:20
  150:23 152:8
  153:3 154:2,
  23 155:1,12
  166:19
**knowing**
  156:9
**knowledge**
  55:21 127:9
  133:7 144:22
**knowledgeable**
  122:15
**known**
  24:1 25:20
  26:4,5 30:25
  51:19
  154:12,24
  162:19

——————————

            **L**

**L-I-N-D-S-E-Y**
  38:16
**lack**
  71:2 153:25
**ladies**
  140:20
**Lake**
  40:21
**language**
  15:19

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

laptop
  8:5,6
large
  4:14
largely
  29:1 139:16
larger
  97:20
laughing
  136:15,16
Laura
  5:4
lay
  152:15,17
laying
  139:17
layperson
  41:7
lead
  53:21
learn
  106:8,9
left
  42:11 57:3
legal
  5:1,5 9:8,13
  12:11 24:12
  135:12,22
  137:10
  139:2,7
  155:9,19,20
  156:22 157:1
Lentoski
  5:5
letter
  17:14 31:11
  162:6
lettering
  81:12
letting
  53:9
level
  36:20 96:1
  162:23
leveled
  152:10

Levy
  6:21
liberty
  99:12
license
  46:7,8,22
  47:4,5,10,13
  77:12,16
licensed
  46:2,18
licenses
  46:4,6,9
  101:5,20
  118:20
lieu
  5:12
lifted
  114:7
likelihood
  117:14,20
limit
  74:24
limited
  61:21 157:18
  159:1 165:6
Lindsey
  38:13
line
  22:12 42:21
  43:11 50:5
  67:20 73:18,
  23 76:25
  80:17 81:16
  92:13 96:15
  151:11
  152:10
lines
  35:23 106:6
  107:5
list
  16:2,6,7
  18:1 161:1
listed
  145:17
listening
  6:25

listing
  157:21 163:9
literally
  79:2
litigation
  26:18 157:1
little
  10:17 41:5,
  22,23 49:15
  50:18 59:3
  62:1 73:24
  85:11 95:20
  103:11
  128:25
live
  27:21 166:10
LLC
  4:19,24 6:17
  9:18 25:21
  26:3,7 27:3
  46:10 87:3
LLC's
  24:6 25:18
Local
  4:21 18:24
  19:2 67:1,6
  78:10,13
  115:17,20
  141:4,7
  161:13,16
  167:8
located
  40:17
location
  40:10
locked
  4:11
log
  58:7
long
  61:12 71:10
  115:6
look
  13:8,24 15:9
  17:12 27:21
  33:8 34:9
  48:23 49:10

53:6 67:20,
  21,24 89:21
  106:14,17
  107:21
  110:20 147:6
looked
  147:11,13,15
  149:6
Looker
  76:16 77:15,
  16 128:22,25
  133:7
Lookers
  77:13
looking
  24:24 34:10,
  11 36:6,14,
  17,20 50:6,
  14 51:10
  52:23 53:2
  79:2 89:20
  94:7 97:5
  129:15 130:1
  151:18
looks
  77:8,9
lose
  132:14
losing
  117:14,20
lost
  51:15 121:12
  132:24
  133:16,22
  134:14,21
  135:5,7
  136:4,23
  137:5,9,14,
  19,22,25
  138:16
lot
  12:2 14:13
  15:5 16:4
  61:23 82:23
  102:10
  120:19,21
  133:5 140:22

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

lucky
  129:13
lunch
  67:10  76:23
  77:23  78:15
  114:23

---

M

---

M-A-D-D-E-U
  64:4
M-A-D-H-U
  64:5
Macbook
  8:7
madam
  13:3
made
  24:2  25:22
  27:1  30:8
  31:1  41:23
  45:8  51:7,13
  57:16  58:21
  61:5,9  72:12
  95:6,15
  100:15  101:3
  102:5  121:6
  123:4
  133:15,22
  134:14
  137:14
  150:25
  152:12
  154:13  160:5
  165:4
Madhu
  64:2,4
maintain
  71:3  90:17
maintained
  18:6  70:15
majority
  86:2
make
  6:18  12:18
  18:11  26:10
  31:12,16

35:24  41:18
51:8,19
67:24  68:2
73:16  87:1
99:17  100:12
119:21
120:13
126:25
137:10
150:22  152:3
maker
  59:17  113:9
makers
  114:6
makes
  29:21
making
  75:6  107:14
male
  124:19
Malenna
  44:10
malfunction
  54:13
manage
  32:23,25
  33:2
management
  121:15
manager
  8:23  32:19
  41:25  43:13
  44:3  45:3,5,
  8  49:14
  62:19,20
  101:23
  127:11  135:4
managing
  62:5
manipulate
  71:20  72:4
manipulated
  72:2,3
manipulative
  71:23
manner
  5:18  17:11

35:22  60:20
152:21
manual
  38:22
map
  67:10
marching
  25:6
margin
  45:22  82:4
  85:10
mark
  13:13  15:15
  78:17
markdown
  76:9
marked
  12:25  68:4
  78:19  79:10,
  14  85:25
market
  8:23  32:19
  37:14  40:9
  41:25  45:2,
  5,19  49:14
  58:21,24
  59:7,17
  61:18,19,22
  74:24  75:24
  76:8  82:14
  85:24  92:7
  96:9  101:6,
  24  109:2,3
  113:8,9
  114:6
  130:20,22,25
  132:7  142:4,
  7,21
marketing
  39:21
marketplace
  97:11
markets
  113:7
marking
  13:14

markup
  76:8
Mary
  40:21
math
  135:10,11,14
mathematical
  137:12,15
matter
  4:23  24:16
  91:20  129:1
  151:13,23
  163:22
matters
  14:19,23
mean
  9:10,15
  16:23,24
  17:2  29:16
  32:25  33:17
  34:1,2,3,19
  36:5,6  37:25
  50:11,12,25
  53:6  54:24,
  25  55:11
  56:18  61:9,
  11  64:10
  66:6  67:22
  72:4,15,23
  73:14  75:22
  76:12  79:19
  84:16  85:17
  88:13,23
  90:9  96:5
  104:18
  119:25
  120:1,20
  121:22
  122:19  127:2
  137:10,11
  144:6,7
  148:8  151:2
  154:19
meaning
  36:9  60:11
  62:13  83:19
  103:8,17
  105:1  126:15

130:14

means
19:17 22:9
27:25 33:2
35:4 54:22
55:10 72:25
75:23 76:7,
13 96:2
119:4 120:21
157:3

meant
40:25

medication
22:16

meet
10:11

meeting
30:19 146:2,
6,8,11,13

meetings
148:24

members
47:23 125:2,
12

membership
95:24

memorized
149:13

memory
26:23

memos
103:23

Menlo
40:20

mention
34:20 101:20

mentioned
19:12 23:8
33:23 34:14
36:15 41:2,
4,15 48:22
50:13,20
55:8 61:24
65:3 76:4
121:13 127:8
132:24 142:5
150:3

Mesa
124:16,17
125:21
126:11,13

met
42:19

methods
110:15

Miami
6:13

Michael
9:9,21 12:1
13:5,12 16:3
17:12 24:7
29:5 31:8,9
35:6 76:23
114:21 124:8
129:6 162:7

million
68:22

milliseconds
61:20 70:6
131:20,22

mind
15:4 77:5
79:4 81:6
88:19 122:22
129:11 136:1

mine
6:20

minute
69:20,23
112:20 133:2

minutes
66:23 78:2
114:25
115:7,10,14
140:19 141:1

mitigate
138:19 140:6

mitigated
138:25

modified
158:7

moment
18:18 20:1
107:22

114:22 115:8
131:15,19
161:5

moments
11:13

Monday
90:12

money
84:21,24
117:14,20
121:12
132:14,24
133:16,22
134:14,21
135:5,7
136:4,23
137:5,9,13,
14,19,22,25
138:17

monitor
4:21 33:8,
16,17,19,23,
25 34:1 37:6
45:9,14,19
48:7,19
49:15

monitoring
35:25 38:6
49:12,17,21
50:2,11,12
62:20 127:25

monitors
72:11

Morgan
42:8

morning
4:1 6:6 20:9

motion
155:7,10

move
13:17 19:8,
11 29:17
118:18
120:25 152:7

moving
31:13

multiple
96:12 97:17

multiples
96:12

mute
79:5,6
126:25

muted
78:22

mutual
120:22

---

## N

naivety
59:10

name
4:25 5:20
8:15,18,22
42:25 43:17
44:11 57:6
64:3 75:10,
11,12 80:3
81:22 129:9
164:17

