## AFFIDAVIT OF SHTERNA PINCHASOV

BEFORE ME, personally appearing Shterna Pinchasov, who after being duly sworn, deposes and says:

1. My name is Shterna Pinchasov. I am over the age of eighteen years and otherwise *sui juris*.

2. I have personal knowledge regarding the true and correct facts contained in this affidavit and the true and correct facts of the Complaint filed on my behalf, and those similarly situated to me on November 5, 2020.

3. I was a customer of Robinhood Financial, LLC, during a relevant period of the United States District Court Action pending and filed in my name along with all others similarly situated to me, bearing case number: 20-CV-24897-CMA in the Southern District of Florida.

4. I am prepared to serve as a class representative in this Action, having already devoted significant time and effort to the litigation including attending mediation on April 13, 2021.

5. I have no known conflict(s) of interest with any class members.

6. Nothing at this stage indicates that I am ill-equipped to serve as class representative for the duration of this case and should that ever change, I will apprise the Court of that change immediately thereafter in the proper manner.

_____
SHTERNA PINCHASOV

STATE OF FLORIDA          )
COUNTY OF __Dade__        )

BEFORE ME, this day personally appeared, the undersigned authority, __Shterna Pinchasov__, who, after being duly sworn, states under oath that he signed the foregoing and that it is true and correct.

Given under my hand and seal this __30th__ day of __July__, 2021.

_____
Notary Public
State of Florida
My Commission Expires:

CARMEN VILLEGAS
State of Florida-Notary Public
Commission # GG 223538
My Commission Expires
May 30, 2022

1

EXHIBIT "4"