UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,
v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On August 16, 2021, the Court entered an Order to Show Cause [ECF No. 66] instructing Defendant, Robinhood Financial LLC to respond to Plaintiff, Shterna Pinchasov's Motion for Class Certification [ECF No. 65] by August 17, 2021. Given that the Court previously stated Defendant will have 20 days to respond to a motion for class certification (*see* May 20, 2021 Order [ECF No. 51] 2), it is

**ORDERED AND ADJUDGED** that the Court's Order to Show Cause **[ECF No. 66]** is **SET ASIDE**. Defendant, Robinhood Financial LLC shall respond to Plaintiff, Shterna Pinchasov's Motion for Class Certification **[ECF No. 65]** by **August 19, 2021**, failing which the Court will rule on the Motion without Defendant's briefing. Plaintiff shall file her reply within 10 days of filing of Defendant's response, if filed.

**DONE AND ORDERED** in Miami, Florida, this 16th day of August, 2021.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record