UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

CASE NO. 20-CV-24897-CMA

SHTERNA PINCHASOV, Individually and
on Behalf of All Others Similarly Situated,

    Plaintiff,

    v.

ROBINHOOD FINANCIAL LLC,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF STRIKING PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CERTIFY CLASS, PER [DE 70]

Plaintiff, SHTERNA PINCHASOV, Individually and on Behalf of All Others Similarly Situated, by and through her undersigned counsel, files this Notice of Striking Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Certify Class, pursuant to the Clerk of Court's notification and instructions dated August 31, 2021.

DATED:  August 31, 2021.

                Respectfully submitted,

                By: */s/ Venessa V. Solis*
                Venessa Valdes Solis, Esq.
                Florida Bar No. 77122
                Ely R. Levy, Esq.
                Florida Bar No. 15452
                **LEVY & PARTNERS, PLLC**
                3230 Stirling Road, Suite 1
                Hollywood, Florida 33021
                Telephone: (954) 727-8570
                Email: elevy@lawlp.com – Service Address
                Email: venessa@lawlp.com – Service Address
                Email: Maritza@lawlp.com – Service Address

Michael A. Citron, Esq.
Florida Bar No. 105083
**MAC LEGAL, P.A.**
4601 Sheridan Street, Suite 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Email: Michael@maclegalpa.com – Correspondence
Email: Service@maclegalpa.com – Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Telephone: (305) 780-6058
Email: service@CHGLawyers.com
Email: ihernandez@chglawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnishedto all parties and their respective August 31, 2021 via CM/ECF to:

Grace Mead
Florida Bar No. 49896
Ryan Thornton
Florida Bar No. 99195
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com
*Counsel for Defendant*
Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
*Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Venessa V. Solis*