UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

SHTERNA PINCHASOV,

    Plaintiff,

vs.

ROBINHOOD FINANCIAL LLC,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On July 30, 2021, Plaintiff, Shterna Pinchasov, filed a Motion for Class Certification [ECF No. 65]. Defendant, Robinhood Financial LLC, filed a Response [ECF No. 68], to which Plaintiff filed a Reply [ECF No. 72]. Within her Reply, Plaintiff embedded a Motion to Withdraw the Negligence Count (Count I) in the Class Action Complaint (*see* [ECF No. 1-1] ¶¶ 51–58). (*See* Reply 1). Given that Defendant has not responded to Plaintiff's attempt to confer, and the Court does not otherwise know Defendant's position on the issue, it is

**ORDERED** that Defendant may file a sur-reply, responding to Plaintiff's Motion to Withdraw the Negligence Count (Count I) in the Class Action Complaint, embedded within her Reply **[ECF No. 72]**, by **September 7, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 1st day of September, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record