UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

      Plaintiff,
v.

**ROBINHOOD FINANCIAL LLC**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Robinhood Financial LLC's Motion to Strike Certain Arguments Raised in Plaintiff's Reply in Support of Motion for Class Certification or, in the Alternative, Motion for Leave to File Sur-Reply [ECF No. 74]. The relief Defendant seeks is evident from the title of its Motion. Of course, the Court will not consider new arguments raised in a party's reply brief. *See Foley v. Wells Fargo Bank, N.A.*, 849 F. Supp. 2d 1345, 1349 (S.D. Fla. 2012) ("Because it is improper for Defendant to raise this new argument in its Reply brief, the argument will not be considered." (citations omitted)); *see also Moe's D & B, LLC v. Mama Fu's Noodle House, Inc.*, No. 06-22659-Civ, 2007 WL 9702148, at *5 (S.D. Fla. July 2, 2007) (collecting cases); S.D. Fla. L.R. 7.1(c)(1) (noting "reply memorandum shall be strictly limited to rebuttal of matters raised in the memorandum in opposition . . . ." (alteration added)). The Court will determine which arguments should or should not be considered in its forthcoming order on Plaintiff, Shterna Pinchasov's Motion for Class Certification [ECF No. 65].

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant, Robinhood Financial LLC's Motion to Strike Certain Arguments Raised in Plaintiff's Reply in Support of Motion for

CASE NO. 20-24897-CIV-ALTONAGA/Torres

Class Certification or, in the Alternative, Motion for Leave to File Sur-Reply **[ECF No. 74]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of September, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record