UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,

v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Shterna Pinchasov's Motion for Reconsideration [ECF No. 78], filed on September 13, 2021. Plaintiff requests the Court reconsider its denial of Plaintiff's Motion for Class Certification [ECF No. 65]. (*See* Sept. 10, 2021 Order [ECF No. 77]). Defendant, Robinhood Financial LLC opposes the Motion. (*See* Mot. 9). Given the motion for class certification deadline has passed (*see* May 20, 2021 Order [ECF No. 51] 2), it is

**ORDERED** that Defendant, Robinhood Financial LLC shall file an expedited response to Plaintiff, Shterna Pinchasov's Motion for Reconsideration **[ECF No. 78]** by **September 15, 2021**. Plaintiff has until **September 16, 2021** to file her reply.

**DONE AND ORDERED** in Miami, Florida, this 14th day of September, 2021.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record