UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

SHTERNA PINCHASOV, Individually and
On Behalf of All Others Similarly Situated

CASE NO. 20-CV-24897-CMA

       Plaintiffs,

v.

ROBINHOOD FINANCIAL, LLC

       Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff, Shterna Pinchasov, Individually and on Behalf of All Others Similarly Situated ("Pinchasov"), pursuant under Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, and without opposition of the Defendant, respectfully requests a single-day extension of time, up to and including September 17, 2021, to reply to the anticipated response from Defendant to Plaintiff's Motion for Reconsideration [D.E. 78]. The grounds to support the Motion are set forth below.

1. Plaintiff, Shterna Pinchasov, filed this putative nationwide class action individually and on behalf of all others similarly situated against Defendant, Robinhood Financial, LLC ("Robinhood") on November 5, 2020.

2. Plaintiff's cause of action rests in tort wherein she claims individually and on behalf of all others similarly situated that Robinhood, a broker-dealer, breached its fiduciary duty to Robinhood customers like Pinchasov.

3. On July 30, 2021, Plaintiff filed her Motion for Class Certification (the "Motion"). D.E. 65.

4. Plaintiff's Motion was followed by Defendant's Response in Opposition to

Class Certification [D.E. 68], Plaintiff's Reply to Defendant's Response [D.E. 69], Defendant's Motion to Strike Plaintiff's Reply [D.E. 74], which was ultimately denied by the Court without need for Plaintiff's response then [D.E. 75], and the Defendant's Sur-Reply [D.E. 76].

5. Ultimately, on September 10, 2021, the Court denied Plaintiff's Moton finding that by not addressing Defendant's second footnote in Defendant's response [D.E. 68 at fn. 2], Plaintiff then stipulated that California law applied and that given Plaintiff's stipulation, coupled with Plaintiff having not briefed the Court on substantive California law, Plaintiff did not meet her burden of establishing the propriety of class certification. *See* D.E. 77 at 3.

6. On September 13, 2021, Plaintiff filed her Motion for Reconsideration [D.E. 78] for the reasons laid out therein.

7. On September 14, 2021, the Court ordered expedited briefing on the Reconsideration issues raised by Plaintiff. D.E. 79. "**ORDERED** that Defendant, Robinhood Financial LLC shall file an expedited response to Plaintiff, Shterna Pinchasov's Motion for Reconsideration **[ECF No. 78]** by **September 15, 2021**. Plaintiff has until **September 16, 2021** to file her reply." D.E. 79 (Bold included in the original).

8. Beginning on the evening of September 15, 2021, the Jewish people enter their Holiest time of the year, Yom Kippur. Yom Kippur continues without interruption until an hour after sunset on September 16, 2021. This period of time requires no manipulation of any electricity, work or eating/drinking of any kind being engaged in.

9. While many of these restrictions are employed throughout various parts of the Jewish year, the restrictions of Yom Kippur in particular will prevent Plaintiff from complying with the Court's Order without a single day extension being provided.

10. If left unaltered, Plaintiff will not even being able to review Defendant's

anticipated response.

11. Under Fed. R. Civ. P. 6(b)(1)(a), Plaintiff has good cause for the requested extension and no party will be prejudiced by it.

12. Plaintiff has conferred with counsel for Defendant, and Defendant does not oppose such an extension of time.

13. This motion is made in good faith and is not intended to delay this matter.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant a single-day extension to and including September 17, 2021, for her to able to review and reply to Defendant's anticipated response to Plaintiff's Motion for Reconsideration filed on September 13, 2021.

Respectfully submitted,

By: */s/ Michael A. Citron*
Michael A. Citron, Esq.
Florida Bar No. 105083
**MAC LEGAL, P.A.**
4601 Sheridan Street, Suite 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Email: Michael@maclegalpa.com – Correspondence
Email: Service@maclegalpa.com – Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida 33134
Telephone: (305) 780-6058
Email: service@CHGLawyers.com
Email: ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No. 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1

Hollywood, Florida 33021
Telephone: (954) 727-8570
Email: elevy@lawlp.com – Service Address
Email: venessa@lawlp.com – Service Address
Email: Maritza@lawlp.com – Service Address

*Counsel for Pinchasov*

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. All parties who may be affected have no opposition to the relief sought.

*s/ Michael A. Citron*
_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties and their respective September 14, 2021 via CM/ECF to:

Grace Mead
Florida Bar No. 49896
Ryan Thornton
Florida Bar No. 99195
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com
*Counsel for Defendant*
Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022

Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
*Counsel for Defendant*

                                            */s/ Michael A. Citron*
                                            Michael A. Citron, Esq.
                                            Florida Bar No.: 105083