UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,

v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Extension of Time [ECF No. 80] to reply to Defendant's forthcoming response to Plaintiff's Motion for Reconsideration [ECF No. 78]. Given the agreements of counsel, it is

    **ORDERED AND ADJUDGED** that Plaintiff, Shterna Pinchasov's Unopposed Motion for Extension of Time **[ECF No. 80]** is **GRANTED**. Plaintiff may file her reply on September 17, 2021.

    **DONE AND ORDERED** in Miami, Florida, this 14th day of September, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record