UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**CASE NO. 20-CV-24897-CMA**

SHTERNA PINCHASOV, Individually and
on Behalf of All Other Similarly Situated,

    v.

ROBINHOOD FINANCIAL LLC,

    Defendant.

_____/

### JOINT MOTION FOR A LIMITED STAY PENDING DETERMINATION OF RULE 23(f) PETITION

Plaintiff Shterna Pinchasov and Defendant Robinhood Financial LLC ("RHF"), by and through their undersigned counsel, submit this joint motion for a limited stay of discovery and further proceedings in the case pending the outcome of the Rule 23(f) Petition for Appeal to the Court of Appeals for the Eleventh Circuit (the "Petition"), which Plaintiff filed on October 5, 2021, with the stay being effective from the date of the Order denying Plaintiff's Motion for Reconsideration, which was entered on September 21, 2021 [DE 84]. The parties disagree, however, on the reasons that a stay is appropriate and have set out their respective positions below. The parties propose to submit a joint status report within 14 days after the Eleventh Circuit issues an order granting or denying the Petition.

**I.**    **Plaintiff's Position**

Given that Plaintiff is without adequate responses to much of her discovery requests and Defendant undoubtedly believes that both the breadth and scope of discovery may be

significantly impacted by the Eleventh Circuit's decision regarding the Petition, Plaintiff comes before this Court to request a stay. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The "decision to grant a stay . . . is 'generally left to the sound discretion of district courts.'" *Ryan v. Gonzales*, 568 U.S. 57, 74 (2013) (quoting *Schriro v. Landrigan*, 550 U.S. 465, 473 (2007)). Plaintiff respectfully submits that a stay of all deadlines will serve the interests of both parties and judicial economy, as the Eleventh Circuit's disposition of Plaintiff's Petition and ultimately Plaintiff's appeal may materially inform the Court's analysis of the claims pending before it. Plaintiff respectfully requests that any stay be entered without prejudice to either party filing a motion to lift the stay once the appeal concludes or for good cause, to the extent that intervening developments may arguably warrant further action by this Court.

## II.     Defendant's Position

RHF believes that Plaintiff's Petition is wholly without merit, as she cannot demonstrate a "compelling need" for immediate appeal of this Court's decision denying her motion for class certification. *Prado-Steiman v. Bush*, 221 F.3d 1266 (11th Cir. 2000). Plaintiff plainly failed to meet her burden of demonstrating the propriety of class certification, including the identification of the substantive law governing the claim at issue.

However, in order to proceed with this lawsuit in an efficient manner and to avoid unnecessarily burdening the Court with disputes concerning the proper scope of discovery in

light of the denial of class certification, RHF agrees that a brief stay pending a ruling on the Petition is appropriate.

*   *   *

Defendant's counsel has authorized Plaintiff's counsel to file this Joint Motion on the parties' behalf.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this Joint Motion and enter an Order staying discovery and further proceedings in the case from September 21, 2021, pending the outcome of the Petition, with a status report due 14 days after the Eleventh Circuit issues an order granting or denying the Petition.

**Dated:  October 20, 2021**

Respectfully and jointly submitted,

By: */s/ Michael A. Citron*
Michael A. Citron, Esq.
Florida Bar No. 105083
**MAC LEGAL, P.A.**
4601 Sheridan Street, Suite 205
Hollywood, Florida 33021
Telephone: (954) 395-2954
Email: Michael@maclegalpa.com – Correspondence
Email: Service@maclegalpa.com – Service Address

Igor Hernandez, Esq.
Florida Bar No. 106386
**CORNISH HERNANDEZ GONZALEZ, PLLC**
2525 Ponce de Leon Blvd, Suite 300
Coral Gables, Florida  33134
Telephone: (305) 780-6058
Email: service@CHGLawyers.com
Email: ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No. 15452

Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Email: elevy@lawlp.com – Service Address
Email: venessa@lawlp.com – Service Address
Email: Maritza@lawlp.com – Service Address

By: /s/ Grace Mead
Grace Mead
Florida Bar No. 49896
Ryan Thornton
Florida Bar No. 99195
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com

Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Brandon Fetzer (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com