UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,
v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court on the parties' Joint Motion for a Limited Stay Pending Determination of Rule 23(f) Petition [ECF No. 85]. Plaintiff, Shterna Pinchasov, and Defendant, Robinhood Financial LLC, request the Court stay discovery and further proceedings in the case pending the outcome of the Rule 23(f) Petition for Appeal to the Court of Appeals for the Eleventh Circuit. (*See generally id.*). Plaintiff's Rule 23(f) Petition was filed on October 5, 2021, and the parties now seek a limited stay effective from the date of the Court's September 21, 2021 Order [ECF No. 84] denying Plaintiff's Motion for Reconsideration [ECF No. 78]. (*See* Mot. 1). Being fully advised, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for a Limited Stay Pending Determination of Rule 23(f) Petition **[ECF No. 85]** is **GRANTED**. This matter is **STAYED** from September 21, 2021, until such time that the Eleventh Circuit issues an order granting or denying Plaintiff's 23(f) Petition. Once such order is issued by the Eleventh Circuit, the parties shall submit a joint status report to the Court within fourteen (14) days thereafter. The case is **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties.

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**DONE AND ORDERED** in Miami, Florida, this 20th day of October, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record