UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,
v.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on the parties' Joint Status Report [ECF No. 87]. In their Report, the parties request that the Court set a briefing schedule for Defendant's forthcoming motion to compel arbitration. (*See id.* 1–2). While the Court is sympathetic to the parties' desire to avoid briefing over the holidays, the parties provide no explanation for why Defendant needs three weeks in January to file a reply. Accordingly, it is

**ORDERED** that Defendant shall file its motion to compel arbitration by December 16, 2021; and Plaintiff shall file her response in opposition by January 7, 2022. Defendant shall file its reply in the time permitted under Local Rule 7.1(c)(1).

**DONE AND ORDERED** in Miami, Florida, this 23rd day of November, 2021.

                                          _____
                                          **CECILIA M. ALTONAGA**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record