UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24897-CIV-ALTONAGA/Torres

**SHTERNA PINCHASOV**,

    Plaintiff,
vs.

**ROBINHOOD FINANCIAL LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Notice of Settlement and Joint Request to Stay Briefing Deadlines [ECF No. 90], filed on January 4, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Joint Request **[ECF No. 90]** is **GRANTED**. The above-styled action remains administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 4th day of January, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record