UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-cv-24897-CMA/Torres

SHTERNA PINCHASOV,

        Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

        Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shterna Pinchasov and Defendant Robinhood Financial LLC, by their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate that this action is dismissed, with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

**Dated: March 7, 2022**

        Respectfully submitted,

        By: */s/ Michael A. Citron*
        Michael A. Citron, Esq.
        Florida Bar No. 105083
        **MAC LEGAL, P.A.**
        4601 Sheridan Street, Suite 205
        Hollywood, Florida 33021
        Telephone: (954) 395-2954
        Email: Michael@maclegalpa.com – Correspondence
        Email: Service@maclegalpa.com – Service Address

        Igor Hernandez, Esq.
        Florida Bar No. 106386
        **CORNISH HERNANDEZ GONZALEZ, PLLC**
        2525 Ponce de Leon Blvd, Suite 300
        Coral Gables, Florida 33134

Telephone: (305) 780-6058
Email: service@CHGLawyers.com
Email: ihernandez@chglawyers.com

Ely R. Levy, Esq.
Florida Bar No. 15452
Venessa Valdes Solis, Esq.
Florida Bar No. 77122
**LEVY & PARTNERS, PLLC**
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Email: elevy@lawlp.com – Service Address
Email: venessa@lawlp.com – Service Address
Email: Maritza@lawlp.com – Service Address

*Attorneys for Plaintiff*

By: */s/ Ryan T. Thornton*
Grace Mead
Florida Bar No. 49896
Ryan Thornton
Florida Bar No. 99195
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: 305-789-3559
Email: gmead@stearnsweaver.com
Email: rthornton@stearnsweaver.com

Maeve O'Connor (*pro hac vice*)
Elliot Greenfield (*pro hac vice*)
Brandon Fetzer (*pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, New York 10022
Telephone: 212.909.6000
Email: mloconnor@debevoise.com
Email: egreenfield@debevoise.com
Email: bfetzer@debevoise.com

*Attorneys for Defendant*