**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 20-cv-24897-CMA/Torres

SHTERNA PINCHASOV,

      Plaintiff,

v.

ROBINHOOD FINANCIAL LLC,

      Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties:

It is hereby ORDERED AND ADJUDGED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case is hereby DISMISSED with prejudice, each party to bear its own costs, expenses, and attorney's fees.  The Clerk is directed to close this file.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of March, 2022.

_____
HONORABLE CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

Copies Furnished to:

*All Counsel of Record*