names
38:11

NASDAQ
99:7 100:4
130:2,12
134:6
141:12,23
142:22

national
83:22

natural
97:21

naturally
52:22 151:17

nature
144:2,5

nearing
140:16

necessarily
6:24 9:23
12:7 107:13

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

necessary
  30:15 52:21
  53:12
need
  7:18 11:7,10
  14:3 19:16
  21:2,17,18
  22:24 25:15,
  25 26:10,22
  30:7 35:12
  41:3,15,16,
  18 54:9,14,
  19 57:23
  59:24 93:12
  107:13
  112:20
  144:25 152:8
  154:18 161:6
  164:21
  166:13
needed
  100:1 124:7
needing
  41:14
needs
  19:19 52:3
  84:21
negotiated
  24:14
negotiation
  25:2
negotiations
  153:24
net
  82:12
never
  29:6 30:16
  93:19 127:2
news
  97:19 98:3
nice
  7:21
nine
  158:6,7
  159:16
  164:21

non-t1
  108:1 118:12
  120:8
normal
  108:9 113:6
  114:5
North
  40:21
noted
  16:5 20:14
  126:7 153:8
  158:11
notes
  129:16
  165:14
notice
  10:22 11:19
  12:22 15:13
  23:9,12,18
  25:19 26:14
  105:25
  106:2,14,17
  107:14
  109:7,9,15
  115:23,24
  151:19,20
  161:3
noticed
  10:24 26:16
notification
  98:17,19,24
  100:3 109:12
  114:16
notified
  98:15
  105:12,13
  111:5 114:8
  157:21
notify
  100:19,24
  111:22
notifying
  99:2 101:25
  115:25
  116:4,7
  157:20 163:8
noting

9:7 101:15
  154:17
number
  6:13 21:2
  23:25 25:14,
  19 26:22
  28:14 29:23
  30:1,16,21,
  23 31:10
  68:22 75:1,
  4,6,16 82:7
  111:18 125:4
  154:11
  155:5,8,15,
  19 156:2
  157:16
  158:6,15
  159:6,16
  160:3,10
  163:21 166:7
number's
  80:4
numbers
  160:21,25
numeric
  160:19

---

O

O'CONNOR
  5:23 8:19
  9:6,8,11,19
  11:25 16:3,
  15 17:12
  18:4 21:11
  23:20 24:7,
  11 27:6,17
  28:16 29:4,
  15 30:3 31:9
  34:4 35:5
  36:4,11
  37:9,19,22
  38:24 39:6,
  23 40:3
  41:10 42:20
  45:4,10,16
  46:11,23
  47:7,11,14,

20 48:2,8,20
  49:4,23
  51:4,9,10,
  14,22 52:5,
  13,17,25
  53:14,23
  54:15 55:1,
  14,24 56:5,
  17,23 57:12,
  21 58:4,25
  59:12,21
  60:15,22
  61:6 62:8,21
  63:6,18,23
  64:13,21,24
  65:6,14,20
  66:5,11,17
  68:8,17
  69:5,16,21
  70:1,4,10,
  16,20 71:5,
  11,16,21
  72:6,13,19,
  24 73:5,13,
  20 74:15,20
  76:22 77:3,
  6,18 78:3,4,
  8 80:11
  83:2,14,17,
  24 84:5,11
  85:2 86:19
  87:5,15,24
  88:11,21,23,
  24 89:5,16
  90:3,14,20
  91:10,18
  92:3,18
  93:2,11,24
  95:2,17,25
  97:14 98:11,
  16,20 99:3,
  19 101:1,9
  102:2,9,16,
  21 103:3,9,
  25 104:11,16
  105:8,14
  106:19
  108:3,16,21
  109:1,10,20,

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

23 110:8,21
112:1,6,12,
16,19 113:17
114:10,19,21
115:7,12
116:2,8,14,
20 117:3,10,
17 118:4,13
119:1,12,15
120:9 121:25
123:11,21
124:10
125:7,13,17
126:2,19
127:15
128:6,14
129:21
130:5,17
131:9,17
132:2,9,16,
22 133:11,
17,23 134:3,
10,15,23
135:9,18,22
136:9,15
137:1,11,16
138:1,7,13,
21 139:2,9,
23,25 140:10
141:24
142:12
143:2,13,19
144:1,4,12,
15,24 145:12
146:3 147:6,
10 148:1,12
149:2,16
150:16,24
152:9,14,19
153:7,22
156:21,25
158:5 161:25
162:4 166:18

**O-L-E-N-I-K**
38:19

**oath**
5:13,14 6:2
21:24 22:6

**object**
9:6 16:3
20:9 21:11
32:1,11 34:4
42:20 49:23
64:13 73:17,
23 97:14
98:11 99:19
105:8 118:13
127:15
135:12 147:8
157:2 158:5

**objected**
16:11 29:24
30:7,17

**objecting**
9:25 31:11
32:8

**objection**
8:19 9:2,7,
19 10:11,12,
13 20:11,13,
19 21:11
23:20 24:8
25:6 27:6
28:16 29:7
35:6 36:4,11
37:9,19,22
38:24 39:7,
23 40:3
41:10 45:4,
10,16 46:11,
13,23 47:7,
11,14,20
48:2,8,20
49:4,5,25
51:4,7,9,15,
20,23 52:5,
13,17,25
53:14,23
54:15 55:1,
14,24 56:5,
17,23 57:12,
13,21 58:4,
25 59:12,21
60:15,22
61:6 62:8,
21,24 63:6,

18,23 64:21,
24 65:6,14,
20 66:5,11,
17 68:8,17
69:5,6,16,21
70:1,4,10,
16,20 71:5,
11,16,21
72:6,13,19,
24 73:5,14
74:16 77:18
80:11 83:2,
14,24 84:5,
11 85:2
86:19 87:5,
15,24 88:11,
21 89:5,16
90:3,14,20
91:10,18
92:3,18
93:2,11,24
95:2,17,25
98:16,20
99:3 101:1,9
102:2,9,16,
21 103:3,9,
25 104:11,16
105:14
106:19
108:3,16,21
109:1,10,20,
23 110:8,21
112:1,6,12,
16,20 113:18
114:10,19
116:2,8,14,
20 117:3,10,
17 118:4
119:1,15
120:9 121:25
123:11,22,23
124:10
125:7,13,17
126:2,19
128:6,14
129:21
130:17
131:9,17
132:2,9,16,

22 133:11,
17,23 134:3,
10,15,23
135:9,18
136:9 137:1,
16 138:1,7,
13,21,22
139:3,13
140:10,21,23
141:24
142:12
143:2,13,19
144:1,24
145:12
148:1,12
149:2,16
150:16,24
151:24
152:15,20
153:4,8,22
154:17
156:21

**objections**
5:18 17:16
28:21 29:2
73:12 74:3,7
99:25
139:11,17
152:10

**observation**
101:24

**obviously**
22:11 43:18
44:10 48:17
62:15 75:5

**occasionally**
32:6 127:1,3

**occur**
97:18,21

**occurred**
19:10 20:1
93:15 144:11
145:10,22
146:17,24
147:24

**occurs**
54:7 98:3

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

**offer**
  12:20 44:15,
  18,19 68:1
**offered**
  108:8
**offering**
  64:10
**office**
  40:12,16,17
  89:2 124:17,
  21,24
**offices**
  40:18
**okay**
  7:21,25 8:14
  9:1 13:11,19
  14:6,15
  15:9,12,23
  16:2 19:6,
  15,17,20,24
  20:4,7,18
  21:17 22:4,
  11 23:4 24:9
  25:11 40:6,
  12 41:2,3
  42:12,18
  43:9,18,23
  44:1,8,12,
  14,22,24
  45:2 46:21
  47:18 48:17
  49:18 50:9
  51:7,12,14
  52:3 53:20
  56:13 57:7
  58:11 61:17
  66:21 67:8
  68:20 74:10
  75:9,18
  76:21 77:5,
  16,22,23
  78:15,24
  79:8,19,23
  80:4,8,15,23
  81:3,10,12,
  19 84:16
  85:20 86:25
  87:19,20

88:4 89:7
91:25 92:15,
22 93:7 94:5
95:13 96:8
99:15,18
101:22 106:6
107:24
109:24
113:14 114:3
115:22
116:12,18
117:9,14
118:17
119:15,20,23
120:15,24
121:1 122:2
123:2 124:21
125:21
127:4,5,8
129:15,25
131:25
133:15,21
135:3
136:12,14
137:8 139:5,
6 140:5,14,
20,24 141:2,
10 143:1
145:16
146:5,20
147:4,13,22
151:2,14
152:6 153:15
154:11
155:3,12
160:10,18
161:6,10,17
165:16,18
166:23
**Olenik**
  38:19
**once**
  18:14 40:2
  72:5 89:25
  132:6 151:10
  161:9
**one**
  10:13 12:20,

21 13:3
14:12 15:3,
15 16:1,2
18:22 20:3
22:14 23:25
25:14,19
28:15 29:13,
23 30:1,16,
21,24 31:10,
12 32:2,7
34:20,21
35:13 44:2,
3,4,7,22
46:19 52:2,
11 53:11
54:6 57:11
75:20 81:20
86:3 89:8
90:11 93:17
118:6,17,22
120:7,8,25
129:1,14,16
140:14 144:7
149:20,22
151:8
152:16,17
154:11 156:2
161:2,5,7
164:18
166:7,16
**ones**
  35:7 37:4
  84:9 124:2
  149:9
**ooh**
  151:14
**open**
  8:1,8,11
**opening**
  162:11
**operating**
  39:4,12,20
  46:21 47:3
**operation**
  62:5,13
**operations**
  8:23 32:19,
  23 33:1

37:14 39:21
40:9 41:25
42:10 45:3,
5,19 49:14
73:3 101:24
121:15
127:11 135:4
150:15
**operative**
  15:13 24:2
  25:22 31:1
  154:13
**opportunity**
  23:7,9 34:24
  165:19
**opposed**
  95:6
**opposite**
  84:22
**option**
  81:16 94:22
  96:17 107:1,
  3 119:24,25
  120:3 166:8,
  14,17
**options**
  45:20,21
  81:21 95:8
  97:5
**order**
  5:16 35:15
  50:14 53:18
  59:14,15,24
  60:6 61:4,
  18,21 67:12,
  15 68:5
  70:5,8 71:4
  74:22,24,25
  75:1,24
  79:21,22
  82:1,2,5,8,
  14 84:19,22
  89:20,21
  94:13,24
  100:12
  106:10 111:1
  113:2,4
  159:10

164:23,24
165:1 166:22
**ordering**
166:25
**orders**
60:2,5 68:3,
11,23 73:1
86:2 94:2
95:4,7,10
113:12
157:19 158:3
159:11,20
162:25
163:7,13,15
**organization**
83:22
**originating**
98:9,10
**origination**
98:12
**OTC**
85:24,25
86:3,4,6
**outage**
54:4
**outcome**
5:3
**outline**
31:15
**outside**
4:8 10:7
11:24 14:25
20:15 34:5
39:7 55:15
56:17 57:13
65:21 68:17
69:6 70:10
71:5 72:7
73:5 74:5
138:22
146:8,10
147:22
150:10
**over-the-counter**
86:6

**overcome**
7:10
**overflow**
163:16
**oversee**
37:2,17 57:9
83:20
**overseeing**
48:14 90:17
**oversight**
121:14
**oversimplified**
62:3
**owned**
127:12

---

**P**

**P-O-L-O-N-C-I-C**
38:20
**p.m.**
67:1,6
78:10,13
115:17,20
141:4,7
161:13,16
167:8,11
**page**
15:16 81:11,
15 94:18
106:22
**panel**
42:16 43:20
**paper**
121:2
**paragraph**
160:20
**paragraphs**
160:22
**paraphrase**
106:4
**Park**
40:20
**part**
4:14 37:6,14

67:13 94:9
115:1
121:13,14
166:9
**Participants**
4:2
**participate**
76:2
**participating**
5:9
**particular**
15:8,25
36:22 72:18
81:22 85:25
86:8 91:6,7,
13,20 92:6
95:21 96:3,
10 97:1 98:4
101:19
102:15 105:2
106:7 121:20
132:23
137:19
138:17
145:24 148:7
153:1,20
160:20
**parties**
5:2,16 16:8
18:19 26:16
29:10 30:12
31:24 153:6
159:1
**parties'**
24:18 25:3
166:22
**party**
8:10 76:20
84:23
**pass**
76:7
**past**
11:8 28:25
30:1
**payment**
159:10
163:16

**payments**
159:9
**pending**
18:21 98:3
**people**
33:4,5 37:14
38:11 40:1,
12 42:17
43:22,23
119:5 132:24
**perceived**
10:6
**percent**
46:19 56:2
77:8 124:24
**perfect**
20:7 74:19
140:24
**perfectly**
115:10
139:18
**period**
91:17 123:9
137:6,20
**person**
5:13 11:17
42:19 43:14
44:5 122:14
123:7 124:8,
14 129:3,6,
23 165:4
**person's**
118:6 165:2
**personal**
34:6 35:8
39:9 41:11
42:22 45:17
46:12 47:21
48:9,21
49:24 52:7
53:25 64:15
73:7 74:6
89:6 104:1
**personally**
26:19 100:9
148:2

persons
  164:25
pertaining
  153:18
pertains
  126:16
pertinent
  37:4
phone
  7:23 43:13
  111:11,20
physical
  40:9,15,17
physically
  5:10 49:10
piece
  99:18
Pinchasov
  4:23 6:15
  80:3 121:3
  123:5,18
  126:10
  150:13
Pinchasov's
  144:16,21,23
  145:17 147:1
  164:10
place
  7:6 35:22
  65:24 94:13
  102:1 105:1,
  4 106:1,10
  113:4 116:5,
  19 125:25
  126:18 134:2
  148:19,20
  149:6 164:22
places
  129:14
  164:24
placing
  58:9 140:12
  157:19
  158:2,17
  165:1
plaintiff
  30:22

137:21,25
  158:23
  163:13,22
Plaintiff's
  24:2 25:22
  31:1 148:3
  152:11
  154:13
  158:24
Plaintiffs
  26:17 147:17
  156:10,16
  157:14
  158:25 160:5
Plaintiffs'
  12:24 78:18
  159:11,19,23
  161:19
  162:10 165:6
plateau
  90:18
platform
  37:21 45:15
  47:5 54:4,5,
  13 56:16
  57:9,10,15
  58:3 62:6
  94:7 95:1
  107:1,2,3,
  18,23,25
  108:13 109:6
  115:25
  158:1,16
please
  5:5,19 8:15,
  17 13:2,25
  15:18 21:1
  25:13,16,25
  29:3 32:16,
  22 33:21
  38:12 48:11
  66:23 76:15
  81:6,20
  88:19,20
  90:6 94:8
  101:22 110:5
  113:16 124:4
  127:3 130:4

136:1 145:1
  157:9
point
  8:12 10:22
  11:7 91:4,6,
  7 94:20
  118:17 129:4
  131:1 145:16
  152:3
points
  75:18 88:5
  89:18 128:4
  134:1,4
  150:10
  155:6,13,16
policies
  36:24 37:2,7
  38:6,22
  109:17,25
  110:6,11
  111:8 148:6,
  16,18,25
  149:5,6,11,
  14 150:3,5,
  11 157:16,
  18,23,25
  158:15 163:6
policy
  101:7 102:20
  103:8,15,24
  149:10
Poloncic
  38:20
pop-up
  106:15
populate
  80:15
populating
  80:16
portfolio
  120:14
  133:10
portion
  122:21
  165:22
position
  5:21 17:1,22

18:10 22:15
  23:10 31:3,7
  32:8 49:16
  127:10
  152:11
  156:15,19
  157:1,13
positioned
  125:23
  126:4,15
positions
  34:10
positive
  43:3,7 46:19
  124:24
possible
  21:3 28:19
  99:16 110:18
  137:24 152:4
possibly
  92:1
post
  137:13
post-2020
  101:25
potentially
  99:20
Pratt
  4:25
precedes
  143:23
preceding
  126:1,18
  127:13 135:6
precise
  128:4
predated
  150:11,12
predicated
  155:11,22
prefer
  158:10
preliminary
  7:12
preparation
  146:15,22
  147:23 164:3

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

prepare
  17:16,24
  146:1
prepared
  15:20,24
  16:21,24
  17:4,19
  24:5,24
  25:7,17 26:3
  27:9,22
  29:12 30:9,
  23 31:22,23
  99:23 143:24
  145:24
  152:5,6,23
  153:11,19
  154:15 155:2
  156:5,14,18
  157:10,12
  158:4 159:3,
  13 160:7,15
  162:8,14,20
  163:3,10,18,
  24 164:6,11,
  14 165:12
preparing
  15:6 150:13
presence
  4:8 13:17
  20:15
present
  5:10 7:13
  8:10 16:9
  107:18
  143:10
presentation
  127:9
presents
  7:9
pretty
  77:9 127:17
  150:19
previous
  50:15 67:17,
  19 68:6,12
  106:13
previously
  6:9

price
  34:18 35:17,
  18 41:15
  50:25 74:11,
  23 76:7 82:5
  90:10,16,18,
  24 91:1,3
  92:22,24
  93:18 94:21
  96:11,13
  106:10,13
  108:6,7
  116:24
  134:22 135:8
  136:25
prices
  90:23 92:2,
  13,15 157:22
  163:9
pricing
  160:13
principal
  75:20,21
  76:1,2,6
  82:8,12
print-out
  164:18
prior
  23:5 82:22
  132:13
  136:23
  138:20
  142:15
  145:10,22
  146:17,24
  147:24
  148:19
  150:14 161:2
  166:1
Private
  4:6
privilege
  139:8
privileged
  150:25
Pro
  8:7

probably
  10:17 56:6,
  10 59:2,10
  73:17 77:25
  89:9 104:12
  106:4 109:2
  127:22
  166:15
problem
  10:15 11:8
  14:15 24:10
  28:17 43:9
  51:18,24
  55:7 58:16
  59:8 66:21
  79:8,13
  103:13
  111:17
  129:10 136:2
  145:3 154:7,
  22 157:4
procedural
  141:11
procedure
  113:22
procedures
  38:6,23
  39:3,4,11,
  12,16,20
  148:6,16,19
  149:1,5
  150:11
  157:17,18,24
  158:1,15
  162:24 163:6
proceed
  8:15 9:25
  20:20 107:5
  113:19 158:9
proceeding
  4:3
proceedings
  5:6
proceeds
  85:11,18
process
  33:9,24
  35:18,23

  36:1 58:9,12
  59:8,19
  60:11,25
  63:12 85:3
  96:17,21
  97:4 101:14
  107:17
  113:10,14
processed
  35:12 66:1
  131:7
product
  63:8,22 64:2
  104:4
productive
  16:13 18:2
products
  104:12
profess
  54:2 141:13
professionali
  sm
  18:7
programming
  141:16
programs
  8:1,8
progress
  31:16
projected
  7:1
Promptly
  131:24
protective
  166:22
protocols
  36:24 37:2,7
  160:3
provide
  21:22 64:7
  65:23 92:11
provided
  22:12 87:21
  88:5,10
  97:25 107:3
  143:17
  147:14

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

| | | | |
|---|---|---|---|
| provides | pursuant | 88:25 90:6 | quotation |
| 107:2 | 5:15 | 92:9 99:22 | 94:20 |
| providing | purview | 101:11,19,22 | quote |
| 64:7 130:12 | 148:17 | 104:18 | 162:10,13, |
| 160:13 | put | 109:25 110:4 | 17,19,23 |
| public | 78:21 84:9 | 117:19 | 165:10 |
| 64:8,9 | 97:1 100:16 | 119:12 | quotes |
| 102:11 | 114:4 164:5, | 125:21 | 96:2 |
| publicly | 13 | 126:3,11 | |
| 39:16 | puts | 130:5 131:10 | _____ |
| published | 22:15 61:21 | 133:9 135:23 | R |
| 39:21 | 83:19 | 136:19 137:3 | _____ |
| pull | putting | 139:2 140:5, | R-A-Y |
| 33:24 50:19 | 49:11 60:25 | 8 144:2,5 | 38:20 |
| 78:16 89:7 | 140:7 | 145:1 146:9, | R-U-S-S |
| 91:21 94:11 | | 19 154:4,5 | 38:17 |
| 127:22 | _____ | 156:22,23 | rainbows |
| 128:3,7,24 | Q | 157:2 | 139:21 |
| 129:2 134:5, | _____ | questioning | raised |
| 16 135:1 | qualified | 10:6,7 42:21 | 26:8 27:17 |
| pulled | 47:4 | 43:11 50:5 | 155:6,16 |
| 76:16 | qualifier | 73:18,24 | ran |
| pulling | 10:16 | 74:4 76:25 | 42:10 |
| 50:13 79:5 | qualms | 92:13 151:11 | Ray |
| pulls | 164:20 | 152:11 | 38:20 |
| 106:22 | quantity | questions | reacting |
| punctual | 82:7 94:23 | 6:24 7:11 | 10:9 |
| 77:4 | querying | 11:9 12:10 | read |
| purchase | 76:17 | 15:23 18:21 | 6:8 15:18 |
| 58:22 60:12 | question | 22:14 24:19, | 80:5 153:18 |
| 84:21 85:19 | 8:20 9:9,13, | 22 25:1,6 | 162:5 164:16 |
| 96:21 113:15 | 15,24 11:6 | 31:15,22 | 165:23 |
| 116:24 | 12:8,13 | 35:7 74:3 | 166:13 |
| 117:21 | 15:24 19:16, | 99:21,25 | reading |
| purchaser | 17,20 20:2, | 131:2 141:10 | 165:20,23 |
| 114:8 | 12,13,20,23 | 145:25 | reads |
| purchases | 21:1,3,7,8, | 146:12 152:1 | 25:19 |
| 85:1 | 12,15 24:12 | 162:1 164:7, | ready |
| purchasing | 25:10,13,15 | 14 165:16 | 136:19,20 |
| 96:16 | 26:3 27:14 | quick | real |
| purpose | 28:9,14 | 131:19 | 50:16 52:24 |
| 4:9 6:10 | 29:6,13 31:9 | quickly | 53:2,4 |
| 11:20 26:23 | 33:20 34:5 | 118:17 | 131:6,14 |
| 43:10 | 47:2 48:11 | quite | realize |
| purposes | 52:22 55:5 | 17:6 77:9 | 79:6 |
| 13:18 30:16 | 59:5 65:17 | 92:16,19 | realm |
| | 69:10 74:16 | 130:6 137:24 | 64:7 85:12 |
| | 82:21,22 | | |

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

realtime
  51:11,15
reason
  11:6 15:13
  26:12,15
  87:4,6 115:2
  151:8 166:9
reasoning
  41:13
reasons
  35:13
recall
  15:7 42:24
  43:24 44:13
  71:12 75:19
  103:20,22
  104:2 107:6,
  8,10,12
  123:6,14
  124:23
  147:11,19
  149:14,17,18
  150:6,8,17
receive
  90:2 100:3,
  5,6,8,9
  107:14,16
  109:14
  123:16 124:2
  126:7 131:4
  132:6 165:25
received
  10:23 35:18
  44:15 90:1,
  24 91:1
  109:8,12
  111:24 123:2
  131:7 142:10
  143:12 159:9
  163:17
receives
  100:11
receiving
  104:3 109:7
  130:4,15
  142:5,21
  143:1,4

recollection
  123:14
record
  4:2,6 5:7,20
  6:9 8:15
  10:13 12:13
  18:5,23
  19:2,6,18
  20:14 21:12
  24:4 29:9
  30:14 35:6
  51:8,9 66:25
  67:4,5,16
  68:11 78:9,
  12 80:5
  86:5,13,17
  91:5,12
  93:19
  115:16,19
  127:14 136:9
  140:19
  141:3,6
  153:19
  160:18,24
  161:7,12,15
  167:7
recorded
  4:3,4,17
  151:19
recording
  4:10
records
  71:3,8 94:3
recreational
  22:18
recruiter
  42:24 43:2
refer
  13:19 18:15
  32:6
reference
  121:4,5
referencing
  16:1 75:15
referred
  159:11
referring

15:4 18:14
  29:23 34:15
  36:14 46:14
  52:2 57:18
  62:17 101:20
  111:14,17
  114:13 133:8
  144:22
refers
  26:2 81:24
reflect
  17:23 23:13
reflected
  17:18,19,25
  152:22 166:6
reflective
  153:5
reflects
  24:18 25:3
regard
  99:21
regarding
  25:18 103:24
  109:25
  110:6,11
  112:11
  126:17
  131:10
  142:24
  146:25
  156:15,20
  157:13
  159:10,24
  160:3
  163:14,22
  164:20
registered
  47:16,18,19,
  22
regularly
  148:17
regulated
  84:2
regulating
  83:21,23
regulation
  83:22

regulator
  87:10 122:6
regulators
  83:11,12,20
  84:14 85:22
  87:22
regulatory
  33:8,24
  50:13,19
reiterate
  140:5
rejoin
  18:17
related
  5:2 88:8
  90:22 92:11,
  14 149:7
  150:14 160:5
relates
  122:19
  150:13,15
  160:12
relation
  153:15
relationship
  65:12 66:3
  143:18,21
  153:25
relevant
  143:9
remains
  66:10 96:18
remember
  42:14 43:14,
  23,25 44:10
  150:5
remote
  4:8,16,17,25
  5:6 40:10
remotely
  5:12,14
removed
  84:24
remuneration
  159:9
repaired
  159:25

| | | | |
|---|---|---|---|
| **repeat**<br>  14:20 58:15<br>  101:22<br>  103:10 110:4<br>  117:18 157:9<br>**repeating**<br>  136:1<br>**rephrase**<br>  9:16<br>**report**<br>  67:21 71:20<br>  72:4,5,9,15,<br>  17 74:11,13,<br>  14 75:10<br>  86:25 91:17<br>  92:23 93:21<br>**reporter**<br>  5:4,8 13:4,<br>  12 66:22<br>  166:12,19<br>  167:6<br>**reporting**<br>  5:11,18<br>**reports**<br>  33:9,24 34:9<br>  50:14,19<br>  71:4 74:12,<br>  17 76:14<br>  91:8 93:4,21<br>  133:3,4,6<br>**represent**<br>  6:8 15:12<br>  16:7 162:5<br>**representativ<br>e**<br>  4:18 9:17,<br>  20,22 10:2,<br>  5,20 11:11,<br>  15 12:4,9<br>  16:10,18<br>  17:24 24:6,<br>  13 25:18<br>  26:20 27:4<br>  29:13 150:23<br>**representativ<br>es**<br>  10:25 158:24 | **request**<br>  4:5 11:12<br>  25:23 111:19<br>  143:17 152:3<br>**requested**<br>  22:12<br>**requests**<br>  147:16,17<br>**require**<br>  70:25 71:3<br>**required**<br>  83:9 85:19<br>  87:10<br>**requirement**<br>  40:14 71:10<br>  87:8<br>**requirements**<br>  71:2,8 87:22<br>**requires**<br>  21:22 23:18<br>  83:10<br>**requiring**<br>  84:9,12<br>**research**<br>  53:11 94:10,<br>  12 102:18<br>  120:12<br>  140:11<br>**reserve**<br>  166:18<br>**resist**<br>  74:2<br>**resolve**<br>  161:9<br>**resolved**<br>  21:13 111:1<br>**respectful**<br>  28:19<br>**respectfully**<br>  17:8 27:7<br>  28:12<br>**respective**<br>  15:21 153:12<br>**respond**<br>  66:19 69:7<br>  118:7 139:6,<br>  7 | **responded**<br>  23:15<br>**responding**<br>  122:22<br>**response**<br>  31:6 87:21<br>  122:20 126:6<br>**responses**<br>  27:1 147:17<br>**responsibilit<br>ies**<br>  32:22 33:21<br>  159:22<br>  160:11<br>**responsibilit<br>y**<br>  36:16<br>**responsible**<br>  48:13 55:17<br>**restate**<br>  21:2 25:15<br>  32:16 39:6<br>  55:4 144:25<br>**restating**<br>  136:19<br>**restroom**<br>  66:23<br>**resume**<br>  77:24<br>**resumed**<br>  132:14<br>  134:21 135:7<br>  136:6,24<br>**resuming**<br>  137:13<br>**retention**<br>  71:8,10<br>**review**<br>  18:13 23:7,9<br>  35:16 36:1,<br>  10,13,15<br>  67:12,18<br>  68:5 121:19<br>  146:15,22<br>  147:23<br>  148:7,16<br>  149:14 | **150:14<br>  164:2,9<br>  166:2<br>**reviewed**<br>  148:2,10<br>  150:3,6<br>**reviewing**<br>  30:11<br>**revisit**<br>  23:5<br>**rewind**<br>  41:22<br>**RHF**<br>  113:5<br>**RHF's**<br>  113:5,7<br>**right**<br>  10:9 17:4<br>  20:9 27:8<br>  31:18 40:15<br>  45:9 61:15<br>  65:10 72:4<br>  77:2,4,12,13<br>  78:1,6 85:12<br>  91:7 93:20<br>  114:13 116:7<br>  119:7 122:9<br>  133:3 140:24<br>  148:10,18<br>  149:24<br>  153:17<br>  158:15 166:9<br>**right-hand**<br>  4:15<br>**rights**<br>  166:19<br>**risk**<br>  116:1,7,12,<br>  16,18 117:1,<br>  7,12,16<br>  118:1,5,6,<br>  15,23 119:4<br>**riskless**<br>  75:21 76:6<br>**risky**<br>  116:9 118:11 |

road
  67:10
Robinhood
  4:18,23 6:16
  8:24 9:5,17
  10:20 11:18
  12:5 24:5
  25:17,21
  26:2,4,7
  27:2 32:20,
  24 33:3,12
  36:2 37:17
  38:7 39:18
  42:1,11
  43:2,6,7
  44:24,25
  45:1 46:10,
  15 47:15
  48:12 56:15
  57:20,24
  58:3 59:14,
  16 60:1,7,8
  64:6 65:11,
  12 66:2
  68:16 70:9,
  24 71:19
  73:3 76:19
  77:12 81:1,2
  82:25 83:21
  87:1,2,3,14,
  16,21 89:2
  95:15 99:11,
  15,24 100:3,
  10,11,19,24
  101:8,12,15,
  16,25 102:20
  103:8,17
  104:21
  105:3,18,22,
  25 108:14,18
  109:18
  110:17
  111:22
  112:10
  115:24,25
  121:6,8
  123:16
  127:12
  128:4,10,16

129:19
130:12,15
131:16
132:12
134:20
136:21
138:11,16,19
141:12,22
142:6,15
143:12,17,24
144:14
145:5,23
147:25 148:6
149:1,5
150:15,22
162:10,12,19
163:16
164:11
Robinhood's
  17:22 26:13
  39:22 104:15
  162:23
  163:6,21
Roderick
  4:25
role/
responsibilit
y
  165:3
rolled
  104:4,9
room
  5:11 6:19,23
  7:2,14
rough
  167:2
round
  43:12
rounds
  42:15
route
  113:7
routed
  34:13 59:15
  60:7 113:5
routes
  59:17

rude
  127:3
rule
  26:22,25
rules
  19:7,12
  26:21 159:21
run
  55:18 72:17
  162:2
running
  141:20
Russ
  38:17

———————————

S

S-A-R-S-A-M
  38:17
sale
  58:22 60:12
  85:18
sales
  85:1
Sarsam
  38:17
satisfied
  13:16
saying
  11:23 29:19
  35:3 47:3
  49:18 55:7,9
  61:25 64:11
  80:20 93:20
  115:13
  131:22
  139:17
  151:17,22
says
  98:13 106:9,
  23 139:22
  153:10
  164:20
schedule
  10:25 15:10,
  17,19 25:8
  31:17 151:21

152:13,22
153:10,16
154:1 160:20
school
  57:3
scope
  9:25 10:8
  34:5 39:7
  41:10 42:20
  45:16 46:11
  47:7 48:20
  49:23 50:8,9
  52:5,25
  53:14,24
  54:16 55:2,
  15,25 56:17,
  23 57:13,22
  58:4 59:1,22
  60:15,23
  61:7 62:9
  63:18 64:14
  65:7,15,21
  66:12 68:8,
  18 69:5,6
  70:11 71:6
  72:7 73:6
  74:5,16
  83:3,17 84:6
  85:2 86:20
  87:25 88:12
  89:5 90:4
  91:11 92:3,
  18 93:25
  95:18,25
  99:3 101:1,
  10 102:3,9,
  16,22 103:25
  104:11
  105:8,15
  108:16
  112:6,12
  116:3,14,20
  117:4,17
  118:4,13
  119:1,15
  120:9 123:11
  124:10 125:7
  126:2 127:15

Eric Deacon · Highly Confidential - Attorneys' Eyes Only
July 15, 2021

128:14
129:21 131:9
132:9,16
133:12,18
134:23
135:10,18
137:1,17
138:2,22
141:24
142:12 143:3

**screen**
4:14 7:1 8:2
12:17,20,23
13:1,18
15:10 78:25
79:3 89:3
151:18

**screens**
4:11 97:2

**scroll**
14:8

**scrolling**
14:11

**search**
94:15 96:23
106:21 113:3

**searching**
67:11 158:2,
17

**SEC**
47:23 84:2
85:22

**second**
44:22,23
69:25 70:3
78:17 121:1
129:16
140:14
149:20,22
153:22
162:17

**seconds**
77:3

**securities**
42:9 59:16
60:2 81:2
84:18,20
87:1,3,16,21

**security**
81:22

**see**
6:10 7:14
12:23 13:1,2
15:10 32:9
51:16 69:11
74:2 78:6
79:9,14
81:12,14,17
85:25 86:3,
11 88:8,14,
17,18 89:10,
15 93:23
94:2,6,14,18
95:13 96:2,
13 108:1,4,7
113:3 115:14
133:9,15,21
136:4 140:25
153:2,13
155:19
164:16

**seeing**
89:4

**seek**
155:9,19
165:7

**select**
107:4 150:22

**sell**
76:3 81:25
84:22 94:16,
20 96:24
97:5

**selling**
96:16,22

**send**
35:14 54:6
79:21 87:8

**sense**
64:10 122:18
137:10,12,15

**sentence**
22:2

**separate**
93:3 94:2
107:24

127:25 128:2

**separated**
81:13

**series**
46:7,8
118:20
119:9,23
152:10

**served**
23:12

**servers**
70:17

**service**
64:7 65:23

**servicing**
86:18

**set**
121:1 142:15

**setting**
164:10

**Settle**
84:16

**settled**
84:17

**settlement**
82:2 85:3

**settles**
82:3

**seven**
37:14 38:2,
5,8 40:22
124:25 125:5
158:21

**several**
35:13 42:15,
16 145:8
151:21

**severity**
28:20

**share**
12:17,20
13:6,17
78:24 82:5
94:22

**shared**
29:20

**shares**
82:7 84:23
96:10,13,14

**sharing**
13:2

**sheet**
69:2 88:10
166:4

**shift**
122:22

**short**
18:25 34:10
67:2 78:11
115:18 141:5
161:14

**shortly**
140:16

**show**
72:17 74:12,
21,23,25
92:22,25
96:1,8,9,11

**showed**
148:22

**shown**
94:20
148:20,22
149:19
150:19,20

**shows**
26:9

**Shterna**
4:23 6:14
80:3 121:3
123:4,17

**shut**
41:1

**shutdown**
97:21

**sic**
152:9

**side**
96:21 141:16
150:1

**signal**
20:4 115:2

silence
  140:22
similar
  96:23 123:4,
  17 126:10
similarly
  6:16 137:24
simplify
  154:9 164:21
simplifying
  59:3,7
simply
  28:4 75:24
single
  29:5 48:24
singular
  52:2
sir
  15:10 19:13
  20:5,16 22:9
  25:15 26:1,
  19 28:14
  43:23 46:6
  48:16 54:14
  79:17 88:16
  90:19 92:2
  99:15 114:13
  125:3 127:14
  128:1,13,20
  132:1 134:2
  135:17 140:9
  142:6,11
  143:1 145:6,
  11 153:10,21
  154:16,20
  159:4,14
  160:1,8,16
sit
  7:13 89:3
  112:24 114:7
  135:3 136:21
site
  62:6,18
  63:14 94:10
  110:17
sits
  113:8

sitting
  7:22
situated
  6:16 7:16
  137:25
situation
  43:5 73:22
  123:17
  135:15
  138:16
skin
  73:16
slight
  55:4
slightly
  95:8
small
  114:24
smile
  136:14
SMS
  7:25
sold
  92:25 93:1
solely
  128:23
solicited
  68:1,4 74:22
  82:20,23,25
  83:6 84:10
someplace
  134:6
sort
  8:1 16:17,23
  18:7 35:21
  53:10,12,16
  54:5 58:19
  73:22 88:9
sounds
  19:23 50:6
  156:22
Southern
  6:12
speak
  25:7 29:12
  99:23 117:5
  122:14 124:1

129:6 132:3
  142:14 150:9
  155:2 156:11
  161:19 162:8
  164:21
speaker
  4:11
speaking
  20:3 28:20
  29:1,7 30:2
  78:22 89:19
  101:15,17
  122:17,23
  123:3 133:4
  139:21
speaks
  136:9
specific
  150:10 158:6
  165:8
specifically
  10:21 45:6,8
  57:18 92:14
  100:4,7
  131:11 150:4
  158:7 160:4,
  11
specificity
  133:5
speculate
  60:24 102:4
  117:11 138:3
  145:9
speculation
  138:9
spell
  38:14
spent
  82:23
spotlighted
  4:10
stamps
  70:5
standard
  4:22 39:4,
  12,20

standing
  74:16
standpoint
  11:2,14
  32:13,16
Stanford
  57:1
Stanley
  42:8
start
  31:14 44:19
  50:11 55:11
  101:16
  142:18 165:9
starting
  27:18
state
  6:11 8:15
  11:3 23:18
  105:20
  160:24
stated
  9:1 15:16
  16:19 23:17
  27:20,22
  33:22 37:5
  73:13 86:14
  90:1 151:24
  157:10
statement
  5:6 59:6
  86:1,8
  144:18 149:4
statements
  147:15
States
  6:12
stating
  5:19 11:22
  73:15 149:15
  166:9
status
  131:4
stay
  35:5 101:16
step
  29:16 126:25

stock
45:25 57:20
68:25 69:4,
11 72:18
74:10 85:19
86:3 90:16
92:13,15
93:9,13,14,
15,18 94:17,
19,21 95:3,
4,7,10
96:16,17,21,
22 97:1,5
98:4,5,6,7,
13 100:13,15
101:6,24
105:2,4
106:7,12,22
107:23
108:1,5,9,15
110:16
111:7,23
112:23,24,25
113:3,15
114:8,18
116:24
117:2,15,20
118:2,11,12
119:24
120:2,4,15
121:12,14
127:13
128:11,12
130:2,13
131:5 133:10
159:24
160:13
162:13,17
163:14 165:6
stockbroker
66:3
stockbrokers
65:19
stocks
92:2,6 94:7,
11,12 95:21
107:24
117:6,23

118:22,24
120:19,21
157:19,22
158:2,17
162:25
163:7,9
stop
14:3 20:24
74:25 139:21
stops
98:7
store
72:25 73:4
stored
70:8,15 73:8
straight
41:17 135:14
straighten
73:25
stream
27:21
stretch
115:8
strictly
45:21
strike
8:2 39:15
46:3 57:8
143:16
strong
77:9
stuff
41:7 141:11
subject
7:8 24:14
157:19
159:24
163:7,9,22
subjective
116:10
117:12
118:6,15
subjectivity
119:4
submit
94:24 166:3

subpoena
14:18,22
subscribed
160:21
subsequent
17:20 29:22
30:18 94:1
subsidiaries
158:22
159:8,18
substance
18:20 29:6,7
32:8,9
146:10
substantive
24:22 31:15,
21
suffice
154:2 156:6
sufficient
28:8 31:6
suggest
18:9 99:24
suggesting
17:11
suggestion
31:13
suitable
130:21
suited
126:15,21
142:8
summary
16:11
sunshine
139:20
Super
122:15
superfluous
83:8
supervisory
39:3,10,16
Support
5:1,5
Supreme
5:15

sure
6:18 8:18
9:11 12:18
13:25 14:12
15:3 16:12,
20 18:11
24:16 26:1
31:5 33:15
38:16 39:10
45:18 50:4
51:8 55:7,16
67:24 68:2
73:8 79:13
82:19 85:15
86:6 91:1
97:13 99:17
104:4,17
107:10,15
126:25
128:24
130:8,24
137:10 139:6
143:8,14,20
145:3,4
156:25 157:3
surrounding
24:1 25:21
30:25
154:12,25
157:17,24
158:1,16
sworn
6:2
symbol
81:23 94:15
106:22
symbols
94:11
system
35:20,21
72:11 76:16,
17,19 100:17
158:1,16
164:22,23
165:5
systems
72:21 100:12
159:7,17

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

162:24 163:2
164:25 165:2

---

**T**

**T1**
  97:23 98:2,
  3,5,7,15
  100:4
  104:14,20
  105:1,4,19,
  23 106:1
  107:25
  108:14
  109:9,22
  110:1,6,11
  111:5,7,23
  112:11,22,25
  113:15
  116:1,12,19
  117:6,15,21
  118:11,23
  120:2,4,7,15
  121:11
  123:10,19
  125:24
  126:17
  128:12
  130:11,13
  131:5,11,15
  132:7,13
  134:2,20
  135:5 136:5,
  22 137:13,
  20,22 138:18
  140:7 142:24
  143:4 150:4,
  5 157:17,20,
  21,22,24
  159:24
  160:12
  162:17
  163:8,9,14
**take**
  4:14 12:10
  18:16 21:17
  29:9 30:13
  44:23 61:3,

12 66:22
86:9 107:9,
21 111:20
114:22,25
115:3,5,6
131:20 133:2
151:7 152:15
161:6 167:5
**taken**
  17:1 18:25
  31:3 62:1
  67:2 78:11
  99:12 115:18
  141:5 156:19
  161:14
**takes**
  32:7
**taking**
  7:6 11:19
  12:22 13:24
  23:10 113:5
  114:24 143:8
  151:19
  161:18
**talk**
  6:7 38:2
  41:9 143:24
  147:23
**talked**
  74:11 130:1
  133:3
**talking**
  34:22 35:2
  40:2 53:13
  55:13 58:19,
  21,23 81:14
  91:20 92:5
  107:2 115:23
  122:7,10
  135:10,11,
  14,16 148:18
  153:16
**team**
  32:23 33:2,
  22 37:15
  38:2,5,12
  39:13,21
  40:9,13

44:16 45:6,
21,22,24
48:6,13
49:17 50:8
56:7 62:4
63:8,17,22
73:3 104:12
121:19 123:1
124:1,5,6,
14,25 125:2,
12,22
126:12,14
127:22,24
128:23
129:1,3,5,10
130:20,22
131:1 132:8
142:4,5,7,21
**team's**
  36:16
**teams**
  45:14,19
  55:17 56:10,
  13 63:10
  109:3,4
**technical**
  55:17
  149:23,25
  151:16 163:1
**technicalitie
s**
  54:3
**technician**
  5:1
**technological**
  7:3 19:25
  54:3 161:9
**technology**
  54:8
**Tecum**
  151:20
**telephone**
  30:19
**tell**
  33:21 44:1
  68:5 89:17
  108:22
  122:12,23

124:4,13
139:9
**tells**
  82:19
**Tempe**
  124:23
**ten**
  91:22 114:25
  115:7,10,14
  140:19,25
  158:7 160:3
**tend**
  120:22
**Tenev**
  57:5
**term**
  26:2 34:3
  117:12 122:5
**terms**
  8:20 96:16
  159:21
**terrorist**
  97:22
**test**
  166:14
**testified**
  6:2 49:13
  50:24 118:19
  130:8,10
**testify**
  23:1 24:5
  25:17 27:10,
  22 30:5,9
  99:10,13
  119:11
  144:10,15
  146:24
  152:5,7
  156:14,18
  157:10,11,13
  158:4 159:3,
  13,25 160:7,
  15 162:15,20
  163:4,11,19,
  25 165:12
**testifying**
  119:3,8

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

testimony
 7:1 11:16
 21:23 22:5,
 14 26:24
 54:14 67:9
 82:22 118:3,
 23 145:8
 152:25
 166:5,6,11
thank
 19:5 35:1
 43:18 51:23
 56:11 61:17
 65:22 74:19
 77:10,24
 78:7 79:7
 92:15 94:5
 100:10
 115:14
 122:13
 125:11
 126:23
 131:14,25
 141:9
 161:11,18,25
 166:23 167:9
thankfully
 49:16 101:14
thanks
 13:20 78:8
 80:25
theories
 155:9,20
thereto
 132:14
 136:23
thing
 10:8 24:21
 54:23 56:12
 100:15 157:1
things
 6:6 19:8,10
 21:2 76:1
 81:17 85:13
 89:14 97:22
 104:3 118:10
 119:4 120:23
 121:20,23

122:7 139:15
 141:17
 144:10
 145:10
 147:24
 150:14
think
 9:8,12 10:1,
 7,13 11:25
 12:11,13
 16:17 17:6
 18:2,7
 24:21,23,25
 27:7,13
 31:16,17,21
 40:3 41:23
 49:22 50:1,
 5,6,16 53:7
 59:2,6 73:13
 74:4 75:19
 77:25 78:4
 86:7 91:25
 101:6,23,25
 102:17
 108:25
 122:10,21
 124:23 125:6
 128:21
 130:6,21
 140:16
 144:1,4,17
 150:19
 152:25
 153:23
 154:1,3
 161:5,25
 165:14,16
third
 76:20
third-party
 43:4 76:18
 98:22 99:1
thorough
 150:19
thought
 119:14
three
 6:20 32:2

43:24 97:24
 101:5,20
 155:15 156:2
 162:23
throw
 68:21
thumbs
 139:18
Thursday
 4:19
TIAA
 42:10
ticker
 81:23 94:11
 96:24 106:21
time
 4:20,21,22
 5:4 6:23 7:6
 8:11 13:13
 18:24 19:2
 27:19 31:20,
 25 44:9
 48:23 50:16
 52:21,24
 53:2,4 61:3,
 4,13,14,19
 62:1 67:1,6
 70:5,19,22
 74:10 75:1
 77:25 78:10,
 13 79:21
 82:23,24
 86:9 89:10,
 11,22,24
 91:6,7,17
 93:9 107:9
 108:18,23
 111:9
 115:17,20
 128:17
 131:6,14
 139:12
 141:4,7
 142:15 143:9
 144:7,17
 154:9
 161:13,16,
 18,21 166:17

167:1,8
timely
 35:22
times
 72:18 126:24
 145:8
timing
 133:21 134:8
tips
 127:10 133:8
title
 32:17,18
today
 4:19 6:19
 7:5,13,16
 8:4,10,16
 9:3,4 10:20,
 22,23,24
 11:1,5,10,17
 15:14 16:19
 17:5 21:22
 22:12,16,19,
 22 23:1 24:5
 26:13,15,24
 27:2 29:1
 32:10 91:11
 99:11 105:7
 108:12
 112:24 135:3
 136:21 145:8
 154:16
 157:10,13
 159:3,13,25
 160:7,15
 161:4,19
 162:15,21
 163:4,11,19,
 25 165:12
 166:12
today's
 16:21,24
 21:23 22:5
 23:2 146:16,
 23
told
 103:16,18,
 19,21

Eric Deacon  Highly Confidential - Attorneys' Eyes Only
July 15, 2021

**top**
  63:19 64:17
  71:12 81:5
  82:16 106:23
  129:8 131:3
**topic**
  15:25 23:11,
  25 24:6
  25:13,19
  29:24 30:1,6
  31:12 32:2
  35:9 153:18,
  20 154:16
  155:8,19
  156:5 158:5
  162:10,14,
  20,25 163:3,
  10,18,24
**topics**
  9:23 10:2,4,
  8 11:1,4
  12:3,5 16:8
  17:1,15,17,
  22,23,24
  24:13 25:4,8
  30:10 34:21
  151:21
  152:23,24
  153:3,5
  154:1 162:5,
  9 164:20
  165:11
**total**
  68:13 82:8
  85:16 95:14
**touch**
  19:9
**tough**
  131:18
**trade**
  33:9,24
  34:9,11,16
  35:2,12,22,
  23 36:22
  41:3,8,9,17,
  19 48:24
  49:21 50:21
  51:1 52:1,2,

3,12,20 53:8
54:10,14,20
58:9,12
59:7,19
60:6,12,21
61:1,4 68:2
75:7 76:12
79:18,19
81:16,25
82:1,11,25
84:17 86:24
87:8,23
88:14,17
89:8,11,19
91:5,13,14,
20,21 92:6
94:19,23
96:3,24 97:2
105:2,3,6
106:11,16
107:15,17,25
110:19
111:6,15,22
112:22,23
113:5,6,8
114:5 116:15
118:2,10,21,
22 119:24,25
120:2,4,7,
19,21,22
121:11,20,22
123:9 125:24
128:5,7
134:20 136:5
137:13
138:18
140:7,12
147:13
157:18,19
158:3 160:4,
12 162:24
163:7,13,15
164:23,24
165:1
**trade-per-**
**trade**
  36:17
**traded**

92:23 120:15
**trader**
  34:23 46:2
**trades**
  34:12 35:14
  41:3 48:11,
  13,23 49:9,
  20 50:7,16
  52:9,16,21,
  23 54:7
  58:2,21 62:5
  65:24 66:1
  67:16,18,25
  68:2,6,15
  69:3,11
  76:1,2,5,6,
  10 83:6,7
  86:23,24
  89:8 94:7
  95:9 126:17
  128:11
  132:12,14
  134:9,21
  135:5,7
  136:6,22,24
  158:18
  159:2,21
  163:17
**trading**
  8:23 32:19,
  23 33:3,8,
  16,17,18,22,
  23 34:2,23
  35:25 36:1,
  19,20 37:6,
  18 38:6
  42:9,10
  45:6,9,15,
  20,21,24
  46:22 47:5
  49:15 50:14
  57:9,10,20
  62:20 76:5
  91:16 98:6,7
  107:23,24
  110:15
  116:1,12,18
  117:15

118:11,25
121:14
127:25
132:14
134:21
136:5,24
140:6 144:16
149:10 159:9
**trading-**
**related**
  42:4
**trainee**
  42:7
**trajectory**
  135:16
**Tran**
  82:11
**transaction**
  79:24,25
  80:2,17
  82:11,13
  85:20,21,22
  87:22 88:9
  90:2 91:17
  92:23 93:3,
  14,19,21
  94:2 165:1,
  3,7,8
**transactions**
  48:6 49:17
  93:22 159:23
  162:12
**transcribed**
  166:12
**transcript**
  165:25
  166:21,25
  167:3
**trial**
  155:17,22
**trick**
  154:20
**trouble**
  29:8
**truth**
  21:21 22:11

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

truthfully
  23:1
try
  34:21 126:25
  145:24 153:2
trying
  9:12,13
  17:13 18:8,
  10,11 21:21
  28:18 29:11
  43:24 61:16
  73:21,25
  75:19 78:23
  101:16 107:6
  130:13
  154:9,20
turn
  31:21
two
  7:14 32:2
  40:1 56:19
  57:1,4 67:9
  93:3 96:1
  107:24 122:7
  149:21 155:5
  156:2
two-minute
  18:16
type
  34:14 36:13
  41:3,7 43:5
  55:12 74:24
  81:13 82:4
  86:13 95:23
  102:18
  121:22
types
  34:11 45:20
  80:17 81:17
  97:18 104:3
typical
  20:11

———————

        U

U/s
  82:19

Uh-huh
  38:4
uh-huhs
  19:17
un
  100:15
un-huns
  19:18
unclear
  21:12
underline
  81:14
underneath
  15:19 33:4
  80:8,17
understand
  10:1,10 17:4
  19:8 20:16,
  21,23 21:1,
  4,25 22:7,9
  23:19 34:22
  41:6 73:17
  91:2 117:19
  121:9 139:19
  141:13
  146:19
  153:21
understanding
  26:25 61:14
  69:4 121:10
  141:21
  142:1,25
  152:9
understood
  21:8 165:24
undertaken
  159:22
unfamiliar
  19:15
unfamiliarity
  54:23 55:9
unhelpful
  18:8
uniform
  95:10
uniformly
  36:9 109:18

110:7,12
unintentional
  7:3
unique
  7:6,7
United
  6:11
universe
  89:14 147:22
University
  57:2
unmute
  40:25
unpack
  34:20,22
  41:5
unpacked
  49:15
unquestionably
  99:10
unsolicited
  74:22 82:20,
  24 83:7
  84:10
untradeable
  100:13,16
update
  102:24
updates
  131:4
upgrade
  95:19
upper
  4:15
upset
  122:11
  137:11
users
  33:10,12
  60:20,25
  104:14
UTC
  4:21 18:24
  19:2 67:1,6
  78:10,13
  115:17,20

141:4,7
  161:13,16
  167:8
utilizing
  107:25
  144:20

———————

        V

Valdez
  6:22
value
  93:14 153:1
  160:19,25
variation
  72:9
varies
  49:18
variety
  122:15
vary
  68:21
vast
  86:2
veers
  10:6 73:24
vendor
  76:18 98:22
  99:1,7
  130:12
  141:23 142:1
vendor-
company
  143:18
Venessa
  6:22 17:21
  164:17
Venessa's
  158:8
venture
  129:22
venues
  54:6
verbatim
  106:3 149:18
  150:8

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

version
  109:6
versus
  4:23 6:16
  82:23 84:10
  105:23
video
  4:9,11,17,
  20,25 18:23
  19:1 41:1
  66:25 67:5
  78:9,12
  115:16,19
  141:3,6
  158:21
  161:12,15
  166:25 167:7
VIDEOGRAPHER
  4:1 18:23
  19:1 66:25
  67:5 78:9,12
  115:16,19
  141:3,6
  161:12,15
  166:24 167:7
Videotaped
  151:19
view
  4:12,15 16:7
  24:11 153:2
virtual
  44:5
vis-a-vis
  16:18
Vlad
  57:5
volatility
  97:19
volumes
  34:11 36:18

_____

W

_____

W-E-L-L-S
  38:18
Wachovia
  42:8

Wait
  67:18 127:24
waive
  5:18 165:23
  166:8
waiving
  165:20
walk
  53:20 59:8
  89:2 112:23
  113:14
want
  4:13 9:20
  10:3,14
  12:1,18 14:7
  35:1 41:5
  51:8 59:10
  61:25 64:8
  73:14,19,22
  77:6 94:13,
  23 99:16,17
  104:24 109:7
  114:1 115:22
  118:21
  119:24 141:1
  146:9
  152:16,17
  160:24
  161:17
  166:21
wanted
  78:2 111:6
  113:15
wanting
  111:22
watching
  50:16
way
  7:19 16:12,
  13,24 18:8,
  12 28:18
  30:10 31:25
  33:22 53:11
  55:22 57:11
  60:3 63:2,3
  67:25 68:1
  81:5 85:9,25
  90:1,21

95:13 104:23
  105:18,22
  108:12
  122:25
  126:23
  127:11
  129:14
  136:14
  138:18,21,24
  154:4 165:23
ways
  27:8,13
weak
  115:3
wealth
  127:9 133:7
web
  57:16 60:18
  62:6,18
  63:14 65:23
  110:17
website
  55:19,22
  58:8,13,20
  60:7,13
  64:23
week
  167:4
weight
  139:15
Wells
  38:18
went
  41:13 42:8,
  9,11 43:5,9,
  18 133:4,5
  147:19
witness
  4:9,10,13
  8:22 9:14
  13:18 14:10
  17:9 24:24
  25:2 27:14,
  20 31:3,22
  36:5,12
  38:25 39:10,
  24 41:12
  42:23 45:5,

18 46:14
  47:15,22
  48:3,10,22
  49:6 50:1
  51:5 52:8,14
  53:2,16 54:1
  55:3,16
  56:1,6,18
  57:14,23
  58:7 59:2,
  13,23 60:24
  61:8 62:10
  63:7,19,24
  64:16,25
  65:8,16,22
  66:6,18
  68:10,20
  69:17,22
  70:5,13,17,
  21 71:7,12,
  17,23 72:8,
  20,25 73:8
  74:21 77:6,
  19 80:12
  84:7,12 85:3
  87:6,16
  88:13 89:7,
  17 90:5,21
  91:12,19
  92:5,19
  93:3,12 94:1
  95:3,19 96:1
  98:12,17,21
  99:20 101:2,
  11 102:4,10,
  17,23 103:10
  104:2,12,17
  105:9,16
  106:20
  108:4,17,22
  109:2,11,24
  110:9,23
  112:2,7,13,
  17 114:11,20
  116:4,9,15
  117:5,11,18
  118:5,14
  119:3,17
  122:2 125:8,

Eric Deacon   Highly Confidential - Attorneys' Eyes Only
July 15, 2021

14,18 126:3,
20 127:17
128:7,16
129:22
131:10,18
132:3,10,23
133:13,19,24
134:4,11,16,
25 137:3,18
138:3,8,14
140:11
141:25
142:14
143:4,14,20
144:25 146:5
147:4,13
148:2,13
149:3,17
150:17 154:3
165:17

**wonderful**
23:24 25:24
161:23

**word**
34:14 51:22
61:8 71:3
104:24

**words**
29:16 45:9
52:1 55:8
81:14 83:19
90:10 127:1

**work**
42:8,9 55:22
70:25 83:12
124:17

**worked**
108:13

**working**
108:18,23
149:25

**works**
60:3 63:2,5
85:10,13
124:21
127:24
143:21 167:4

**world**
129:14

**worry**
79:1

**wrap**
141:2

**writing**
15:19

**written**
38:22 39:3,
10,11,13,16,
20 158:22

**wrong**
27:12 41:13
62:20 67:25

**wrote**
31:10

**WSPS**
148:20

———————————

———————————
**Y**

**yeah**
14:10 34:17
44:13 45:13
51:18,22
52:8 54:1
64:16 69:17,
22 75:14
77:15 79:7
81:21 85:9
89:17 93:17
103:18
107:10
113:22 117:5
119:19
122:12
131:18
132:20 133:2
139:8,18
142:9,14
144:6,25
146:3

**year**
71:15,17
103:6 128:25
137:20

**years**
42:5 91:22
114:15
125:25
126:18
132:13 135:6
136:23
138:20

**York**
86:3

———————————
**Z**

**zone**
4:22

**Zoom**
7:9,22 8:3,9
40:25